UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| American Foreign Service Association, et al., *Plaintiffs*, v. President Donald J. Trump, et al., *Defendants*. | Case No. 1:25-cv-00352 |

**ERRATA**

The complaint filed on February 6, 2025 (ECF 1) is corrected as follows:

1. At the start of paragraph 13, "1988 act" should be replaced with "1998 act."

2. in footnote 8 on page 10, delete "(attached as Exhibit A)",

3. The word "Director" should be replaced with "Administrator" in the following places:

   - in paragraph 7 on page 2,
   - in the second sentence of paragraph 34 on page 6,
   - in b.i. on page 28.

Dated: February 7, 2025

Respectfully submitted,

/s/ Allison M. Zieve
Lauren Bateman (DC Bar No. 1047285)
Karla Gilbride (DC Bar No. 1005886)
Allison Zieve (DC Bar No. 424786)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
lbateman@citizen.org

Kaitlyn Golden (DC Bar No. 1034214)
Kristen Miller (DC Bar No. 229627)
Kayla M. Kaufman* (DC Bar No. 90029091)
Robin F. Thurston (DC Bar No. 1531399)
Skye L. Perryman* (DC Bar No. 984573)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
kmiller@democracyforward.org

*motion to appear pro hac vice forthcoming

Counsel for Plaintiffs