# EXHIBIT F

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| _____ | ) | |
| AMERICAN FOREIGN SERVICE | ) | |
| ASSOCIATION, et al., | ) | |
| | ) | |
| *Plaintiffs*, | ) | Civil Action No. 1:25-CV-352 |
| | ) | |
| v. | ) | |
| | ) | |
| DONALD TRUMP, et al., | ) | |
| | ) | |
| *Defendants*. | ) | |
| _____ | ) | |

## DECLARATION OF DIANE DOE

I, Diane Doe, declare the following under penalties of perjury:

1.     I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2.      I am a member of the American Foreign Service Association.

3.     I am a Foreign Service Officer currently serving as the Deputy Director of the Office and Education and Health at my Mission overseas.

4.     The USAID shutdown that has taken place rapidly over the last weeks has been devastating. With the pause on funding we scrambled, working long hours at night and over the weekend to ensure compliance with the Executive Order. We managed the emotional toll of the freeze on our teams as we cut off life saving support to beneficiaries and broke our commitments and promises to humans globally. As an office that manages the implementation of PEPFAR funded interventions, the funding freeze has been extremely concerning and devastating to thousands that

depend on ARVs provided through USAID's work.

5.      In the midst of all of this we had just received an insulting "Fork in the Road" email, diminishing the role of public servants, implying we were lazy and unqualified, and demanding loyalty. My Oath of Service and loyalty is to the U.S. Constitution, not a political party.

6.      On the weekend after the pause we received intimidating emails on Saturday and Sunday evenings. Early the next week we learned that 60 of our top leaders were placed on administrative leave without any justification. It is worth noting that this administrative leave action took place while hundreds of ISCs were being terminated.

7.      The following days maintained high levels of uncertainty, we tried to focus our team on continuing to analyze our portfolio to align with the America First agenda. It started to slowly become evident that the Administration was targeting USAID. For example, many tweets on X from Elon Musk attack USAID which made it clear that these actions had nothing to do with actually reviewing programs.

8.      On Friday, January 31st through media posts many of us learned that the goal was in fact to abolish USAID. The level of chaos and uncertainty has been menacing since then. We thought the entire weekend our Mission Director was going to be recalled without cause. Our website where people could go to learn facts about our work disappeared. The social media attacks against USAID escalated to alleging us to be criminals, comparing us to worms, bragging about putting us through a wood chipper, and publishing false headlines about USAID's work (the worst of which may

2

be accusing USAID of manufacturing bio weapons including COVID-19). The online campaign against USAID has been unfounded and slanderous.

9.    On the evening of Tuesday, February 4th we received an email noting that we would all be put on administration leave and forced to return home within 30 days. The email was not signed by anyone and no guidance on how to actually pursue an exception (Secretary Rubio admitted to contributing to this email in an Embassy Townhall in Guatemala).

10.    Since then, as of February 6th 2025 we have received no official orders or travel authorizations, but have been told to continue to plan our immediate departure. Elon Musk and elected officials continue to misrepresent USAID on social media by sharing false information. I would also like to note that despite media talking points, life saving aid has still not been given a waiver. Our PEPFAR programs are still stalled.

11.    I have not slept in days. I am not eating. This insanely rapid upheaval of USAID and its personnel has been appalling and sickening. Our country that we have served honorably has been turned against us. I sit by my phone fearing every email. The entire experience is traumatic and continues to be so. We are being treated unfairly and unjustly despite dedicating our lives to public service.

12.    I have no property to return to in the U.S. and don't see how I will be able to rent anything without proof of employment. Additionally, I am scrambling to obtain all of my service dog's import paperwork, paying unanticipated fees to expedite documents. Should the USAID shutdown continue, I will lose all of my benefits and

income while I remain strapped with student loans (I have made the needed 120 payments and qualify for PSLF as of October 2024, but the Department of Education takes months to forgive loans and I fear now this program will also be ended under the current administration).

13.     I will lose a few hundred dollars worth of items (such as perishable food) that I will be unable to ship back to the US - items I would note have purchased had I known I was being recalled. Additionally, because I have nowhere to go back to I will need to find and pay for storage somewhere in the US for my things. I will also lose my entitlement travel planned for March 2025 which has now been cancelled. The long-term financial impacts are unclear given the lack of clarity as to what is happening and what laws will be followed.

14.     The ADS 454 has also been taken offline which outlines our rights and entitlements during a potential Reduction In Force (RIF). Given we have no information of what, if any, severance we will be given, we are unable to plan our futures. Finally, as someone dealing with a medical condition that requires continued treatment the possibility of suddenly not having health insurance is terrifying.

15.     The head of Congress in the country I am serving responded to Musk's tweets by saying that they would be investigating USAID and their staff. This has put our safety and security at risk. Additionally, due to the online attack campaign against USAID and the threatening comments to posts the U.S. does not feel safe to return to.

16.     As a supervisor and alternate AOR/COR I feel a great sense of liability

for the potential lawsuits partners may take against this pause and any future unjustified actions.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 7th, 2025.

/s/ Diane Doe

Diane Doe