# EXHIBIT K

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FOREIGN SERVICE ASSOCIATION, et al., | ) ) ) ) |
| *Plaintiffs,* | ) Civil Action No. 1:25-CV-352 ) |
| v. | ) ) |
| DONALD TRUMP, et al., | ) ) |
| *Defendants.* | ) ) |

**DECLARATION OF JEANNE DOE**

I, Jeanne Doe, declare the following under penalties of perjury:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I am a member of the AFGE.

3. In my official capacity, I serve as USAID's primary contact point between the overseas mission/office in a country receiving U.S. assistance and technical and operating divisions of USAID's Washington headquarters, as well as with other United States government agencies, national and international development and financing agencies and the host country embassy.

4. The USAID shutdown has been traumatic. Over the course of a week, my colleagues and I went from standard operations to a complete halt of our work, punctuated by psychological assaults on staff, including barring employees from entering the office, thereby preventing us from meeting in person and building

community, and public attacks by Elon Musk and others. All images and artwork were removed from the building without warning or cause, including tearing down a memorial wall of USAID workers who died in service to their country, and our website was removed, including all publicly available content and data. This has resulted in extreme stress, loss of sleep and normal routines, and if it continues, could seriously exacerbate my existing health conditions.

5. The USAID shutdown has harmed me in the following ways.

6. I was not compensated for work-related local travel over the past month, and am now facing an uncertain period during which I will receive paid admin leave for as few as 10 days, based on reports from other colleagues recently placed on admin leave. I also have complex health needs and could face serious medical costs if I lose health insurance benefits.

7. I have felt less safe going out in public due to the reports of monitoring technology, including an AI system installed on the USAID network, and have even felt unsafe using my personal or government-furnished devices. This has caused significant fear and stress and inhibited my ability to function normally.

8. In addition to the personal harms done to me, I feel particularly aggrieved by the treatment of my Mission colleagues. Overseas American staff were given 30 days to pull their children out of school and evacuate their posts, which not only violates federal employee protections and upends U.S. citizens' lives, is incredibly expensive to American taxpayers. It's also leaving our local staff—the heart of USAID Missions—worried for both their livelihoods and safety, given the

violent anti-USAID rhetoric being pushed out by Musk and others. I am deeply disturbed that the Trump administration is treating people who have dedicated their lives to service of their country as dismissible and even "criminal," with the Deputy Administrator reportedly threatening to use military force to evacuate USAID foreign service staff. This does not make America safer, stronger, or more prosperous – it does the opposite.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 7, 2025.

/s/ Jeanne Doe
Jeanne Doe