# EXHIBIT L

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FOREIGN SERVICE ASSOCIATION, et al., | ) ) ) ) |
| *Plaintiffs*, | ) ) Civil Action No. 1:25-CV-352 |
| v. | ) ) ) |
| DONALD TRUMP, et al., | ) ) |
| *Defendants*. | ) ) ) |

## DECLARATION OF LAURA DOE

I, Laura Doe, declare the following under penalties of perjury:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I have worked for the Bureau for Humanitarian Assistance (BHA) within USAID on various contracts for the past five years, first as an ISC and more recently as a PSC.

3. My work focuses on emergency food assistance, nutrition, water and sanitation and hygiene, shelter, and protection programs in ▇▇▇▇▇▇. The grants I manage range from immediate assistance in the aftermath of immediate natural disasters such as cyclones and flooding in the region to food insecurity triggered by slow onset disasters, such as drought. In addition, many of the programs I manage aim to assist vulnerable populations impacted by armed conflict that

include Internally Displaced Peoples (IDPs) living in temporary camps or hosted by communities. Some examples of the programs I manage include the provision of specialized nutrition products to severely malnourished children who need regular and timely treatment to prevent death. Other programs include the provision of Non-Food Items in the aftermath of a cyclone, such as chlorine tablets to purify contaminated water sources and plastic sheeting to strengthen ravaged homes and temporary shelters. These programs often mean life or death to vulnerable populations impacted by food insecurity and climatic shocks.

4.   Over the last two weeks, my colleagues and I have not received any clear communication about the status of our jobs, or the programs we support. For example, while it was announced that most USAID funding would be frozen, a waiver is supposed to be available for life-saving humanitarian assistance, which would apply to the more than 30 emergency food assistance programs I support. Without my knowledge, the partners I manage, nearly all of which work on lifesaving, emergency food assistance, were sent email notices from their Agreement Officers directing them to fully or partially stop their work. As an Agreement Officer Representative for these awards, I am required to be copied on any communications, which never happened. While I tried to obtain a waiver for the programs I manage, there was no guidance on the process by which our patterns could obtain a waiver and none of the programs were ever formally approved to keep running. I am skeptical that the waiver actually exists. At this point, if a waiver does in fact exist, the implementation has been so chaotic with so many employees either furloughed or on administrative leave that as

a practical matter it isn't available to those who need it. While the programs I manage are under a stop work order, food commodities sit in warehouses rotting and scheduled food distributions to vulnerable populations do not happen and children miss follow-up appointments for treatment of severe malnutrition. Much needed shelter and water and sanitation and hygiene items targeted for populations that were impacted by a recent cyclone remain stuck in transit as transportation contracts were also directed to stop moving forward. Vulnerable populations have lost access to lifesaving assistance.

5. I have never been treated so poorly in my entire life as I have been over the past two and a half weeks, from the threatening emails sent on nearly a daily basis to our entire staff to the utter disrespect for our work. Mass emails were sent regarding the decision to put senior staff on Admin Leave and threats to do the same to us if we were seen not to comply with the many executive orders issued by President Trump. We were directed to email a newly created USAID email if we knew of any additional staff attempting to circumvent these new executive orders and that failure to do so would result in disciplinary action.

6. Our pay for the week prior to our lockout and the week of our lockout is uncertain and I don't know if or when I'll be paid as I have no ability to finalize my timesheet. In addition to the financial harm associated with this situation, I'm also suffering ongoing emotional harm because the humanitarian work I care about deeply is being treated with contempt at the highest levels of my government. President Trump and Elon Musk have used social media to attack our organization and

dehumanize those within it, calling us criminals. It makes me feel like the work we do to reduce human suffering has no value.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 7, 2025.

/s/ Laura Doe
Laura Doe
