# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

American Foreign Service Association, et al.,

*Plaintiffs*,

v.

President Donald J. Trump, et al.,

*Defendants*.

Case No. 1:25-cv-00352

## [PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER

Upon consideration of Plaintiffs' motion for a temporary restraining order and accompanying brief, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that Defendants are directed to refrain from placing any additional workers on administrative leave, continuing the leave of those previously placed on administrative leave, or otherwise terminating the employment of any additional workers, unless such leave or termination is authorized by this Court after giving legitimate, non-arbitrary, and particularized reasons; it is further

**ORDERED** that the Defendants are **ENJOINED** from taking further actions to shut down USAID's operations in a manner not authorized by Congress until further order of this Court; it is further

**ORDERED** that all USAID personnel shall have their access to email and computer systems, and security systems immediately restored; it is further

**ORDERED** that Defendants are directed to recall furlough notices to affected workers unless such furloughs are specifically authorized by this Court after giving legitimate, non-arbitrary, and particularized reasons; it is further

**ORDERED** that Defendants are directed to recall the mandatory evacuation order issued on the usaid.gov website on February 4, 2025; it is further

**ORDERED** that Defendants are directed to reopen USAID buildings; it is further

**ORDERED** that Defendants are directed to restore all USAID computer systems and webpages; it is further

**ORDERED** that Defendants are directed to restore funding pursuant to the terms of all grants, cooperative agreements, and contracts, consistent with the terms of the agreements and any relevant statutes and regulations; it is further

**ORDERED** that Defendants are directed to appoint an independent Acting Administrator of USAID;

Defendants are further **ORDERED** to file a status report within 24 hours of the issuance of this order, and every two weeks thereafter for 12 weeks, confirming compliance with this order.

**SO ORDERED**.

Dated:  February 7, 2025

　　　　　　　　　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　　　　　　　 THE HON. CARL J. NICHOLS
　　　　　　　　　　　　　　　　　　　　　　　　 UNITED STATES DISTRICT JUDGE

## NAMES OF PERSONS TO BE SERVED
## WITH PROPOSED ORDER UPON ENTRY

Pursuant to Local Civil Rule 7(k), below are the names and addresses of persons entitled to be notified of entry of the above Proposed Order:

DONALD TRUMP, President of the United States of America,
1600 Pennsylvania Avenue NW
Washington, DC 20050,

UNITED STATES DEPARTMENT OF STATE,
2201 C Street NW
Washington, DC 20520,

UNITED STATES AGENCY FOR INTERNATIONAL DEVELOPMENT
1300 Pennsylvania Avenue NW
Washington, DC 20004,

UNITED STATES DEPARTMENT OF THE TREASURY
1500 Pennsylvania Avenue NW
Washington, DC 20220,

MARCO RUBIO, Secretary of State, and Acting Administrator of United States Agency for International Development,

UNITED STATES DEPARTMENT OF STATE,
2201 C Street NW
Washington, DC 20520,

SCOTT BESSENT, Secretary of Treasury,
1500 Pennsylvania Avenue NW
Washington, DC 20220,

U.S. Attorney for the District of Columbia
c/o Civil Process Clerk
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530

Attorney General of the United States
c/o Assistant Attorney General for Administration
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Kristen Miller (DC Bar No. 229627)
Kaitlyn Golden (DC Bar No. 1034214)
Rachel L. Fried (DC Bar No. 1029538)
Kayla M. Kaufman* (DC Bar No. 90029091)
Robin F. Thurston (DC Bar No. 1531399)
Skye L. Perryman* (DC Bar No. 984573)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
kmiller@democracyforward.org

Lauren Bateman (DC Bar No. 1047285)
Karla Gilbride (DC Bar No. 1005886)
Allison Zieve (DC Bar No. 424786)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
lbateman@citizen.org


 *motion to appear *pro hac vice* forthcoming