AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | |
|---|---|
| American Foreign Service Association, et al. | ) |
| *Plaintiff* | ) |
| v. | ) |
| Donald Trump, et al. | ) |
| *Defendant* | ) |

Case No.   1:25-cv-352

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs American Foreign Service Association and American Federation of Government Employees    .

Date:     02/06/2025

/s/ Lauren Bateman
*Attorney's signature*

Lauren Bateman, DC Bar No. 1047285
*Printed name and bar number*
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009

*Address*

lbateman@citizen.org
*E-mail address*

(202) 588-1000
*Telephone number*

*FAX number*