IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| American Foreign Service Association et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>Trump et al.<br><br>*Defendants*. | Case No.  1:25-cv-00352 |

**MOTION TO ADMIT KAYLA KAUFMAN *PRO HAC VICE***

The undersigned, an attorney admitted to the Bar of this Court and in good standing, respectfully moves for the admission of Kayla M. Kaufman, *pro hac vice*, as counsel for Plaintiffs American Foreign Service Association and American Federation of Government Employees in this proceeding, pursuant to Local Rule 83.2(c) of the Local Rules of the United States District Court for the District of Columbia. Ms. Kaufman is a member in good standing of the Bar of the District of Columbia. She is not currently and has never previously been the subject of any disciplinary action by any state or federal bar association or administrative agency. Finally, the undersigned is satisfied that Ms. Kaufman possesses the character and skills required of a member of the Bar of this Court.

Accordingly, the undersigned respectfully requests admission of Kayla M. Kaufman *pro hac vice* as representative of Plaintiff in this proceeding.

Dated: Washington D.C.  
      February 6, 2025

Respectfully submitted,

*/s/ Kaitlyn Golden*

Kaitlyn Golden  
(D.C. Bar No. 1034214)  
Democracy Forward Foundation  
P.O. Box 34553  
Washington, D.C. 20043  
(202) 448-9090  
kgolden@democracyforward.org

*Counsel for Plaintiff*

2