IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FOREIGN SERVICE ASSOCIATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PRESIDENT DONALD TRUMP, *et al.*, <br><br> Defendants. | Civil Action No. 1:25-cv-00352 |

## NOTICE OF APPEARANCE

Please take notice that the undersigned attorney, Christopher D. Edelman of the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as counsel on behalf of Defendants in the above-captioned case. The undersigned counsel hereby certifies pursuant to Local Rule 82.3(j) that he is personally familiar with the Local Rules of this Court.

Dated: February 7, 2025

Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General
Civil Division

LAUREN A. WETZLER
Deputy Branch Director
Federal Programs Branch

<u>*/s/ Christopher Edelman*</u>
Christopher D. Edelman
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 305-8659
Fax: (202) 616-8460
Email: christopher.edelman@usdoj.gov

*Counsel for Defendants*