UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN FOREIGN SERVICE ASSOCIATION *et al.*, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:25-cv-00352 |
| PRESIDENT DONALD J. TRUMP *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

## NOTICE OF APPEARANCE

Please take notice of appearance of the following counsel on behalf of Defendants:

Dorothy Matilda Canevari
Trial Attorney (NY Bar No. 5989694)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel.: (202) 616-8040
Email: dorothy.m.canevari@usdoj.gov

Dated: February 7, 2025

        Respectfully submitted,

        BRETT SHUMATE
        Acting Assistant Attorney General

        LAUREN WETZLER
        Deputy Director, Federal Programs Branch

        */s/ Dorothy M. Canevari*
        DOROTHY M. CANEVARI
        (NY Bar No. 5989694)
        Trial Attorney, Federal Programs Branch
        U.S. Department of Justice, Civil Division
        1100 L Street, NW
        Washington, DC 20005

Tel.: (202) 616-8040
Email: dorothy.m.canevari@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF FAMILIARITY**

Pursuant to Local Civil Rule 83.2(e), I hereby certify that I am personally familiar with the Local Rules of this Court.

*/s/ Dorothy M. Canevari*
Dorothy M. Canevari (NY Bar No. 5989694)
