AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| American Foreign Service Association, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:25-cv-00352 |
| President Donald J. Trump, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Karla Gilbride                                                                                                              .

Date:    02/10/2025

/s/ Karla Gilbride
*Attorney's signature*

Karla Gilbride, DC Bar #1005886
*Printed name and bar number*

1600 20th St. NW, Washington, DC 20009

*Address*

kgilbride@citizen.org
*E-mail address*

(202) 588-7783
*Telephone number*

*FAX number*