# EXHIBIT A

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FOREIGN SERVICE ASSOCIATION, et al.,  )<br>)<br>*Plaintiffs,*  )<br>)<br>v.  )<br>)<br>DONALD TRUMP, et al.,  )<br>)<br>*Defendants.*  )<br>) | Civil Action No. 1:25-CV-352 |

### DECLARATION OF PATRICIA DOE

I, Patricia Doe, declare the following under penalties of perjury:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I am a member of the American Federation of Government Employees ("AFGE").

3. I am a nonsupervisory USAID civil servant from the Global Health Bureau's Office of HIV/AIDS that works to provide lifesaving services to those who are HIV positive and contribute to the goal to end AIDS as a public health threat.

4. I was placed on administrative leave via USAID email on January 31, 2025 at 4:45pm EST with a generic letter attached that was signed by Nicholas Gottlieb backdated January 27, 2025, requesting that I reply to the human resources specialist with my personal email, address, and phone number.

5. On January 31, 2025, I lost access to USAID systems around 5:45pm EST on my USAID-issued laptop and cell phone. On January 31, 2025, I replied to Kristen Gunsolus at USAID from my personal email with my personal information.

6. I am unable to do my job without access to these systems. I had one outstanding voucher for reimbursement that has not yet been processed.

7. On February 9, 2025, following the court ruling, I attempted to log on to the USAID system and called the CIO helpdesk. I did not have access. On February 10, 2025, I called the CIO helpdesk around 8:15am EST and was told I still did not have access and told me to email hr-helpdesk@usaid.gov. I did so and did not receive a response.

8. As of February 10, 2025, I have not received any information about whether I have been reinstated from administrative leave.

9. I cannot tell whether I remain on administrative leave because I do not have access to USAID systems. That remains true as of 10:52 am today.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 10, 2025.

/s/ Patricia Doe
Patricia Doe