# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN FOREIGN SERVICE ASSOCIATION, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD TRUMP, et al., <br><br> *Defendants*. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:25-CV-352 |

**DECLARATION OF QUINN DOE**

I, Quinn Doe, declare the following under penalties of perjury:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I am a member of the American Federation of Government Employees ("AFGE").

3. I am a Public Health Program Specialist in USAID's Bureau for Global Health, and joined the agency more than 5 years ago. I also serve as an Agreement Officer's Representative, overseeing a $150M+ global cooperative agreement related to medicines supply chains and access to medicines.

4. The USAID shutdown has been devastating on many levels personally and professionally. Unfortunately those who will be most adversely impacted are our beneficiaries in countries around the world who will no longer have access to critical life-saving assistance, as well as our international and domestic partners who will

lose their jobs and sources of income.

5. At 6:18 PM on January 31, 2025, I discovered I was locked out of the system, receiving an error message when I tried to log in both from my phone and work computer using my PIV card. After the TRO was issued on February 7, I tried to log in again on Sunday, February 9 at approximately 9 AM and 10:30 AM, only to see that I still was receiving the same error message on both my phone and computer. I was still locked out as of 10:48 am this morning, Monday, February 10.

6. It is not possible to complete the duties of my job without access to these critical systems. I also have serious concerns about the security of my personnel/HR files as I am also locked out of these systems, including my eOPF, GovTA timesheet, and the EPP system.

7. I am unsure whether I have been reinstated from administrative leave yet, because I have not access to systems restored.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 10, 2025.

/s/ Quinn Doe  
Quinn Doe