# EXHIBIT C

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN FOREIGN SERVICE ASSOCIATION, et al., | ) ) ) ) | |
| *Plaintiffs,* | ) ) | Civil Action No. 1:25-CV-352 |
| v. | ) ) ) | |
| DONALD TRUMP, et al., | ) ) ) | |
| *Defendants.* | ) ) | |

## DECLARATION OF REBECCA DOE

I, Rebecca Doe, declare the following under penalties of perjury:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I am a member of the American Federation of Government Employees ("AFGE").

3. I'm a non-supervisory, HIV technical advisor supporting the lifesaving work of President's Emergency Plan for AIDS Relief ("PEPFAR").

4. I was put on administrative leave on January 31, 2025, at 4:30pm. I was sent a generic letter that was backdated to January 27, 2025, from Nicholas Gottlieb, who was already on admin leave himself on January 31, 2025. The email, which had the generic letter attached, came from Kirsten Gunsolus.

5. I attempted to access the system on February 9, 2025, following this Court's ruling. I received an error message and was not able to access the agency

systems. I still lack access as of 10:33 am on February 10, 2025.

6. Without access to the system, I am unable to perform the duties of my position. Further, I have an active Memorandum of Agreement with State Department and am unable to report to work with State without access to email and systems.

7. I have not been reinstated from administrative leave.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 10, 2025.

/s/ Rebecca Doe
Rebecca Doe