# EXHIBIT D

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FOREIGN SERVICE ASSOCIATION, et al., | ) ) ) ) |
| *Plaintiffs,* | ) Civil Action No. 1:25-CV-352 ) |
| v. | ) ) |
| DONALD TRUMP, et al., | ) ) |
| *Defendants.* | ) ) |

**DECLARATION OF URSULA DOE**

I, Ursula Doe, declare the following under penalties of perjury:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I am a Personal Services Contractor.

3. I am currently serving at a high-threat Embassy overseas.

4. My access to USAID's systems was unexpectedly cut-off on Sunday, February 2, 2025, and I have no idea what my status with USAID is as they have provided me no information.

5. Despite this court order, my access to USAID's computer systems has still not been restored. I continue to have no access to email, payment and security notification systems.

6. I have not received payment for my travel over here or from reimbursement of assignments far preceding the new administration (i.e. September

to November of 2024). In total, I have not been reimbursed for over $4,000 of incurred expenses. I am still unable to access my travel voucher system to submit any vouchers.

7. The State Department considers this post to be a high risk, high threat post for USG personnel. Given the continued lack of access to USAID's systems, I am unable to receive any critical USAID security updates, potentially impacting my safety. I continue to have no access to any USAID systems, despite the TRO (I last checked at 8:27 PM my time - 12:27 PM in Washington, DC). When I called CIO this morning to check on access, I was told that my account was "not on the list to be re-enabled" and that I had to check with my career leadership, who would receive approval from political leadership. CIO specifically noted that they could do nothing more until "political leadership signed off." In speaking with other staff members in the same situation, we are being told that the head of our bureau, a political appointee, had to personally sign off on our accounts being reactivated. I am aware that my account being disabled had been previously raised with leadership over the last week. It is unclear why, despite this, my account is still disabled.

8. For additional background, as a PSC, I am an employee under federal law and the terms of my contract. FAR 37.104(a) ("A personal services contract is characterized by the employer-employee relationship it creates …."); Contract ("the Contractor is generally an employee of the United States for purposes of laws other than those administered by the Office of Personnel Management…").

I declare under penalty of perjury that the foregoing is true and correct.

2

Executed on February 10, 2025.

                                                            /s/ Ursula Doe
                                                            Ursula Doe

3