# EXHIBIT E


# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN FOREIGN SERVICE ASSOCIATION, et al., | ) ) ) ) |
| *Plaintiffs,* | ) )   Civil Action No. 1:25-CV-352 |
| v. | ) ) ) |
| DONALD TRUMP, et al., | ) ) ) |
| *Defendants.* | ) ) |

## DECLARATION OF MARY DOE

I, Mary Doe, declare the following under penalties of perjury:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I am a member of the American Foreign Service Association.

3. I am a Senior Foreign Service Officer assigned to a Senior Leadership Group position in a USAID bureau.

4. I was placed on administrative leave on January 27, 2025.

5. As of the morning of February 10, 2025, I am still unable to access the USAID network, including e-mail, the USAID intranet, and other systems despite many of my colleagues having such access.

6. On February 9, 2025, I called USAID's IT Help Desk for assistance in accessing the USAID network.  I was told that I was not in the restoration queue and that I should "contact leadership."  I then called a second time and spoke with a

different representative who provided the same response.

7. I do not know who to contact and I do not have contact information for any political leadership.

8. Despite not having access to the USAID network, I prepared to report to my office at the Ronald Regan Building in Washington, D.C. on February 10, 2025.

9. Early that morning, I learned that colleagues had received the following message to their government email account:

> The former USAID headquarters at the Ronald Reagan Building in Washington, D.C., the USAID properties at the USAID Annex, 400 C Street, SW (formerly SA-44), the SEC Warehouse in Springfield, the Alternate Operating Facility in Leesburg, as well as 555 12th Street, NW, will remain closed until further notice. Agency personnel normally assigned to work at these USAID properties should telework, unless otherwise notified with a specific reporting time and location.
>
> - If you are online and your access has been restored, you may access your email account.
> - If your access hasn't been restored, please contact the helpdesk at hr-helpdesk@usaid.gov.

I did not receive this message from the Agency directly. Nevertheless, because the office is closed, I am unable to physically report to work.

10. My work often involves classified information that can only be viewed or discussed in a Sensitive Compartmented Information Facility, known as a SCIF. The closure of all USAID facilities in the area means that I do not have access to a SCIF and cannot perform all of my duties. This remains true regardless of whether my USAID network access is restored.

11. After learning that USAID buildings are closed, I emailed the HR Help

Desk requesting assistance with accessing the USAID network. However, Help Desk requests generate "tickets" which are then answered within the Help Desk's ServiceNow system. I do not have access to that system.

12. I have also contacted the CIO Help Desk and the Office of Administrative Management Services requesting assistance in restoring my access to the USAID network.

13. As of the time that this declaration is submitted, I remain without access to USAID networks and unable to physically report to work.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 10, 2025.

    /s/ Mary Doe
Mary Doe