UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN FOREIGN SERVICE ASSOCIATION, et al., | ) ) ) ) | |
| *Plaintiffs,* | ) ) | Civil Action No. 1:25-CV-352 |
| v. | ) ) ) | |
| DONALD TRUMP, et al., | ) ) ) | |
| *Defendants.* | ) ) | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR SHOW CAUSE HEARING**

Upon consideration of Plaintiffs' notice of non-compliance with Court order and motion for show cause hearing, it is hereby

**ORDERED** that the motion is **GRANTED**.

A telephonic hearing is hereby scheduled for **[       ]** today, February 10, 2025. The parties are directed to attend, and Defendants are directed to **SHOW CAUSE** as to the facts alleged in Plaintiffs' motion.

Dated: February 10, 2025

_____
THE HON. CARL J. NICHOLS
UNITED STATES DISTRICT JUDGE