UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| American Foreign Service Association, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>President Donald J. Trump, et al.,<br><br>*Defendants*. | Case No. 1:25-cv-00352 |

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE IN EXCESS OF PAGE LIMITS

Plaintiffs respectfully move for leave to file their reply in support of their temporary restraining order in excess of the page limits applicable under Local Civil Rule 7(e), which provides that a "reply memorandum shall not exceed 25 pages, without prior approval of the Court." Good cause exists to grant this motion. Since Plaintiffs' initial motion, this Court has ordered the parties to treat the opposition and reply briefing as preliminary injunction briefing. Plaintiffs, in turn, must respond to a lengthy opposition brief addressing their claims for any preliminary relief and, in so doing, must themselves address legally complex issues of international importance, all on a 24-hour turnaround. This Court will benefit from thorough briefing. As such, Plaintiffs request that this Court permit Plaintiffs to file a reply brief of up to 35 pages.

Counsel for Plaintiffs has conferred with counsel for the Defendants as required by Local Civil Rule 7(m). Defendants do not oppose this motion. A proposed order is attached.

Dated: February 11, 2025

Respectfully submitted,

/s/ *Kaitlyn Golden*

Kaitlyn Golden (DC Bar No. 1034214)
Kristen Miller (DC Bar No. 229627)
Rachel L. Fried (DC Bar No. 1029538)
Kayla M. Kaufman (DC Bar No. 90029091)
Robin F. Thurston (DC Bar No. 1531399)
Skye L. Perryman (DC Bar No. 984573)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
kgolden@democracyforward.org

Lauren Bateman (DC Bar No. 1047285)
Karla Gilbride (DC Bar No. 1005886)
Allison Zieve (DC Bar No. 424786)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
lbateman@citizen.org

## CERTIFICATE OF SERVICE

On February 11, 2025, I caused the foregoing and the accompanying proposed order to be filed electronically via the Court's CM/ECF system, which provides electronic notice to all counsel of record.

Dated: February 11, 2025                                         /s/ *Kaityln Golden*
                                                                                        Kaitlyn Golden