# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| American Foreign Service Association, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> President Donald J. Trump, et al., <br><br> *Defendants*. | Case No. 1:25-cv-00352 |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE IN EXCESS OF PAGE LIMITS

Upon consideration of Plaintiffs' motion and for good cause shown, the Court **GRANTS** Plaintiffs' unopposed motion to file a reply brief in excess of the page limits set out in Local Civil Rule 7(e). The Clerk is directed to accept Plaintiffs' Reply.

**SO ORDERED**.

Dated: _____      _____
THE HON. CARL J. NICHOLS
UNITED STATES DISTRICT JUDGE