UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| American Foreign Service Association, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> President Donald J. Trump, et al., <br><br> *Defendants*. | Case No. 1:25-cv-00352 |

### PLAINTIFFS' MOTION FOR LEAVE TO SUPPLEMENT THE RECORD

Pursuant to Local Civil Rule 65.1(d), Plaintiffs move for leave to supplement the record to include declarations pertinent to this Court's preliminary injunction decision, including the harms Plaintiffs, their members, and the public writ large will face if the dissolution of the United States Agency for International Development is not preliminarily enjoined. These declarations are attached as exhibits hereto.

Counsel for Plaintiffs has conferred with counsel for the Defendants as required by Local Civil Rule 7(m). Defendants oppose this motion. A proposed order is attached.

*Signatures on following page*

Dated: February 11, 2025                    Respectfully submitted,

/s/ *Kaitlyn Golden*

Kaitlyn Golden (DC Bar No. 1034214)
Kristen Miller (DC Bar No. 229627)
Rachel L. Fried (DC Bar No. 1029538)
Kayla M. Kaufman (DC Bar No. 90029091)
Robin F. Thurston (DC Bar No. 1531399)
Skye L. Perryman (DC Bar No. 984573)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
kgolden@democracyforward.org

Lauren Bateman (DC Bar No. 1047285)
Karla Gilbride (DC Bar No. 1005886)
Allison Zieve (DC Bar No. 424786)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
lbateman@citizen.org

## CERTIFICATE OF SERVICE

On February 11, 2025, I caused the foregoing and accompanying proposed order and declarations to be filed electronically via the Court's CM/ECF system, which provides electronic notice to all counsel of record.

Dated: February 11, 2025                            /s/ *Kaitlyn Golden*
                                                                                       Kaitlyn Golden