UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN FOREIGN SERVICE ASSOCIATION, et al., | ) ) ) ) | |
| *Plaintiffs,* | ) ) | Civil Action No. 1:25-CV-352 |
| v. | ) ) ) | |
| DONALD TRUMP, et al., | ) ) ) | |
| *Defendants.* | ) ) | |

**DECLARATION OF NANCY DOE**

I, Nancy Doe, declare the following under penalties of perjury:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I am a member of the American Foreign Service Association.

3. I am a tenured, commissioned, USAID Foreign Service Officer. I am assigned to the USAID/DRC and Central Africa Mission in Kinshasa, Congo. I serve as an Office Director managing $35 million annually in USAID activities.

4. On Tuesday, January 28, 2025, we were asked to remain in our residences in Kinshasa and telework due to the possibility of violent protests in the city in response to the Congolese rebel movement M23 and the Rwandan Defense Forces capturing control of Goma in the east. I spent the day keeping in touch with staff and monitoring the security situation. That night we were informed by the Ambassador that the Embassy would move to Ordered Departure, and we should be

on standby to leave Post. The route for evacuation was determined to be crossing the river to Brazzaville, Republic of Congo by boat and then charter flight from Brazzaville to Washington DC. My spouse and I packed one small carry-on suitcase which was all we were allowed to take along with our pet. We departed with other Embassy staff early on the morning of January 29 to Brazzaville where we remained until January 30. We and other staff took a charter flight to Washington DC. My spouse and I stayed one night at the airport hotel with the other personnel and then relocated to stay with family in the Washington area. Since that time, I have been doing my best to remain in contact with locally employed staff that I supervise in Kinshasa and monitor the security situation from afar, while completing any official tasks I am able to still perform due to the freeze on foreign assistance and shutdown of USAID offices.

5. Due to the freeze on foreign assistance, stop work orders to USAID implementing partners, and restriction on communicating with implementing partners, I am unable to confirm the whereabouts of US Government funded assets in DRC. I am unable to conduct my normal assessment of the security situation in DRC, including verification and coordination with implementing partners, to apprise senior leadership in USAID and the US Embassy to make informed security decisions. I have been unable to supervise the staff I am responsible for, nor reasonably expect them to complete work tasks for which they are being paid, the majority of which are program management and oversight responsibilities that are now frozen due to the SWOs.

6. Due to the shutdown of USAID systems and services, I have been unable to obtain a USG travel card and have been forced to use my own personal credit card to pay for costs associated with ordered departure, which ordinarily are required to be paid with a USG travel card. I am not certain that I will be reimbursed for the expenses I have been required to incur while away from Post -- I am staying with family rather than at a hotel or furnished apartment in order to avoid being out of pocket for lodging costs that no one can guarantee will be reimbursed at this point; I have had to buy replacement clothing and other necessary supplies which may not be reimbursed. I am unable to confirm that I will be able to travel back to Post to pack out my household effects and I am worried we will never see our possessions again, or that if they are packed out by someone other than us, items will be stolen or damaged. I am eligible for retirement and had submitted a request to begin that process and have not received responses from USAID/HCTM and am uncertain whether I will be able to get my pension. I have been experiencing health consequences related to extreme stress, anguish, and sleep deprivation due to worrying about staff, partners, and the situation in general in DRC and not being able to respond in the way that I normally would.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 9, 2025.

/s/ *Nancy Doe*
Nancy Doe