UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FOREIGN SERVICE ASSOCIATION, et al.,<br><br>        *Plaintiffs*,<br><br>v.<br><br>DONALD TRUMP, et al.,<br><br>        *Defendants*. | Civil Action No. 1:25-CV-352 |

**DECLARATION OF WALTER DOE**

I, Walter Doe, declare the following under penalties of perjury:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I am a member of the American Foreign Service Association.

3. I have worked for USAID for over fifteen years. I currently serve as a controller. In that role, I am responsible for disbursing payments to partners (like recipients of USAID grants), vendors (like cell phone companies and other local service providers) and USAID employees. Each overseas mission is assigned a controller.

4. On January 20, based on the president's executive order on foreign financial assistance, I was instructed not to certify any payments. Certification is the step through which authorized payments are transmitted to the Treasury

Department to be paid.

5. On January 24, we received a State Department cable that provided further instruction about the foreign assistance freeze, including a list of waivers. One of these waivers covered payroll and other expenses for USAID employees, including their living and operating expenses (rent, travel, insurance, etc.). Pursuant to this directive, I began trying to certify certain approved payments (such as for employee expenses) using our electronic payment system called Phoenix.

6. However, almost immediately upon attempting to certify payments on January 24 or 25, I noticed that the Phoenix system wasn't functioning the way it had in the past. Previously, after certifying a payment, I would be able to track its progress using Phoenix from the Treasury Department to the bank to final disbursement, but starting around January 25, the initial certification step would work but then the payment would get stuck in the system and never finish processing.

7. Over the next several days, I and the other controllers responsible for processing payments tried to determine what was happening. At this point I was growing concerned because invoices were considerably past due and we were not able to pay them.

8. Every single payment that I tried unsuccessfully to process after January 24 was for an expense incurred before January 20. Most of the payments I have been trying to process were for expenses incurred in November or December of 2024. These included cell phone and other utility payments, travel reimbursements, and rental payments.

9. On February 3, the situation changed yet again. As of that date, every time I tried to hit the "certify" button to begin a disbursement, I received an error message stating that I did not have authority to proceed. I contacted Phoenix Security to inquire if there was a technical problem in the system and was told that Phoenix had been instructed to deny all USAID personnel access.

10. On February 5, all USAID controllers received another diplomatic cable indicating that USAID personnel could no longer process payments themselves but must request approval from a State Department official to cover any expense.

11. As of February 9, when I try to log into Phoenix, I receive a new error message stating that my sign-in attempt has failed. I have even less access to Phoenix after the February 7 court order than I did before that date.

12. I have been in touch with many colleagues and all report the same experience. To my knowledge, none of us USAID controllers worldwide can access Phoenix anymore.

> I have not been able to process payments under any of the waivers included in the January 24 cable, including those for humanitarian assistance or those for employee operating expenses. Though the waivers exist on paper, in reality all USAID funds have remained frozen since approximately January 24 because of technological barriers added to the system, I don't know by whom. Phoenix will not let us disburse them.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 11, 2025.

                                                /s/ *Walter Doe*
                                                Walter Doe

Case 1:25-cv-00352-CJN    Document 24-11    Filed 02/11/25    Page 4 of 4