# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| American Foreign Service Association, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>President Donald J. Trump, et al.,<br><br>*Defendants*. | Case No. 1:25-cv-00352 |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO SUPPLEMENT THE RECORD

Upon consideration of Plaintiffs' motion and for good cause shown, the Court **GRANTS** Plaintiffs' motion to supplement the record.

**SO ORDERED**.

Dated: _____    _____
THE HON. CARL J. NICHOLS
UNITED STATES DISTRICT JUDGE