UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FOREIGN SERVICE ASSOCIATION, *et al.*,<br><br>　　Plaintiffs,<br><br>v.<br><br>PRESIDENT DONALD TRUMP, *et al.*,<br><br>　　Defendants. | Civil Action No. 1:25-cv-00352-CJN |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of Lauren A. Wetzler as counsel for the Defendants.

Dated: February 12, 2025

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　 /s/ Lauren A. Wetzler
　　　　　　　　　　　　　　　　　　　　Lauren A. Wetzler (D.C. Bar No. 90015335)
　　　　　　　　　　　　　　　　　　　　Deputy Director
　　　　　　　　　　　　　　　　　　　　Federal Programs Branch
　　　　　　　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　　　　　　　Civil Division, Federal Programs Branch
　　　　　　　　　　　　　　　　　　　　1100 L St. NW
　　　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　　　Phone: (202) 514-4782
　　　　　　　　　　　　　　　　　　　　Email: Lauren.Wetzler@usdoj.gov

　　　　　　　　　　　　　　　　　　　　*Counsel for Defendants*