IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FOREIGN SERVICE ASSOCIATION, *et al.*,<br><br>　　　Plaintiffs,<br><br>v.<br><br>PRESIDENT DONALD TRUMP, *et al.*,<br><br>　　　Defendants. | Civil Action No. 1:25-cv-00352-CJN |

### NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of INDRANEEL SUR, Senior Counsel, of the U.S. Department of Justice, Civil Division, Federal Programs Branch, and remove the appearance of DOROTHY M. CANEVARI, Trial Attorney, of that Branch, as counsel for all Defendants in the above-captioned action. Mr. Sur is admitted or otherwise authorized to practice in this Court.

Dated: February 12, 2025

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　s/ INDRANEEL SUR
　　　　　　　　　　　　　　　　　　　INDRANEEL SUR (D.C. Bar 978017)
　　　　　　　　　　　　　　　　　　　*Senior Counsel*
　　　　　　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　　　　　　Civil Division, Federal Programs Branch
　　　　　　　　　　　　　　　　　　　P.O. Box 883
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20044
　　　　　　　　　　　　　　　　　　　Tel.: (202) 616-8488
　　　　　　　　　　　　　　　　　　　e-mail: Indraneel.Sur@usdoj.gov

　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*