IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FOREIGN SERVICE ASSOCIATION, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>PRESIDENT DONALD TRUMP, *et al.*,<br><br>  Defendants. | Civil Action No. 1:25-cv-00352 |

## NOTICE OF APPEARANCE

Please take notice that the undersigned attorney, Eric J. Hamilton of the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as counsel on behalf of Defendants in the above-captioned case. The undersigned counsel hereby certifies pursuant to Local Rule 82.3(j) that he is personally familiar with the Local Rules of this Court.

Dated: February 12, 2025

Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General
Civil Division

LAUREN A. WETZLER
Deputy Branch Director
Federal Programs Branch

*/s/ Eric J. Hamilton*
Eric J. Hamilton
Deputy Assistant Attorney General
United States Department of Justice
Civil Division, Federal Programs Branch
950 Pennsylvania Avenue NW
Washington, DC 20530
Phone: (202) 353-2793
Email: eric.hamilton@usdoj.gov

*Counsel for Defendants*