# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FOREIGN SERVICE ASSOCIATION, et al., ) ) ) ) | |
| *Plaintiffs*, ) | Civil Action No. 1:25-CV-352 |
| ) | |
| v. ) | |
| ) | |
| DONALD TRUMP, et al., ) ) | |
| *Defendants*. ) ) | |

**DECLARATION OF ABBY MAXMAN**

I, Abby Maxman, declare the following under penalties of perjury:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I am the President and CEO of Oxfam America, which I have led since 2017. I have over thirty-five years of experience in the humanitarian field, having held leadership roles including Deputy Secretary General and Vice President of two major international humanitarian agencies; board chair of the leading alliance of nonprofits in the U.S., and of the Steering Committee for Humanitarian Response; and as an NGO principal on the UN Inter-Agency Standing Committee. I serve as a Trustee on the board of Frontline AIDS, on the advisory boards of the Global Executive Leadership Initiative and on the Classy Leadership Council, and am a member of the Council on Foreign Relations. I previously served as a U.S. Peace Corps Volunteer, and worked in the USDA's Office of International Cooperation and

Development. My work has taken me to over seventy countries. I have lived and worked in Lesotho, Zimbabwe, Rwanda, the Occupied Palestinian Territory & Israel, the Republic of Georgia, Haiti, Ethiopia, Switzerland, and the United States.

3. Over the course of my career I have implemented large U.S. government funded programs in country leadership roles in Haiti, Ethiopia, and the Republic of Georgia. As the Vice President of International Programs and Operations for a large international humanitarian agency, I was responsible for the oversight of a $400million/year portfolio of work, 40% of which was U.S. government funded, including the other multilateral agencies that U.S. funding supports. For over thirty-five years, I have devoted my professional career and expertise working in the aid sector.

4. Oxfam America is an affiliate member of Oxfam International, a global organization that fights inequality to end poverty and injustice. We offer lifesaving support in times of crisis, and advocate for economic justice, gender equality, and climate action. In 2023, we worked with 2,248 local organizations and international allies, in 80 countries, and reached 15.5 million people with our programs.

5. Oxfam collaborates with a worldwide network of humanitarian organizations, including USAID, that provides relief for communities affected by the world's most serious disasters. Like other professional humanitarian organizations, Oxfam participates in coordination mechanisms led by the United Nations to ensure that assistance is provided to address the most pressing needs in a manner that is efficient and avoids duplication. The efficacy and appropriateness of each lifesaving

activity is directly dependent on the complementary activities being carried out by other organizations in the humanitarian ecosystem. While it is typical for organizations to adjust their programs to account for changes in the external context, the erasure of any large aid organization–particularly one of USAID's magnitude–undermines the humanitarian sector as a whole.

6. Oxfam is currently conducting humanitarian action in over 30 countries, including the Democratic Republic of Congo, Venezuela, Colombia, Bangladesh, and the Philippines. This also includes programs in:

a. **South Sudan:** Conflict in Sudan, and the recent declaration of famine, forced over 3 million people to seek refuge in South Sudan, Chad, and neighboring countries. In South Sudan and Chad, Oxfam and partners are delivering food; providing clean water; installing emergency drinking water systems, toilets, and bathing facilities; and distributing cash so that displaced families can acquire the additional items they need.

b. **Ukraine**: Since the escalation of the war in 2022, Oxfam has provided humanitarian assistance to over 2.4 million people, including refugees who fled to Poland, Moldova, and Romania. Today, as the fighting in Ukraine continues to create extremely challenging conditions for civilians, Oxfam works closely with Ukrainian civil society to support people in need.

c. **Ethiopia, Kenya, Somalia and South Sudan:** Oxfam is

responding to the East Africa hunger crisis by partnering with organizations to reach 1.24 million people across the four countries. Together, we are providing clean water and rapid flexible cash assistance matched with longer-term support to help communities be more resilient to the changing climate. We are also advocating for governments and others to respond to the immediate crisis with humanitarian assistance.

7. Funds appropriated by Congress and administered by USAID save lives and helps to build strong and resilient societies. To my knowledge, there is not a single area of development and humanitarian assistance – including food, education, economic development, public health, democracy and governance, climate change adaptation, advancing the rights of girls and women, and disaster relief – that USAID is not involved in.

8. Following President Trump's Executive Order mandating a 90-day pause in *new* foreign assistance disbursements, USAID and the State Department imposed a blanket freeze on *all* foreign assistance, including on activities pursuant to existing contracts and awards. Ships carrying medicine refrained from unloading their cargoes; and food bound for countries experiencing extreme hunger were held at port to spoil and rot, notwithstanding the Executive Order's exemption on emergency food assistance.

9. On January 28, Secretary Rubio approved an "emergency humanitarian waiver" purportedly exempting certain forms of life-saving humanitarian assistance

4

from the funding freeze. However, the effective shutdown of USAID has dramatically limited the effect of the waiver in a variety of ways. First, USAID has not been making payments to many of its implementing partners, even to reimburse them for work completed before the funding freeze, leaving many with severe liquidity challenges. Second, USAID staff, including agreement officers who are the primary contact for implementing partners, have been either placed on leave or prohibited from external communications. As a result, USAID grantees and employees alike are not receiving actionable guidance on the scope or operation of the humanitarian waiver. Given USAID's non-payment even for earlier expenses, many humanitarian organizations are declining to bear the risk of incurring new ones on the basis of a vague waiver without specific guidance.

10. The immediate departure of USAID from the humanitarian sector creates an inordinate burden on other humanitarian organizations, including Oxfam, whose resources have already been diverted to account for the foreign assistance funding pause currently in place, and which would be fundamentally challenged and overstretched in an attempt to fill the $63 billion void left by USAID's abrupt dissolution.

11. Like other humanitarian agencies, Oxfam is committed to meeting industry-agreed minimum standards in our response activities in order to ensure that people benefiting from Oxfam assistance survive and recover with dignity. Unless Oxfam accounts for the dramatic changes in the humanitarian landscape caused by the discontinuation of USAID-funded programs, Oxfam will fail to meet minimum

standards in its own programs, fail to address the most urgent needs, and may exacerbate tensions within communities over the distribution of resources and accessibility of services. Instead, Oxfam will be forced to participate in recalibration exercises everywhere USAID funding has ceased to be available, at substantial cost to our own operations.

12. The agency's abrupt closure is leaving a massive shortfall that will force Oxfam and other agencies to reallocate funds away from critical programs. Even in the best-case scenario, this recalibration of humanitarian assistance will leave millions of children, women and men living without food, water, sanitation services, medicine, education, shelter, protection, or other essential emergency relief in disaster and conflict areas around the world.

13. Oxfam implements programs in close collaboration with partners, including other government entities, international non-governmental organizations (INGOs), and local and national NGOs, many of which receive USAID funding. As a result, impacts of the USAID foreign assistance pause on other INGOs and local/national NGOs will jeopardize our projects, generating pressure on Oxfam to incur additional financial responsibility, as well as to make life-or-death decisions about which communities we will and will not serve.

14. In many cases, Oxfam and other INGOs coordinate so that we work in different communities, in which case some communities will now be supported by Oxfam, while neighboring communities will be left without support. Alternatively, in situations where Oxfam and allies complement each other's work, there will now be

tremendous gaps.

15. Closing USAID without notice also disrupts lifesaving programs midstream. Local and national organizations that receive USAID funding and partner with Oxfam may have little in reserves, and many of our close local and national partners have told us they will not be able to survive the 3-month pause. Their closure will significantly impede our ability to carry out our humanitarian work.

16. Oxfam has already been instructed to halt several projects undertaken with UN agency funding because they rely on U.S. government as a back donor. In sum, there are over $800,000 in standing commitments that are now at risk, including three humanitarian projects providing water, sanitation, and other humanitarian assistance in which work has been conducted and we have not received payment. This includes programs serving refugees and other communities in Africa, Latin America, and the Middle East.[1]

17. Oxfam collaborates with other UN agencies funded by the U.S. government, meaning the adverse impacts to our work are likely to spread. Oxfam has thirty-one contracts with UN agencies valued at $42.9 million; this includes $12.7 million in pending payments. As of February 5, nineteen UN agencies received stop-work orders from the U.S. government, and six had not. This throws significant uncertainty into Oxfam's ability to continue carrying out the work we have

---

[1] Please note that teams located in these three countries requested not to be identified for fear that their programs or staff could face retribution.

undertaken alongside the United Nations, and introduces uncertainty as to whether we will receive the $12.7 million in pending payments.

19. USAID is also home to thought leaders in the development industry. Their staff engineer and implement cutting edge, lifesaving ideas at scale. There is no major area of the development system in which USAID did not bring its technical know-how, research, and evidence. Dissolving the agency will therefore have significant negative ramifications Oxfam and other humanitarian agencies that rely upon the agency's ingenuity to continue our work of saving lives and improving livelihoods across the globe.

19. In addition, USAID plays a unique role by offering services to other humanitarian organizations that only USAID can offer. Oxfam and other organizations have come to rely upon this partnership. For example, USAID charters flights to several remote or dangerous regions of the world that other organizations cannot enter alone, and invites humanitarian workers from other organizations to join these flights. USAID thus plays a unique role in supporting Oxfam and other humanitarian organizations that would otherwise be unable to provide this lifeline to otherwise unreachable communities.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 12, 2025.

_____
Name