UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FOREIGN SERVICE ASSOCIATION, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD TRUMP, et al.,<br><br>*Defendants*. | Civil Action No. 1:25-cv-352 (CJN) |

## ORDER

For the reasons discussed at the February 13, 2025 preliminary injunction hearing, the existing temporary restraining order in this case, ECF No. 15, is modified in the following two respects:

1. The TRO is extended by one week, and shall expire on Friday, February 21, 2025 at 11:59 PM.

2. The TRO's statement that "[n]o USAID employees shall be evacuated from their host countries" while the TRO is in place is amended to state that "[n]o USAID employees shall be <u>involuntarily</u> evacuated from their host countries" while the TRO is in place.

**SO ORDERED.**

DATE: February 13, 2025

_____
CARL J. NICHOLS
United States District Judge