AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| AFGE et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-00352 |
| Trump et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

American Foreign Service Association, American Federation of Government Employees    .

Date:    02/12/2025

/s/ Skye L. Perryman
*Attorney's signature*

Skye L. Perryman (No. 984573)
*Printed name and bar number*
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043

*Address*

sperryman@democracyforward.org
*E-mail address*

202-448-9090
*Telephone number*

(202) 796-4426
*FAX number*

Print    Save As...    Reset