IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FOREIGN SERVICE ASSOCIATION, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>PRESIDENT DONALD TRUMP, *et al.*,<br><br>    Defendants. | Civil Action No. 1:25-cv-00352-CJN |

**DEFENDANTS' SUPPLEMENT IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY RELIEF**

On February 13, 2025, the Court held a preliminary injunction hearing. At the hearing, the Court ordered the Government to file a supplement to its Opposition to Plaintiffs' Motion for Preliminary Relief, ECF No. 20, that addresses two questions:

1. What steps is the Government planning to take to protect the safety of USAID employees who are located abroad and will be placed on administrative leave?

2. What, if any, benefits will USAID employees who are located abroad have access to if they voluntarily choose to say beyond the 30-day period during which the Government would otherwise evacuate them to the United States?

The Government respectfully submits the attached declaration, which answers those two questions.

1

Dated: February 14, 2025

Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General
Civil Division

ERIC J. HAMILTION
Deputy Assistant Attorney General
Federal Programs Branch

ALEXANDER K. HAAS
Director
Federal Programs Branch

LAUREN A. WETZLER
Deputy Director
Federal Programs Branch

CHRISTOPHER R. HALL
Assistant Branch Director

*/s/ Christopher D. Edelman*
CHRISTOPHER D. EDELMAN
Trial Attorney
INDRANEEL SUR
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 305-8659
Email: christopher.edelman@usdoj.gov

*Counsel for Defendants*