UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FOREIGN SERVICE ASSOCIATION, et al., | ) ) ) ) |
| *Plaintiffs*, | ) Civil Action No. 1:25-CV-352 ) |
| v. | ) ) |
| DONALD TRUMP, et al., | ) ) |
| *Defendants*. | ) ) |

**[PROPOSED]**
**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO SUPPLEMENT THE RECORD**

Upon consideration of Plaintiffs' motion and for good cause shown, the Court **GRANTS** Plaintiffs' motion to supplement the record.

**SO ORDERED.**

Date _____          _____
                         THE HON. CARL J. NICHOLS
                         UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

On February 17, 2025, I caused the foregoing and accompanying proposed order and declarations to be filed electronically via the Court's CM/ECF system, which provides electronic notice to all counsel of record.

| | |
|---|---|
| Dated: February 17, 2025 | /s/ Kristen P. Miller<br>Kristen P. Miller |