IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

*American Foreign Service Association, et al.*
                  *Plaintiff(s)*

                  vs.                  Case No: 1:25-cv-00352-CJN

*Donald Trump, President of the United States of America, et al.*
                  *Defendant(s)*

### *AFFIDAVIT OF SERVICE BY CERTIFIED MAIL*

I, Scott Slatkin a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Complaint for Declaratory and Injunctive Relief; and Standing Order for Civil Cases

SERVE TO: United States Department of State, The Executive Office of the Legal Adviser and Bureau of Legislative Affairs

SERVICE ADDRESS: 600 19th Street, NW, Suite 5.600, Washington, DC 20522

METHOD OF SERVICE: Per COVID-19 service of process protocol, service was completed by mailing a copy of the documents listed herein to United States Department of State, The Executive Office of the Legal Adviser and Bureau of Legislative Affairs, 600 19th Street, NW, Suite 5.600, Washington, DC 20522 on 02/12/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9589 0710 5270 0332 9587 79.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 02/13/2025

*Scott Slatkin*

*Client Ref Number: AFGE, et al. v. Trump*
*Job #:12698407*