### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

*American Foreign Service Association, et al.*
                              *Plaintiff(s)*

                                                    *vs.*                              Case No: 1:25-cv-00352-CJN

*Donald Trump, President of the United States of America, et al.*
                              *Defendant(s)*

### AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

*I, Scott Slatkin a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.*

*DOCUMENT(S): Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Complaint for Declaratory and Injunctive Relief; and Standing Order for Civil Cases*

*SERVE TO: United States Department of Treasury*

*SERVICE ADDRESS: 1500 Pennsylvania Avenue, NW, Washington, DC 20220*

*METHOD OF SERVICE: Per COVID-19 service of process protocol, service was completed by mailing a copy of the documents listed herein to United States Department of Treasury, 1500 Pennsylvania Avenue, NW, Washington, DC 20220 on 02/12/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9589 0710 5270 0332 9587 62.*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on* 02/13/2025

*Scott Slatkin*

*Client Ref Number: AFGE, et al. v. Trump*
*Job #:12698422*