IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

American Foreign Service Association, et al.
      Plaintiff(s)

vs.      Case No: 1:25-cv-00352-CJN

Donald Trump, President of the United States of America, et al.
      Defendant(s)

### AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Scott Slatkin a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Complaint for Declaratory and Injunctive Relief; and Standing Order for Civil Cases

SERVE TO: United States Agency for International Development

SERVICE ADDRESS: 1300 Pennsylvania Avenue, NW, Washington, DC 20004

METHOD OF SERVICE: Per COVID-19 service of process protocol, service was completed by mailing a copy of the documents listed herein to United States Agency for International Development, 1300 Pennsylvania Avenue, NW, Washington, DC 20004 on 02/12/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9589 0710 5270 0332 9588 47.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 02/13/2025

*Scott Slatkin*

Client Ref Number: AFGE, et al. v. Trump
Job #:12698480

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050