IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

*American Foreign Service Association, et al.*
                 *Plaintiff(s)*

                vs.                Case No: 1:25-cv-00352-CJN

*Donald Trump, President of the United States of America, et al.*
                 *Defendant(s)*

### AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Scott Slatkin a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Complaint for Declaratory and Injunctive Relief; and Standing Order for Civil Cases

SERVE TO: United States Attorney's Office for the District of Columbia c/o Civil Process Clerk

SERVICE ADDRESS: United States Attorney's Office for the District of Columbia, 601 D Street, NW, Washington, DC 20530

METHOD OF SERVICE: Per COVID-19 service of process protocol, service was completed by mailing a copy of the documents listed herein to United States Attorney's Office for the District of Columbia c/o Civil Process Clerk, United States Attorney's Office for the District of Columbia, 601 D Street, NW, Washington, DC 20530 on 02/12/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9589 0710 5270 0332 9587 86.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 02/13/2025

*Scott Slatkin*

*Client Ref Number: AFGE, et al. v. Trump*
*Job #:12698496*