UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FOREIGN SERVICE ASSOCIATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PRESIDENT DONALD TRUMP, *et al.*, <br><br> Defendants. | Civil Action No. 1:25-cv-00352-CJN |

**NOTICE OF FILING DECLARATION**

At a hearing on February 19, 2025, the Court ordered Defendants to submit a supplemental declaration clarifying the choice a direct hire employee of U.S. Agency for International Development who is stationed abroad would face if the temporary restraining order were lifted and employees reverted to being on administrative leave. Defendants respectfully submit the attached declaration of Peter Marocco in response to the Court's directive. Defendants have made best efforts to accurately depict the Government's policy for this rapidly evolving matter, and to explain what was intended by past declarations.

Dated: February 20, 2025

Respectfully submitted,

BRETT A. SHUMATE
Principal Deputy Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Federal Programs Branch

1

ALEXANDER K. HAAS
Director
Federal Programs Branch

LAUREN A. WETZLER
Deputy Director
Federal Programs Branch


*/s/ Christopher D. Edelman*
CHRISTOPHER D. EDELMAN
INDRANEEL SUR
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 305-8659
Email: christopher.edelman@usdoj.gov

*Counsel for Defendants*