## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FOREIGN SERVICE ASSOCIATION, et al., | ) ) ) ) |
| *Plaintiffs,* | ) ) |
| v. | ) ) ) |
| DONALD TRUMP, et al., | ) ) ) |
| *Defendants.* | ) ) ) |

Civil Action No. 1:25-CV-352

## **PLAINTIFFS' MOTION FOR LEAVE TO SUPPLEMENT RECORD AND MEMORANDUM OF POINTS AND AUTHORITIES**

Pursuant to Local Civil Rule 65.1(d), Plaintiffs move for leave to supplement the record for the purpose of responding to statements made in the Declaration of Peter Marocco filed on February 20, 2025 (ECF No. 46-1).

At the hearing held on February 19, 2025, the Court directed Defendants to file a submission to address the Court's request for clarity on the official policy regarding the options available to USAID employees if faced with a mandatory evacuation. On February 20, 2025, Defendants filed a supplemental declaration by Peter Marocco addressing those topics. *See* ECF No. 46-1 (the Marocco Declaration).

Plaintiffs hereby request leave to file an additional declaration responsive to statements contained in the Marocco Declaration. The Fourth Declaration of Randall Chester, attached as Exhibit A, responds to statements contained in the Marocco

Declaration. Mr. Chester's declaration reports that the current experience of AFSA members across the globe continues to be vastly different from Mr. Marocco's statements concerning USAID's evacuation of FSOs.

This Court has the "discretion to allow parties to supplement the record of a case." *Marsh v. Johnson*, 263 F. Supp. 2d 49, 53 (D.D.C. 2003) (citation omitted). Use of that discretion is warranted here because the proposed supplemental declaration will assist the Court in evaluating the statements contained in the Marocco Declaration for the purpose of assessing whether (1) Plaintiffs are likely to succeed on the merits of their claims, (2) Plaintiffs will suffer irreparable harm in the absence of preliminary relief, and (3) the balance of equities and the public interest weigh in their favor. *See Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008); *Nken v. Holder*, 556 U.S. 418, 435 (2009).

Counsel for Plaintiffs has conferred with counsel for the Defendants as required by Local Civil Rule 7(m). Defendants take no position on this motion. A proposed order is attached.

## CONCLUSION

For the foregoing reasons, the Court should grant Plaintiffs' motion to supplement the record.

Dated: February 20, 2025              Respectfully submitted,

/s/ Lauren Bateman                    /s/ Kristen P. Miller
Lauren Bateman                        Kristen P. Miller
(DC Bar No. 1047285)                  (DC Bar No. 229627)
Karla Gilbride                        Kaitlyn Golden

(DC Bar No. 1005886)  
Allison Zieve  
(DC Bar No. 424786)  
Public Citizen Litigation Group  
1600 20th Street NW  
Washington, DC 20009  
(202) 588-1000  
lbateman@citizen.org  

(DC Bar No. 1034214)  
Kayla M. Kaufman  
(DC Bar No. 90029091)  
Robin F. Thurston  
(DC Bar No. 1531399)  
Skye L. Perryman  
(DC Bar No. 984573)  
Rachel L. Fried  
(DC Bar No. 1029538)  
Democracy Forward Foundation  
P.O. Box 34553  
Washington, D.C. 20043  
(202) 448-9090  
kmiller@democracyforward.org  

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

On February 20, 2025, I caused the foregoing and accompanying proposed order and declarations to be filed electronically via the Court's CM/ECF system, which provides electronic notice to all counsel of record.

Dated: February 20, 2025                                /s/ Kristen P. Miller
                                                        Kristen P. Miller