**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

                                               )

AMERICAN FOREIGN SERVICE   )
ASSOCIATION, et al.,              )

                                          )

            *Plaintiffs,*     )      Civil Action No. 1:25-CV-352

                                          )

      v.                   )

                                          )

DONALD TRUMP, et al.,        )

                                          )

           *Defendants.*    )

--- )

**[PROPOSED]**
**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO**
**SUPPLEMENT THE RECORD**

Upon consideration of Plaintiffs' motion and for good cause shown, the Court

**GRANTS** Plaintiffs' motion to supplement the record.

      **SO ORDERED.**

Date _____               _____
                                      THE HON. CARL J. NICHOLS
                                      UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

On February 20, 2025, I caused the foregoing and accompanying proposed

order and declaration to be filed electronically via the Court's CM/ECF system,

which provides electronic notice to all counsel of record.


Dated: February 20, 2025                                    /s/ Kristen P. Miller
                                                            Kristen P. Miller

2