UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN FOREIGN SERVICE
ASSOCIATION, et al.,

    *Plaintiffs*,

v.

DONALD TRUMP, et al.,

    *Defendants*.

Civil Action No. 1:25-cv-352 (CJN)

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Plaintiffs' Motion for Preliminary Injunction, ECF No. 9, is **DENIED**; and it is further

**ORDERED** that Plaintiffs' Motion for Hearing to Show Cause, ECF No. 19, is **DENIED as MOOT**; and it is further

**ORDERED** that Plaintiffs' Motions for Leave to Supplement the Record, ECF Nos. 24, 36, and 47, are **GRANTED**.

DATE: February 21, 2025

                                                CARL J. NICHOLS
                                                United States District Judge