UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| American Foreign Service Association, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> President Donald J. Trump, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-00352 |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Plaintiffs American Foreign Service Association, American Federation of Government Employees, and Oxfam America (collectively, "Plaintiffs"), by and through their attorneys, respectfully submit this Motion for Summary Judgment (the "Motion"). Plaintiffs base this motion on Federal Rule of Civil Procedure 56, the attached Memorandum of Law, the exhibits and Statement of Material Facts in support of the memorandum, and the concurrently-filed Proposed Order, as well as all other pleadings and papers filed in this action, oral argument of counsel, and any other matters that may come before the Court.

Dated: March 10, 2025

Lauren Bateman (DC Bar No. 1047285)
Karla Gilbride (DC Bar No. 1005886)
Allison Zieve (DC Bar No. 424786)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
lbateman@citizen.org

Respectfully submitted,

/s/ *Kaitlyn Golden*

Kaitlyn Golden (DC Bar No. 1034214)
Rachel L. Fried (DC Bar No. 1029538)
Kristen Miller (DC Bar No. 229627)
Kayla M. Kaufman (DC Bar No. 90029091)
Robin F. Thurston (DC Bar No. 1531399)
Skye L. Perryman (DC Bar No. 984573)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
kgolden@democracyforward.org