UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| American Foreign Service Association, *et al*.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>President Donald J. Trump, *et al*.,<br><br>    *Defendants*. | Case No. 1:25-cv-00352 |

**PLAINTIFFS' STATEMENT OF UNDISPUTED MATERIAL FACTS**

Plaintiffs American Foreign Service Association, American Federation of Government Employees, and Oxfam America (collectively, Plaintiffs) respectfully submit the following concise statement of undisputed material facts, in accordance with Local Rule 7(h), in support of their Motion for Summary Judgment.

**I.      Background on United States Agency for International Development (USAID)**

**A.      USAID's Creation and Purpose.**

1.      USAID was established in 1961.[1]

2.      USAID is the lead international humanitarian and development arm of the U.S. government.[2]

---

[1] Emily M. McCabe, Cong. Rsch. Serv., *U.S. Agency for International Development: An Overview* 1 (Jan. 6, 2025), https://tinyurl.com/2p9zdcv4.
[2] *Id.*

3.      USAID provides assistance to strategically important countries and countries in conflict; leads U.S. efforts to alleviate poverty, disease, and humanitarian need; and assists U.S. commercial interests by supporting developing countries' economic growth.[3]

4.      Much of USAID's work is carried out through grants, cooperative agreements, or contracts with USAID's thousands of development partners, including nonprofit organizations, for-profit contractors, universities, international organizations, and foreign governments.[4]

5.      Until recently, USAID supported projects in around 120 countries aimed at fighting epidemics, educating children, providing clean water, and supporting economic development.[5]

**B.      USAID's Staffing and Structure.**

6.      Prior to January 20, 2025, USAID's workforce totaled more than 10,000 employees, not including institutional support contractors (ISCs).[6]

7.      Of USAID's total workforce, approximately 4,765 are direct hire full-time equivalent employees.[7]

8.      Of USAID's total workforce, approximately 1,230 are personal services contractors (PSCs).[8]

9.      In 2022, approximately a third of the USAID workforce were permanent direct hires, while the remaining staff were indirect or temporary hires, such as PSCs, ISCs, foreign service nationals (FSN) who are generally non-US citizens hired by overseas missions, and foreign

---

[3] *Id.*
[4] *Id.*
[5] Kimberlee Kruesi, *From fighting disease to protecting the Amazon rainforest, USAID has big impact across the globe*, AP (Feb. 6, 2025), https://tinyurl.com/5cvmw5b4.
[6] Emily M. McCabe, Cong. Rsch. Serv., *U.S. Agency for International Development: An Overview* 1 (Jan. 6, 2025), https://tinyurl.com/2p9zdcv4.
[7] Ex. 1, ECF No. 20-1 ¶ 11 (Decl. of Pete Marocco, Feb. 10, 2025).
[8] Ex. 2, Decl. of Pete Marocco ¶ 3, *Pers. Serv. Contractor Ass'n v. Trump*, No. 1:25-cv-00469 (Feb. 24, 2025), ECF No. 13-2.

service limited (FSL), U.S. citizens with technical expertise who are hired for short-term appointments.[9]

10. In 2022, approximately 60 percent of USAID's staff were based overseas.[10]

11. PSCs are individuals who enter directly into contracts with USAID, creating an employer-employee relationship with the United States Government.[11]

12. ISCs are employed by private companies that are in turn contracted for services by USAID.[12]

13. ISCs work within USAID, but cannot supervise direct hire staff nor perform inherently governmental work.[13]

    **C.**     **USAID Phoenix System**

14. USAID processes and makes payments through a financial management system called Phoenix, which is "used to record accounting transactions and make payments for goods or services to small businesses, educational or non-profit institutions, and USAID contractors."[14]

15. Prior to January 20, 2025, each payment was reviewed and approved by a series of USAID staff, including an Agreement/Contracting Officer Representative and an Authorized Certifying Officer (often a Controller or other designated USAID staff member).[15]

---

[9] USAID, Off. of Inspector Gen., *Strategic Workforce Planning: Challenges Impair USAID's Ability to Establish a Comprehensive Human Capital Approach*, at 2 (May 25, 2022), https://tinyurl.com/2xhzf3pn.
[10] *Id.*
[11] USAID, *Personal Services Contractors* (archived Jan. 29, 2025), https://tinyurl.com/56n45u32.
[12] USAID, Off. of Inspector Gen., *Strategic Workforce Planning: Challenges Impair USAID's Ability to Establish a Comprehensive Human Capital Approach*, 25 (May 25, 2022), https://tinyurl.com/2xhzf3pn.
[13] *Id.*
[14] Ex. 3, USAID, *Phoenix Production* (archived Jan. 29, 2025), https://tinyurl.com/2s43kycx.
[15] Ex. 4, First Decl. of Della Doe ¶ 5, *AVAC v. Dep't of State*, No. 1:25-cv-400 (Feb. 26, 2025), ECF No. 40-3.

## II. Defendants' Actions to Dismantle USAID

16. On January 20, 2025, President Trump issued an Executive Order titled "Reevaluating and Realigning United States Foreign Aid."[16]

17. The Foreign Aid Executive Order directed a "90-day pause" in "United States foreign development assistance programs . . . pending reviews of such programs for programmatic efficiency and consistency with United States foreign policy[.]"[17]

18. The Order applied "immediately" to all "obligations and disbursements of development assistance funds."[18]

19. The Order further directed that within that 90-day review period, "[t]he responsible department and agency heads. . . will make determinations . . . whether to continue, modify, or cease each foreign assistance program . . . with the concurrence of the Secretary of State."[19]

20. On Friday, January 24, 2025, the Secretary of State issued a diplomatic cable to All Diplomatic and Consular posts (ALDAC) titled "Executive Order on Review of Foreign Assistance Programs" that "pause[d] all new obligations of funding, pending a review, for foreign assistance programs funded by or through . . . USAID."[20]

21. The January 24 ALDAC also stated that "For existing foreign assistance awards, contracting officers and grant officers shall immediately issue stop work orders, consistent with the terms of the relevant award, until such time as the Secretary shall determine, following a review."[21]

---

[16] Exec. Order. No. 14169, 90 Fed. Reg. 8619 (Jan. 20, 2025).
[17] *Id.*
[18] *Id.*
[19] *Id.*
[20] Ex. 5, Dep't of State, *Executive Order on Review of Foreign Assistance Programs,* 25 STATE 6828, ¶ 1 (Jan. 24, 2025).
[21] *Id.* ¶ 7.

22. The January 24 ALDAC identified certain exceptions to the funding freeze, such as "legitimate expenses incurred prior to the date of this [memo] under existing awards."[22]

23. In the days following January 24, 2025, USAID issued stop-work orders to contractor and grantee agency partners, requiring them to "immediately suspend work" and to "minimize the incurrence of costs allocable to the work covered by the order during the period of work stoppage."[23]

24. Between Friday, January 24 and Monday, January 27, 2025, USAID Certifying Officers worldwide began reporting that certified payments were not being processed through Phoenix. As a result, disbursements from the U.S. Treasury to implementing partners were blocked.[24]

25. On January 27, 2025, 58 senior USAID staff were put on administrative leave.[25]

26. On Tuesday, January 28, 2025, facilities staff began removing "all artwork and photographs from the offices and common spaces across all" USAID buildings, and USAID staff were directed via email to provide their "immediate support in executing this 'priority' directive."[26]

27. On January 30, 2025, the Director of Employee and Labor Relations, Nicholas Gottlieb, was put on administrative leave after refusing to terminate other employees.[27]

---

[22] *Id.* ¶ 12.
[23] *See, e.g.*, Ex. 6, Jan. 27, 2025 Order to Suspend Work Issued to AVAC, *AVAC v. Dep't of State*, No. 1:25-cv-400, ECF No. 13-3.
[24] Ex. 7, ECF No. 24-11 ¶ 6 (Decl. of Walter Doe, Feb. 11, 2025); Ex. 4, First Decl. of Della Doe ¶ 5, *AVAC v. Dep't of State*, No. 1:25-cv-400 (Feb. 26, 2025), ECF No. 40-3.
[25] Ex. 1, ECF No. 20-1 ¶ 11 (Decl. of Pete Marocco, Feb. 10, 2025).
[26] Daniel Lippman (@dlippman), X (Jan. 28, 2025, 5:48 pm), https://tinyurl.com/4nsmbwck (noting that "Facilities began implementing" a "directive to remove all artwork and photographs").
[27] Paul (@SkylineReport), X (Jan. 30, 2025, 9:40 PM), https://tinyurl.com/3e8dyb7w (screenshot of farewell email by Nicholas Gottlieb).

5

28. On January 28, 2025, the State Department issued a limited waiver of the pause on USAID funding for "life-saving humanitarian assistance," defined to mean "core life-saving medicine, medical services, food, shelter, and subsistence assistance."[28]

29. The January 28 waiver specified that that waiver was "temporary in nature."[29]

30. On February 1, 2025, the State Department announced a limited waiver for "[l]ife-saving HIV care and treatment services."[30]

31. These waivers were not "self-executing by virtue of the announcement."[31]

32. Contractors and grantees doing lifesaving work were unsure how to request a waiver and received little to no information about the status of such requests.[32]

33. By January 29, 2025, hundreds of employees of ISCs were furloughed.[33]

34. On Saturday, February 1, 2025, USAID.gov was taken offline.[34]

35. A total of 57 USAID employees were placed on administrative leave on Saturday, February 1.[35]

---

[28] Press Release, U.S. Dep't of State, *Emergency Humanitarian Waiver to Foreign Assistance Pause* (Jan. 28, 2025), https://tinyurl.com/34wmfvu8.
[29] *Id.*
[30] Ex. 8, Dep't of State, *Implementation of Limited Waiver to Pause of U.S. Foreign Assistance for Life-Saving HIV Service Provision* (Feb. 1, 2025).
[31] Brett Murphy and Anna Maria Barry-Jester, *"People Will Die": The Trump Administration Said it Lifted its Ban on Lifesaving Humanitarian Aid. That's Not True*, ProPublica (Jan. 31, 2025), https://tinyurl.com/y7stwsua.
[32] *Id.*
[33] Anna Gawel, *Furloughs hit hundreds of USAID contractors*, Devex (Jan. 29, 2025), https://tinyurl.com/ycxpb54h.
[34] Edward Helmore, *USAID website offline as Trump moves to put agency under State Department*, The Guardian (Feb. 1, 2025), https://tinyurl.com/25buz7mx.
[35] Ex. 1, ECF No. 20-1 ¶ 11 (Decl. of Pete Marocco, Feb. 10, 2025).

36. On Sunday, February 2, 2025, personnel at USAID began reporting that they were locked out of their email.[36]

37. On Sunday, February 2, 2025, Elon Musk posted the following on X: "USAID is a criminal organization. Time for it to die."[37]

38. On Monday, February 3, 2025, Mr. Musk stated on X that he had spent the previous weekend "feeding USAID into the wood chipper."[38]

39. On Monday, February 3, 2025, Mr. Musk said in an X Spaces conversation: "With regards to the USAID stuff, I went over it with [President Trump] in detail and he agreed that we should shut it down."[39]

40. On Monday, February 3, 2025, USAID placed 606 employees on administrative leave.[40]

41. By Monday, February 3, 2025, more than 1,000 USAID employees—including some in war zones—were completely locked out of their computer accounts.[41]

42. On Monday, February 3, 2025, an email was sent to USAID personnel stating: "[a]t the direction of Agency leadership, the USAID headquarters at the Ronald Reagan building in Washington, D.C. will be closed to Agency personnel on Monday, February 3, 2025."[42]

---

[36] Michael R. Gordon, et al., *Marco Rubio wants USAID to undergo overhaul, backs off sudden shutdown*, Wall St. J. (Feb. 3, 2025), https://tinyurl.com/39s7nw83.
[37] Elon Musk (@elonmusk), X (Feb. 2, 2025, 12:20 PM), https://tinyurl.com/44m8cjkk.
[38] Elon Musk (@elonmusk), X (Feb. 3, 2025, 1:54 AM), https://tinyurl.com/mskvue6w.
[39] Jennifer Hansler et al., *Rubio says he's acting director of USAID as humanitarian agency is taken over by the State Department*, CNN (Feb. 4, 2025), https://tinyurl.com/3dw3h7nj.
[40] Ex. 1, ECF No. 20-1 ¶ 12 (Decl. of Pete Marocco, Feb. 10, 2025).
[41] Hana Kiros, *America Can't Just Unpause USAID*, The Atlantic (Feb. 4, 2025), https://tinyurl.com/54w83yz4.
[42] Michael R. Gordon et al., *Marco Rubio Wants USAID to Undergo Overhaul, Backs Off Sudden Shutdown*, Wall St. J. (Feb. 3, 2025), https://tinyurl.com/39s7nw83.

43. On Monday, February 3, 2025, Defendant Rubio announced that President Trump had appointed him to serve as Acting Administrator of USAID.[43]

44. On Monday, February 3, 2025, Defendant Rubio sent a letter to the Senate Foreign Relations Committee and House Foreign Affairs Committee providing "notice" and advising Congress of the State Department's "intent to initiate consultations . . . regarding the manner in which foreign aid is distributed around the world[.]"[44]

45. The February 3 letter stated that Defendant Rubio authorized Peter Marocco, State Department Director of Foreign Assistance whom Defendant Rubio had authorized to perform the duties of the Deputy Administrator of USAID, to "begin the process of engaging in a review and potential reorganization of USAID's activities[.]"[45]

46. The February 3 letter also stated that "State and other pertinent entities will be consulting with Congress . . . to reorganize and absorb certain bureaus, offices, and missions of USAID. . . . USAID may move, reorganize, and integrate certain missions, bureaus, and offices into the Department of State, and the remainder of the Agency may be abolished consistent with applicable law."[46]

47. On Monday, February 3, 2025, U.S. lawmakers were blocked from meeting with USAID staff and told that it would be "best to contact" the State Department.[47]

---

[43] Off. of the Spokesperson, U.S. Dep't of State, *Secretary Marco Rubio Appointed as Acting Administrator for the United States Agency for International Development (USAID)* (Feb. 3, 2025), https://tinyurl.com/5d4mvujz
[44] Ex. 1, ECF No. 20-1, Ex. C (Decl. of Pete Marocco, Feb. 10, 2025).
[45] *Id.*
[46] *Id.*
[47] Elissa Miolene, *U.S. lawmakers blocked from USAID, told to go to State Department instead*, Devex (Feb. 3, 2025), https://tinyurl.com/m9hypwar.

48. On or before Tuesday, February 4, 2025, William Malyszka, USAID's top human resources official, refused Defendants' directives to put thousands more staff on administrative leave.[48]

49. Mr. Malyszka was fired after refusing to place additional USAID employees on administrative leave.[49]

50. On Tuesday, February 4, 2025, 1,416 additional employees were placed on administrative leave.[50]

51. On Tuesday, February 4, 2025, the USAID.gov website showed the following notice:

---

[48] Elissa Miolene, *Top USAID HR officer pushed out after refusing to fire more staff*, Devex (Feb. 4, 2025), https://tinyurl.com/4pujyp5t.
[49] *Id.*
[50] Ex. 1, ECF No. 20-1 ¶ 12 (Decl. of Pete Marocco, Feb. 10, 2025).



On Friday, February 7, 2025, at 11:59 pm (EST) all USAID direct hire personnel will be placed on administrative leave globally, with the exception of designated personnel responsible for mission-critical functions, core leadership and specially designated programs. Essential personnel expected to continue working will be informed by Agency leadership by Thursday, February 6, at 3:00pm (EST).

For USAID personnel currently posted outside the United States, the Agency, in coordination with missions and the Department of State, is currently preparing a plan, in accordance with all applicable requirements and laws, under which the Agency would arrange and pay for return travel to the United States within 30 days and provide for the termination of PSC and ISC contracts that are not determined to be essential. The Agency will consider case-by-case exceptions and return travel extensions based on personal or family hardship, mobility or safety concerns, or other reasons. For example, the Agency will consider exceptions based on the timing of dependents' school term, personal or familial medical needs, pregnancy, and other reasons. Further guidance on how to request an exception will be forthcoming.

Thank you for your service.

52.  The February 4 notice announced that "On Friday, February 7, 2025, at 11:59 pm (EST) all USAID direct hire personnel will be placed on administrative leave globally, with the exception of designated personnel responsible for mission critical functions, core leadership and specially designated programs."[51]

53.  The notices informing staff they were being placed on administrative leave also directed them "not to enter USAID premises, access USAID systems, or attempt to use your

---

[51] USAID.gov, https://tinyurl.com/2kfvwk8m (archived Feb. 7, 2025).

10

position or authority with USAID in any way without [the] prior permission [of Peter Marocco] or prior permission of a supervisor in your chain of command."[52]

54. On Wednesday, February 5, 2025, USAID staff overseas received an agency-wide email titled "The Path Forward" from the email address internalcomms@subscribe.usaid.gov that contained the same information as the February 4, 2025, notice on USAID.gov.[53]

55. On Wednesday, February 5, 2025, all USAID Controllers received a diplomatic cable stating that USAID personnel could no longer process payments themselves but must request approval from a State Department official.[54]

56. Payments were, therefore, routed to a small group of political appointees.[55]

57. USAID employees report that the changes to the approval processes and the restrictions on their access to Phoenix reduced the capacity of USAID to process payments that were not subject to the foreign-aid freeze, such as operational expenses and legitimate expenses incurred prior to the Foreign Aid Executive Order under existing awards.[56]

58. By Thursday, February 6, 2025, USAID officials were told that 800 awards and contracts administered through USAID were to be canceled.[57]

---

[52] Alex Marquardt et al., *USAID employees around the world will be placed on leave Friday and ordered to return to US*, CNN (Feb. 5, 2025), https://tinyurl.com/bdh4kaf5.
[53] Ex. 9, ECF No. 47-1 ¶ 12 (Fourth Declaration of Randall Chester, Feb. 20, 2025).
[54] Ex. 7, ECF No. 24-11 ¶ 10 (Decl. of Walter Doe, Feb. 11, 2025); Ex. 4, First Decl. of Della Doe ¶ 7, *AVAC v. Dep't of State*, No. 1:25-cv-400 (Feb. 26, 2025), ECF No. 40-3.
[55] Ex. 4, First Decl. of Della Doe ¶ 7, *AVAC v. Dep't of State*, No. 1:25-cv-400 (Feb. 26, 2025), ECF No. 40-3.
[56] *See, e.g.*, Ex. 10, ECF No. 36-3 ¶¶ 5-7, (Emelia Doe Decl., Feb. 17, 2025)
[57] Karoun Demirjian and Aishvarya Kavi, *Trump Administration to Lay Off Nearly All of U.S. Aid Agency's Staff*, N.Y. Times (Feb. 6, 2025), https://tinyurl.com/yvycmvcc.

59. On Thursday, February 6, 2025, screenshots began circulating on social media of an internal USAID email that discussed plans to reduce the USAID workforce to 290 personnel total.[58]

60. At 9:31 am on Friday, February 7, 2025, Defendant Trump posted on Truth Social, "USAID IS DRIVING THE RADICAL LEFT CRAZY . . . CLOSE IT DOWN!"[59]

61. On Friday, February 7, 2025, USAID signs at the Ronald Reagan Building and International Trade Center—USAID's headquarters—were taken down or covered in black tape.[60]

62. On Friday, February 7, 2025, White House officials confirmed that United States Customs and Border Protection had taken over the lease for the building formerly occupied by USAID.[61]

63. USAID planned to place approximately 2,014 additional employees on administrative leave on February 7.[62]

64. On Friday, February 7, 2025, this Court issued a Temporary Restraining Order (TRO) against the Defendants in this case, stating: "All USAID employees currently on administrative leave shall be reinstated until [February 14, 2025 at 11:59 PM], and shall be given complete access to email, payment, and security notification systems until that date, and no

---

[58] Ex. 11, ECF No. 24-17 ¶ 19, (Further Randall Chester Decl., Feb. 11, 2025) (citing Karoun Demirjian and Aishvarya Kavi, *Trump Administration to Lay Off Nearly All of U.S. Aid Agency's Staff*, N.Y. Times (Feb. 6, 2025), https://tinyurl.com/yvycmvcc).
[59] Donald Trump (@realDonaldTrump), Truth Social (Feb. 7, 2025, 9:31 am), https://tinyurl.com/4nmhcztn.
[60] Laura Barrón-López, et al., *PHOTOS: USAID signs covered with black tape or removed at Washington headquarters*, PBS (Feb. 7, 2025), https://tinyurl.com/2p6pxwk5.
[61] Garrett Haake (@GarrettHaake), X (Feb. 7, 2025, 6:20 pm) https://tinyurl.com/mu88ax4d.
[62] Ex. 1, ECF No. 20-1 ¶ 17 (Decl. of Pete Marocco, Feb. 10, 2025).

additional employees shall be placed on administrative leave before that date. No USAID employees shall be evacuated from their host countries before February 14, 2025 at 11:59 PM."[63]

65. On Sunday, February 9, 2025, USAID staff were told that the agency's "former" headquarters building—along with four other USAID buildings in Virginia and D.C.—would remain closed until further notice.[64]

66. On Monday, February 10, 2025, the USAID Inspector General published a report stating that "existing [humanitarian] waivers should allow the flow of . . . $8.2 billion in undisbursed obligations. However, [Bureau of Humanitarian Assistance] staff reductions, together with lack of clarity about the scope of the humanitarian assistance waivers, and the extent of permissible communications between BHA staff and its implementers, has significantly impacted USAID's capacity to disburse and safeguard its humanitarian assistance programming."[65]

67. On Tuesday, February 11, 2025, the USAID Inspector General was fired.[66]

68. On Tuesday, February 11, 2025, Contracting and Agreement Officers were notified that Phoenix was closed and that "the Agency has temporarily restricted access to Phoenix until further notice."[67]

69. On Thursday, February 13, 2025, this Court extended the TRO in this Case to Friday, February 21, 2025, at 11:59 PM.[68]

---

[63] ECF No. 15.
[64] Ex. 11, ECF No. 24-17 ¶ 30, (Further Randall Chester Decl., Feb. 11, 2025).
[65] Ex. 12, Off. of Inspector Gen., USAID, *Oversight of USAID-Funded Humanitarian Assistance Programming Impacted by Staffing Reductions and Pause on Foreign Assistance* 2 (Feb. 10, 2026), https://tinyurl.com/2s3ffdhj.
[66] Jennifer Hansler, *USAID IG fired day after report critical of impacts of Trump administration's dismantling of the agency*, CNN (Feb. 11, 2025), https://tinyurl.com/mt7emv8x.
[67] Ex. 13, Decl. of Jessica Doe ¶ 32, *AVAC v. Dep't of State*, No. 1:25-cv-400 (Feb. 19, 2025), ECF No. 26-3.
[68] ECF No. 31.

70. On Tuesday, February 18, 2025, Defendants filed a declaration by Peter Marocco in a separate case—*AIDS Vaccine Advocacy Coalition (AVAC) v. U.S. Dep't of State*, 25-cv-00400 (D.D.C.)—stating that "[s]ince January 22, 2025, USAID [had] terminated 498 contracts, grants, and related funding instruments" and "other . . . funding instruments were separately placed on stop work."[69]

71. On Wednesday, February 19, 2025, Defendant Trump said in a speech that "we have effectively eliminated the U.S. Agency for International Development[.]"[70]

72. Current and former USAID officials told ProPublica that USAID cut critical programs at a breakneck pace and without input from key officials.[71]

73. One USAID official told ProPublica, "None of us believe that they're conducting a careful, individualized review."[72]

74. Likewise, in *AVAC v. U.S. Dept of State*, a USAID Contracting Officer stated under oath that she had "not seen any evidence that a thorough, case-by-case analysis has taken place with regard to the suspensions, stop-work orders, and terminations . . . issued by the Agency."[73]

75. USAID has had to reverse some award cancellations that caused harmful consequences.

---

[69] Ex. 14, Decl. of Pete Marocco ¶ 12, *AVAC v. Dep't of State*, No. 1:25-cv-400 (Feb. 18, 2025), ECF No. 22-1

[70] The White House, *Remarks by President Trump at Future Investment Initiative Institute Priority Summit* (Feb. 19, 2025), https://tinyurl.com/ytvcwrsm.

[71] Anna Maria Barry-Jester and Brett Murphy, *The Trump Administration Said These Aid Programs Saved Lives. It Canceled Them Anyway*, ProPublica (March 1, 2025), https://tinyurl.com/2dpa9swu.

[72] *Id.*

[73] Ex. 13, Decl. of Jessica Doe ¶ 49, *AVAC v. Dep't of State*, No. 1:25-cv-400 (Feb. 19, 2025), ECF No. 26-3.

76. For example, USAID had to reverse the termination of a contract with AT&T that provided cellphone service to the USAID Office of Inspector General (OIG), which stranded OIG employees in conflict zones (such as Ukraine and Haiti) without cell phones and with no advance warning.[74]

77. On Friday, February 21, 2025, the TRO in this case expired.

78. By Sunday, February 23, 2025, contracts for 493 PSCs were terminated.[75]

79. On Sunday, February 23, 2025, the USAID.gov website was updated to post a Notification of Administrative Leave and Reduction in Force.[76]

80. The February 23 USAID.gov notice stated: "As of 11:59 PM EST on Sunday, February 23, 2025, all USAID direct hire personnel, with the exception of designated personnel responsible for mission-critical functions, core leadership and/or specially designated programs, will be placed on administrative leave globally."[77]

81. The February 23 USAID.gov notice also stated that "USAID is beginning to implement a Reduction-in-Force that will affect approximately 1,600 USAID personnel with duty stations in the United States" and that "[f]or overseas personnel, USAID intends a voluntary Agency-funded return travel program and other benefits."[78]

82. On Sunday, February 23, 2025, employees began receiving Reduction in Force (RIF) notices.

---

[74] Anna Maria Barry-Jester and Brett Murphy, *The Trump Administration Said These Aid Programs Saved Lives. It Canceled Them Anyway*, ProPublica (March 1, 2025), https://tinyurl.com/2dpa9swu.
[75] Ex. 2, Decl. of Pete Marocco ¶ 7, *Pers. Serv. Contractor Ass'n v. Trump*, No. 1:25-cv-00469 (Feb. 24, 2025), ECF No. 13-2.
[76] Ex. 15, USAID, *Notification of Administrative Leave* (archived on Feb. 23, 2025), https://tinyurl.com/yc2syes4.
[77] *Id.*
[78] *Id.*

15

83. On Wednesday, February 26, 2025, the USAID.gov website was updated to show a post entitled "Obtaining Personal Belongings from the Ronald Reagan Building."[79]

84. The February 26 Personal Belongings Post stated that "USAID staff will have the opportunity to retrieve their personal belongings from the RRB during a designated date and time" "this Thursday and Friday ONLY–on February 27 and 28, 2025."[80]

85. The February 26 Personal Belongings Post also stated that (1) "staff will be given approximately **15 minutes** to complete this retrieval and must be finished removing items within their time slot," (2) "prior to exiting the RRB, staff will be required to acknowledge receipt of their personal belongings, holding all agencies harmless for any personal items left behind," and (3) "while collecting their items, staff must ensure that proper records management practices are employed when identifying and/or disposing [of] records, pursuant to the Federal Records Act and ADS 502."[81]

### III. Impacts of USAID Closure on Implementing Partners and USAID-Funded Services

86. On Wednesday, February 26, 2025—37 days into the 90 day review period—Defendants filed a status report in the *AVAC* case stating that (1) a review "process has been completed for USAID . . . with respect to each award," that (2) "[i]n total, nearly 5800 USAID awards were terminated and more than 500 USAID awards were retained," and (3) "no USAID or State obligations remain in a suspended or paused state."[82] Defendant Rubio on the morning of March 3 stated, "After a 6 week review we are officially cancelling 83% of the programs at

---

[79] Ex. 16, USAID, *Obtaining Personal Belongings from the Ronald Reagan Building* (Feb. 26, 2025).
[80] *Id.*
[81] *Id.*
[82] Ex. 17, Joint Status Report, at 16, *AVAC v. Dep't of State*, No. 1:25-cv-400 (Feb. 18, 2025), ECF No. 40.

16

USAID. The 5200 contracts that are now cancelled spent tens of billions of dollars in ways that did not serve, (and in some cases even harmed), the core national interests of the United States. In consultation with Congress, we intend for the remaining 18% of programs we are keeping (approximately 1000) to now be administered more effectively under the State Department."[83]

87. As Acting Assistant Administrator for Global Health Nicholas Enrich described in a report dated February 28, 2025, implementation of the waiver to the pause on foreign assistance for lifesaving humanitarian assistance "was not possible due to administrative and bureaucratic challenges, including contradictory and shifting guidance regarding approval for required activities and failure of Agency leadership to process disbursement of funds for activities once approved."[84]

88. The Enrich report stated that the Bureau for Global Health was "wholly prevented from delivering life-saving activities under the waiver to date" and that "USAID's failure to implement lifesaving humanitarian assistance under the waiver is the result of political leadership at USAID, the Department of State, and DOGE, who have created and continue to create intentional and/or unintentional obstacles that have wholly prevented implementation."[85]

89. Various news outlets have reported that the humanitarian waivers were of limited utility while they were in place for various reasons, including because the USAID staff who would normally restore funding were on administrative leave.[86]

---

[83] Marco Rubio (@marcorubio), X (Mar. 3, 2025, 4:55 am), https://tinyurl.com/38dp7c28.
[84] Ex. 18, Decl. of L. Bateman, Ex. A, at 1, *AVAC v. Dep't of State*, No. 1:25-cv-400 (Feb. 18, 2025), ECF No. 46-1.
[85] *Id.*
[86] Anna Gawel, *Why USAID's "Lifesaving" Waivers are a Train wreck*, Devex (Feb. 17, 2025), https://tinyurl.com/2kwaarx6.

90. One USAID contracting officer reported that although she lifted a stop work order on a program pursuant to the waiver for life-saving HIV services, "the partners [were not] able to restart due to a lack of funding."[87]

91. As of February 26, the U.S. government admitted in a court filing that it owes almost $2 billion to aid organizations for work already completed.[88]

92. Enrich stated in another report that the stoppage of USAID programming will lead to the denial of malnutrition treatment for one million children who are battling starvation each year, 71,000–166,000 additional malaria deaths annually, a 28–32% increase in global tuberculosis incidence, including multidrug-resistant tuberculosis, an additional 200,000 paralytic polio cases per year, and 2–3 million more deaths per year resulting from the shuttering of immunization programs.[89]

93. In the United States alone, Enrich estimated an annual increase of 2,000 cases of malaria, 7,300 cases of tuberculosis, 105 million cases of highly pathogenic avian influenza, 15 cases of emerging infectious diseases like Ebola and Marburg, and 34,000 cases of mpox.[90]

94. USAID's Inspector General, before he was terminated, concluded that Defendants' actions "put more than $489 million of food assistance at ports, in transit, and in warehouses at risk of spoilage" and that Defendants actions have curtailed the agency's ability to vet

---

[87] Ex. 13, Decl. of Jessica Doe ¶¶ 37-38, *AVAC v. Dep't of State*, No. 1:25-cv-400 (Feb. 19, 2025), ECF No. 26-3.
[88] Ex. 19, Application to Vacate Order at 10, *Dep't of State v. AIDS Vaccine Advocacy Coal*. (2025) (No. 24A831).
[89] Ex. 18, Decl. of L. Bateman, Ex. C, at 2, *AVAC v. Dep't of State*, No. 1:25-cv-400 (Feb. 18, 2025), ECF No. 46-1.
[90] *Id.*

humanitarian assistance awards for potential terrorist ties and to monitor aid deliveries in high-risk environments.[91]

### IV. Impacts of Defendants' Actions on Plaintiffs

95. The rapid evaporation of USAID funding is placing an "inordinate burden" on Plaintiff Oxfam, which has already diverted resources in response and "would be fundamentally challenged and overstretched in an attempt to fill the $63 billion void left by USAID's abrupt dissolution."[92] They have been told to halt work on critical humanitarian programs, and the safety of their staff has been compromised as a result.[93]

96. Plaintiffs American Foreign Service Association and American Federation of Government Employees have been forced to expend resources responding to or attempting to blunt the effects of Defendants' rapid dismantling of the federal agency that employs their members.[94]

97. Likewise, their members have attested under penalty of perjury to the emotional and reputational harms they have suffered emotional, reputational, and financial impacts from the dismantlement of the agency.[95]

---

[91] Ex. 12, Off. of Inspector Gen., USAID, *Oversight of USAID-Funded Humanitarian Assistance Programming Impacted by Staffing Reductions and Pause on Foreign Assistance* 2 (Feb. 10, 2026), https://tinyurl.com/2s3ffdhj.ap
[92] Maxman Decl., ECF No. 30-1, ¶ 4; *see also* Ex. 20, Second Decl. Abby Maxman ¶¶ 3-10 (Mar. 10, 2025).
[93] Ex. 20, Second Decl. Abby Maxman ¶¶ 3-10 (Mar. 10, 2025).
[94] Ottis Johnson Jr. Decl., ECF No. 9-3, ¶¶ 6–7; Ex. 11, ECF No. 24-17 ¶¶ 21-25 (Further Randall Chester Decl., Feb. 11, 2025); Ex. 21, Second Decl. Ottis Johnson Jr. ¶¶ 6-11 (March 10, 2025).
[95] *See, e.g.*, Decl. of Frances Doe, ECF No. 9-9, ¶¶ 5–8; Decl. of Jeanne Doe, ECF No. 9-12, ¶¶ 4, 7, 8.