UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

American Foreign Service Association, *et al.*,

    *Plaintiffs*,

v.

President Donald J. Trump, *et al.*,

    *Defendants*.

Case No. 1:25-cv-00352

## INDEX OF EXHIBITS FOR PLAINTIFFS' STATEMENT OF UNDISPUTED MATERIAL FACTS

- Exhibit 1: ECF No. 20-1 (Decl. of Pete Marocco, Feb. 10, 2025)

- Exhibit 2: Decl. of Pete Marocco, *Personal Services Contractor Association v. Trump*, No. 1:25-cv-00469 (Feb. 24, 2025), ECF No. 13-2

- Exhibit 3: USAID, *Phoenix Production* (archived Jan. 29, 2025)

- Exhibit 4: First Decl. of Della Doe, *AVAC v. Dep't of State*, No. 1:25-cv-400 (Feb. 26, 2025), ECF No. 40-3

- Exhibit 5: Dep't of State, *Executive Order on Review of Foreign Assistance Programs*, 25 STATE 6828 (Jan. 24, 2025)

- Exhibit 6: Jan. 27, 2025 Order to Suspend Work Issued to AVAC, *AVAC v. Dep't of State*, No. 1:25-cv-400, ECF No. 13-3.

- Exhibit 7: ECF No. 24-11 (Decl. of Walter Doe, Feb. 11, 2025)

- Exhibit 8: Dep't of State, *Implementation of Limited Waiver to Pause of U.S. Foreign Assistance for Life-Saving HIV Service Provision* (Feb. 1, 2025).

- Exhibit 9: ECF No. 47-1 (Fourth Declaration of Randall Chester, Feb. 20, 2025)

- Exhibit 10: ECF No. 36-3 (Emelia Doe Decl., Feb. 17, 2025)

- Exhibit 11: ECF No. 24-17 (Further Randall Chester Decl., Feb. 11, 2025)

- Exhibit 12: Off. of Inspector Gen., USAID, *Oversight of USAID-Funded Humanitarian Assistance Programming Impacted by Staffing Reductions and Pause on Foreign Assistance* (Feb. 10, 2026), https://tinyurl.com/2s3ffdhj

- Exhibit 13: Decl. of Jessica Doe, *AVAC v. Dep't of State*, No. 1:25-cv-400 (Feb. 19, 2025), ECF No. 26-3

- Exhibit 14: Decl. of Pete Marocco, *AVAC v. Dep't of State*, No. 1:25-cv-400 (Feb. 18, 2025), ECF No. 22-1

- Exhibit 15: USAID, *Notification of Administrative Leave* (archived on Feb. 23, 2025), https://tinyurl.com/yc2syes4

- Exhibit 16: USAID, *Obtaining Personal Belongings from the Ronald Reagan Building* (Feb. 26, 2025)

- Exhibit 17: Joint Status Report, *AVAC v. Dep't of State*, No. 1:25-cv-400 (Feb. 18, 2025), ECF No. 40

- Exhibit 18: Decl. of L. Bateman and Attached Exhibits, *AVAC v. Dep't of State*, No. 1:25-cv-400 (Feb. 18, 2025), ECF No. 46-1

- Exhibit 19: Application to Vacate Order, *Dep't of State v. AIDS Vaccine Advocacy Coal.* (2025) (No. 24A831)

- Exhibit 20: Second Declaration of Abby Maxman (March 10, 2025)

- Exhibit 21: Second Declaration of Ottis Johnson, Jr. (Mar. 10, 2025)