# Exhibit 3

The Wayback Machine - https://web.archive.org/web/20250129215917/https://2012-2017.usaid.gov/data/dataset/366a8d7a-a8d2-…

You are viewing:


**ARCHIVED CONTENT**
Information released online from June 2012 to September 2017.
**NOTE:** Content in this archive site is **NOT UPDATED**, and external links may not function. External links to other Internet sites should not be construed as an endorsement of the views contained therein.

Go to the current USAID.gov website for up-to-date information



USAID LEADERSHIP

HOME » OPEN GOVERNMENT » DEVELOPMENT DATA LIBRARY (DDL) » PHOENIX PRODUCTION

# PHOENIX PRODUCTION

Phoenix is a commercial off-the-shelf, web-based financial management system configured for USAID. Phoenix provides information about commitments, obligations, and expenditures. It is based on Momentum, CGI Federal's financial software. Phoenix is the Agency's integrated core financial system used by USAID/Washington and 51 Missions. Phoenix is USAID's core financial management system, which manages and tracks more than $15 billion each year in funding. It provides critical business functions such as general ledger, accounts payable, accounts receivable, cost accounting, budgeting, program operations and reporting. Phoenix is used to record accounting transactions and make payments for goods or services to small businesses, educational or non-profit institutions, and USAID contractors.

## Access & Use Information

**Restricted**: This dataset can only be accessed or used under certain conditions. Specific details are provided below.
**License:** See this page for license information.

Contents which are not exempted from release by statute are made available via www.foreignassitance.gov.

## Downloads & Resources

No file downloads have been provided.

## Additional Metadata

| Access level | Restricted |
|---|---|
| Bureau code | 184:15 |
| Contact | Michael Bowanko |
| Keywords | usaid |

| | |
|---|---|
| **Language** | en-US |
| **License** | See this page for license information. |
| **Modified** | R/P1D |
| **Programs** | Agriculture, Basic Education, Civil Society, Combating Weapons of Mass Destruction (WMD), Conflict Mitigation, Counter-Narcotics, Counter-Terrorism, Direct Administrative Costs, Disaster Readiness, Economic Opportunity, Environment, Family Planning and Reproductive Health, Financial Sector, Good Governance, Higher Education, HIV/AID, Infrastructure, Macroeconomic Foundations for Growth, Malaria, Maternal and Child Health, Migration Management, Monitoring and Evaluation, Nutrition, Other Public Health Threats, Pandemic Influenza and Other Emerging Threats (PIOET), Policies, Regulations, and Systems, Political Competition and Consensus-Building, Private Sector Competitiveness, Protection, Assistance, and Solutions, Rule of Law and Human Rights, Social Assistance, Social Services, Stabilization Operations and Security Sector Reform, Trade and Investment, Transnational Crime, Tuberculosis, Water Supply and Sanitation |
| **Publisher** | USAID |
| **Rights** | Contents which are not exempted from release by statute are made available via www.foreignassitance.gov. |
| **System of records** | http://www.gpo.gov/fdsys/pkg/FR-2012-12-12/pdf/2012-29994.pdf |
| **Unique identifier** | 366a8d7a-a8d2-4e1a-bc60-d3c956befe3d |