# Exhibit 20

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FOREIGN SERVICE ASSOCIATION, et al., | ) ) ) ) |
| *Plaintiffs*, | ) Civil Action No. 1:25-CV-352 ) |
| v. | ) ) |
| DONALD TRUMP, et al., | ) ) |
| *Defendants*. | ) ) |

## SECOND DECLARATION OF Abby Maxman

I, Abby Maxman, declare the following under penalties of perjury:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge and information that has been shared with me by Oxfam affiliates and country teams in my capacity as President and CEO of Oxfam America.

2. I have served as President and CEO of Oxfam America since 2017. I submit this declaration to share new information I have learned, as well as new developments that have occurred, since I submitted my first declaration in this case on February 12.

3. In humanitarian responses around the world, Oxfam is implementing programs funded by United Nations agencies, which are in turn funded by the U.S. government. The abrupt suspension of U.S. government funding has had significant

impacts on Oxfam's operations, finances, and fulfillment of its mission.

4. For example, in east Africa Oxfam is providing clean and safe drinking water and building latrines for around 400,000 people from South Sudan who are living as refugees. This project is partly funded by a UN agency, which is in turn funded by the US government. Because of the US government funding freeze, the portion of the project budget coming from the UN has turned out to be much smaller than anticipated. As a result, the project is currently on hold, and if alternative funding is not secured, we may have to discontinue it completely.

5. The impacts of Oxfam's discontinuation of water and sanitation support to the affected communities are substantial and cascading. A funding pause would disrupt direct water supply, halt latrines construction and maintenance, and drastically reduce sanitation practices, forcing refugees and host communities to use unsafe sources of water. Lack of portable water could endanger community health, thereby increasing the risk of disease outbreaks. This would also lead to a worsening of living conditions, with open defecation, and the risk of waterborne disease outbreaks. . There is no strong health system in the camp, and the health services are dependent on public health promotion activities and provision of sanitation facilities to the refugee communities. While the program has made great strides, there is a lot more that remains to be done. A pause in funding would not only derail the water, sanitation and hygiene activities but also dismantle the important gains and progresses that have been accrued so far around localization, peacebuilding, protection, and women empowerment.

6. The same abrupt and unplanned cessation of work is taking place in humanitarian responses all around the world. In many countries where U.S. funding has been abruptly suspended, Oxfam faces direct physical harm and monetary injury. Most members of the affected communities do not follow international politics closely, and are likely to hold Oxfam responsible for an abrupt and inhumane discontinuation of lifesaving support. Additionally, Oxfam will be unable to fulfill contractual obligations to vendors. Based on Oxfam's history and my own professional experience managing humanitarian responses for more than 20 years, I know that this will put Oxfam staff in direct physical danger.

7. Amidst a decade-long decline in global humanitarian funding, Oxfam will almost certainly be unable to identify an alternate source of funding for any of its UN agency-funded projects where US funding is not restored. As a result, Oxfam will be forced to incur budget deficits or divert funds from other essential, lifesaving activities to merely wind down such projects.

8. Humanitarian responses in crises across the world are similarly affected. One Oxfam country team in the Middle East reports that 15.4 million people in that country are currently food insecure. Having a large donor like the US pull back its funding will make an already difficult humanitarian situation even worse. Given ongoing violence in some parts of the country, it may be difficult or impossible to reach millions of people who need food and other types of aid.

9. An Oxfam country team in Africa reports that many partner NGOs that receive US government funding are laying off staff and scaling back operations.

Oxfam is trying to assess gaps and fill in where needed. We are focusing on meeting the needs of victims of sexual and gender-based violence, as many of the women's rights groups in the area are small and have fewer financial reserves.

10. The United States also played a large role in the drought response in the same country last year, and with USAID no longer on the scene, the response to the next drought will be inadequate to meet the community's needs. This is particularly alarming given the current state of food insecurity in the country, with 2.15 million people currently facing crisis level food security outcomes, and 800,000 children under five requiring treatment for acute malnutrition. These figures will get worse throughout the year.

11. I understand that USAID plans to drastically reduce its staff presence in Africa. USAID staff have technical expertise that helps them understand how to effectively target communities with assistance on the basis of need and without doing harm in volatile environments. Even if projects in Africa resume, there will already have been a loss of institutional know-how and it will take a long time to rebuild that capacity. In the meantime, without more of a presence on the ground to oversee projects, there is an elevated risk of funds being misused.

12. In Asia, one country team tells us that the pause has had a severe impact on HIV response. Key programs funded by the U.S. government and managed by USAID, including the President's Emergency Plan for AIDS Relief (PEPFAR), have been integral to the country's efforts in combating the HIV epidemic. The sudden halt in U.S. funding disrupts the delivery of HIV medicines and preventive services.

13. The recent freeze has also caused significant disruptions in funding for gender and sexual reproductive health and rights programs, particularly in access to maternal care and contraception. These programs are crucial for safeguarding the health and rights of women, especially in underserved communities. With this freeze, essential health and psychosocial interventions, which have long been vital in empowering women, are at risk of being lost.

14. Finally, our NGO partners who received USAID funding have reported a great deal of confusion regarding the waiver process. After being told that waivers are available for certain life-saving activities, they have inquired with USAID contacts about how to obtain a waiver, only to receive an out-of-office response because the USAID contacts are on administrative leave and not allowed to work. Affected projects were providing essential services like access to water and food distribution. With the funding source gone, these NGOs will need to lay off staff and may go out of business entirely.

15. Recently this situation has gotten even worse as local partners who had been told their projects were suspended have now had those projects canceled altogether. Some organizations that have had their projects terminated received notices rescinding termination, but those notices have contained basic errors, such as incorrect organization or project names, that have prevented the resumption of activities.

I declare under penalty of perjury that the foregoing is true and correct.

6

Executed on March 10, 2025.

                                                                               _____

                                                                                 Abby Maxman