# Exhibit 21

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICAN FOREIGN SERVICE ASSOCIATION, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 1:25-CV-352 |
| v. | ) ) ) | |
| DONALD TRUMP, et al., | ) ) ) | |
| Defendants. | ) ) | |

**SECOND DECLARATION OF OTTIS JOHNSON, JR.**

I, Ottis Johnson, Jr, declare the following under penalties of perjury:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I am the 14th District National Vice President of the American Federation of Government Employees, AFL-CIO (AFGE), a labor organization and unincorporated association that represents approximately 800,000 federal civilian employees through its affiliated councils and locals in every state in the United States.

3. AFGE advocates on behalf of its members and seeks to promote dignity, safety, and fairness for government employees.

4. AFGE, through its affiliate AFGE Local 1534, represents over 900 employees, including 800 members, at USAID.

5. AFGE Local 1534 is located within AFGE's 14th District.

6. AFGE has devoted considerable resources over the last month responding to requests and providing guidance about the Trump administrations actions at USAID.

7. For example, AFGE has held weekly townhall meetings for USAID members. To sufficiently staff these meetings, AFGE has assigned three or more employees to attend all or part of the meetings. The staff time used for the meetings is diverted from other important AFGE needs.

8. AFGE has also assigned an attorney to spend most of her time responding to USAID inquiries and working on USAID issues. Due to her work with USAID members, her ability to handle other matters has been limited. This has diverted AFGE resources from other important matters involving our members, such as arbitration hearings and review.

9. AFGE has been receiving hundreds of emails from USAID employees affected by the administration's actions. Responding to these emails and other inquiries have required AFGE to divert time and resources from assisting members at other AFGE represented agencies.

10. AFGE is also concerned about the reputational harm that the chaotic dissolution of USAID presents. Members have sought guidance from AFGE with respect to the actions involving USAID and have been dissatisfied due to the difficulty AFGE has encountered providing guidance with this matter due to the administration's actions.

11. I believe most USAID employees represented by AFGE have received reduction-in-force notices.

12. If USAID is dissolved, AFGE will be unable to represent USAID employees, and AFGE will also lose hundreds of members.

13. I have heard from and am aware of many AFGE members that have been frightened and confused by the administration's actions at USAID. Members have been required to make significant choices that may involve financial and familial consequences.

14. The injuries suffered by AFGE and its members are ongoing or imminent and will persist unless this Court intervenes.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 10, 2025.

/s/ Ottis Johnson, Jr.
Ottis Johnson, Jr.
National Vice President
District 14, AFGE
80 F. Street, NW
6th Floor
Washington, DC 20001