UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

American Foreign Service Association, et al.,

*Plaintiffs*,

v.

President Donald J. Trump, et al.,

*Defendants*.

Case No. 1:25-cv-00352

**[PROPOSED] ORDER
GRANTING MOTION FOR SUMMARY JUDGMENT**

Upon consideration of Plaintiffs' Motion for Summary Judgment, the opposition thereto, and the full record in this case, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**DECLARED** that Defendants' decision to dismantle USAID violated the separation of powers and the Take Care Clause, infringed on legislative authority, and is invalid; it is further

**DECLARED** that Defendants State Department, USAID, Department of Treasury, Rubio, and Bessent acted ultra vires in taking steps to dismantle USAID; and that their action to dismantle USAID is arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law, 5 U.S.C. § 706(2)(A), contrary to constitutional right, power, privilege, or immunity, *id*. § 706(2)(B), and in excess of statutory jurisdiction, authority, or limitations, or short of statutory right, *id*. § 706(2)(C); and it is further

**DECLARED** that defendants cannot lawfully implement or comply with the diplomatic cable sent by Defendant Rubio to all diplomatic and consular posts on January 24, 2025, which

purported to prohibit the obligation of any new USAID funds and directed USAID contracting officers to immediately issue stop-work orders on existing assistance awards;

**ORDERED** that Defendants are **ENJOINED** from taking further actions to shut down USAID's operations in a manner not authorized by Congress; and it is further

**ORDERED** that Defendants shall take actions to reverse the dismantling of USAID, including by

    a. paying all due or overdue invoices in connection with any contract, grant, cooperative agreement, loan, or other federal foreign assistance award that was in existence as of January 19, 2025;

    b. lifting the suspension of or reversing the termination of any contracts, grants, cooperative agreements, loans, or other federal foreign assistance awards that were in existence as of January 19, 2025, unless such a suspension or termination is made after an individualized review of the contract, grant, cooperative agreement, or award, and is consistent with the terms of the agreements and any relevant statutes and regulations;

    c. rescinding cancellations, terminations, suspensions, and stop-work orders issued since January 20, 2025, with respect to any grants, cooperative agreements, or contracts;

    d. recalling all USAID employees currently placed on administrative leave;

    e. restoring all USAID computer systems, webpages, and security systems that were operating as of January 19, 2025;

    f. restoring to all USAID personnel the access to email, computer systems, and security systems that they had as of January 19, 2025;

and it is further

**ORDERED** that Defendants are enjoined from taking any further action to reduce the size of the permanent Civil Service, Foreign Service, eligible family member, and locally employed staff workforce of USAID from the staffing levels previously justified to the Committees on Appropriations for fiscal year 2024 without prior consultation with the appropriate congressional committees as required by the Further Consolidated Appropriations Act, 2024, where such action to reduce the workforce would implement a reduction in force or mass termination of employees or of personal services contracts.

**SO ORDERED**.

DATE: _____, 2025

_____
THE HON. CARL J. NICHOLS
UNITED STATES DISTRICT JUDGE

## NAMES OF PERSONS TO BE SERVED
## WITH PROPOSED ORDER UPON ENTRY

Pursuant to Local Civil Rule 7(k), below are the names and addresses of persons entitled to be notified of entry of the above Proposed Order:

BRETT A. SHUMATE, Principal Deputy Assistant Attorney General, Civil Division,

ERIC J. HAMILTION, Deputy Assistant Attorney General, Federal Programs Branch,

ALEXANDER K. HAAS, Director, Federal Programs Branch,

LAUREN A. WETZLER, Deputy Director, Federal Programs Branch,

CHRISTOPHER D. EDELMAN, Trial Attorney, Federal Programs Branch,

INDRANEEL SUR, Senior Counsel,

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005