UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| American Foreign Service Association, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> President Donald J. Trump, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-00352 |

### **[PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER**

Upon consideration of Plaintiffs' motion for a temporary restraining order and accompanying brief, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that Defendants are directed to immediately cease shredding, burning, or otherwise destroying any documents and that Defendants are directed to retain all records related to this litigation;

Defendants are further **ORDERED** to file a status report within 24 hours of the issuance of this order notifying the Court of the extent of document destruction that had occurred before issuance of this order and confirming compliance with this order.

**SO ORDERED**.

Dated: March 11, 2025

_____
THE HON. CARL J. NICHOLS
UNITED STATES DISTRICT JUDGE

## NAMES OF PERSONS TO BE SERVED
## WITH PROPOSED ORDER UPON ENTRY

Pursuant to Local Civil Rule 7(k), below are the names and addresses of persons entitled to be notified of entry of the above Proposed Order:

BRETT A. SHUMATE, Principal Deputy Assistant Attorney General, Civil Division,

ERIC J. HAMILTION, Deputy Assistant Attorney General, Federal Programs Branch,

ALEXANDER K. HAAS, Director, Federal Programs Branch,

LAUREN A. WETZLER, Deputy Director, Federal Programs Branch,

CHRISTOPHER D. EDELMAN, Trial Attorney, Federal Programs Branch,

INDRANEEL SUR, Senior Counsel,

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005