**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AMERICAN FOREIGN SERVICE ASSOCIATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PRESIDENT DONALD J. TRUMP, *et al.*, <br><br> Defendants. | Civil Action No. 1:25-cv-352-CJN |

<u>**NOTICE OF APPEARANCE**</u>

PLEASE TAKE NOTICE that the Clerk is hereby asked to enter the appearance of Michael P. Clendenen, with the United States Department of Justice, Civil Division, Federal Programs Branch, as counsel for Defendants. Mr. Clendenen hereby certifies pursuant to Local Rule 83.2(e) that he is personally familiar with the Local Rules of this Court.

Dated: March 11, 2025                                Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director
Federal Programs Branch

LAUREN A. WETZLER
Deputy Director
Federal Programs Branch

*/s/ Michael P. Clendenen*
MICHAEL P. CLENDENEN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 305-0693
Email: michael.p.clendenen@usdoj.gov

*Counsel for Defendants*

2