IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FOREIGN SERVICE ASSOCIATION, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>PRESIDENT DONALD J. TRUMP, *et al.*,<br><br>  Defendants. | Civil Action No. 1:25-cv-352-CJN |

## JOINT STATUS REPORT

The Parties respectfully submit this joint status report in response to the Court's Minute Order of March 11, 2025. The parties have conferred on the motion for a temporary restraining order. ECF No. 53. As counsel for Defendants stated during that conference, Defendants have not destroyed personnel records, and Defendants will not destroy additional documents stored in the USAID offices in the Ronald Reagan Building without affording notice to Plaintiffs and an opportunity to raise the issue with the Court. In light of these representations, the parties propose that Defendants shall file a response to the motion, which will include a sworn declaration that will explain which documents were and were not destroyed, as soon as practicable, but no later than 4:00 p.m. on March 12, 2025. Plaintiffs reserve the right to file a reply thereafter no later than 12:00 p.m. on March 13, 2025.

Dated: March 11, 2025                                          Respectfully submitted,

/s/ *Kaitlyn Golden*

Kaitlyn Golden (DC Bar No. 1034214)
Kristen Miller (DC Bar No. 229627)
Rachel L. Fried (DC Bar No. 1029538)
Kayla M. Kaufman (DC Bar No. 90029091)
Robin F. Thurston (DC Bar No. 1531399)
Skye L. Perryman (DC Bar No. 984573)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
kgolden@democracyforward.org


Lauren Bateman (DC Bar No. 1047285)
Karla Gilbride (DC Bar No. 1005586)
Allison Zieve (DC Bar No. 424786)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
lbateman@citizen.org

*Counsel for Plaintiffs*



YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director
Federal Programs Branch

LAUREN A. WETZLER
Deputy Director
Federal Programs Branch

/s/ *Michael P. Clendenen*
MICHAEL P. CLENDENEN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005

                                            Phone: (202) 305-0693
                                            Email: michael.p.clendenen@usdoj.gov

*Counsel for Defendants*