**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN FOREIGN SERVICE ASSOCIATION, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 1:25-cv-352-CJN |
| PRESIDENT DONALD J. TRUMP, *et al.*, | |
| Defendants. | |
| PERSONAL SERVICES CONTRACTOR ASSOCIATION, | |
| Plaintiff, | |
| v. | Civil Action No. 1:25-cv-00469-CJN |
| PRESIDENT DONALD TRUMP, *et al.*, | |
| Defendants. | |

**[PROPOSED] ORDER**

Having considered Plaintiffs' Motions for a Temporary Restraining Order, No. 1:25-cv-352, Doc. 53; No. 1:25-cv-469, Doc. 24, Defendants' oppositions thereto, and the entire record herein, IT IS HEREBY ORDERED that the Motions are DENIED.

SO ORDERED.

Dated:

_____
Hon. Carl J. Nichols