AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FOREIGN SERVICE ASSOCIATION, et al.<br>*Plaintiff*<br>v.<br>TRUMP, et al.<br>*Defendant* | Case No. 1:25-cv-00352-CJN |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amici Curiae Former Senior National Security Officials

Date: March 14, 2025                                         /s/ Alexis J. Loeb
                                                                              *Attorney's signature*

                                                                 Alexis J. Loeb  CA State Bar No. 269895
                                                                              *Printed name and bar number*

                                                                 Farella Braun + Martel LLP
                                                                 One Bush Street, Suite 900
                                                                 San Francisco, CA  94104
                                                                              *Address*

                                                                 aloeb@fbm.com
                                                                              *E-mail address*

                                                                 (415) 954-4400
                                                                              *Telephone number*

                                                                 (415) 954-4480
                                                                              *FAX number*