AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA

AMERICAN FOREIGN SERVICE ASSOCIATION, et al.
*Plaintiff*

v.

TRUMP, et al.
*Defendant*

Case No. 1:25-cv-00352-CJN

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amici Curiae Former Senior National Security Officials

Date: March 14, 2025

/s/ Kyle A. McLorg
*Attorney's signature*

Kyle A. McLorg CA State Bar No. 332136
*Printed name and bar number*

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, CA  94104
*Address*

kmclorg@fbm.com
*E-mail address*

(415) 954-4400
*Telephone number*

(415) 954-4480
*FAX number*