# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMERICAN FOREIGN SERVICE ASSOCIATION,** *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>**PRESIDENT DONALD J. TRUMP,** *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-00352 (CJN) |

**[PROPOSED] ORDER GRANTING AMICI FORMER SENIOR NATIONAL SECURITY OFFICIALS' UNOPPOSED MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Upon consideration of Amici Former Senior National Security Officials' Unopposed Motion For Leave To File Amici Curiae Brief In Support Of Plaintiffs' Motion For Summary Judgment ("Motion"), it is hereby

**ORDERED** that the Motion is **GRANTED**, and Exhibit A to the Motion shall be docketed by the Clerk of Court.

**SO ORDERED.**

DATE:_____

_____
THE HON. CARL J. NICHOLS
UNITED STATES DISTRICT JUDGE