# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FOREIGN SERVICE ASSOCIATION, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>PRESIDENT DONALD J. TRUMP, *et al.*,<br><br>  Defendants. | Case No. 1:25-cv-00352 |

Motion of RESULTS Educational Fund, Inc., ActionAid USA, and Unitarian Universalist Service Committee For Leave to File Brief *Amicus Curiae*
In Support of Plaintiffs' Motion for Summary Judgment

Dated:   March 17, 2025

*Respectfully submitted,*

FOSTER GARVEY P.C.

Brad Deutsch, D.C. Bar No. 469636*
300 K Street, NW, Suite 420
Washington, D.C. 20007
(202) 965-7880
brad.deutsch@foster.com

Malcolm Seymour, NY Bar No. 4473286
100 Wall Street
20th Floor
New York, NY 10005
(212) 431-8700
malcolm.seymour@foster.com

Matthew J. Yium, OR Bar No. 054377
121 SW Morrison Street
Suite 1100
Portland, OR 97204
(503) 228-3939
matthew.yium@foster.com

FOSTER GARVEY P.C.

Andrea Bradford, WA Bar No. 45748
Lynne M. Cohee, WA Bar No. 18496
Devra R. Cohen, WA Bar No. 4995
Julia Doherty, WA Bar No. 61391
Benjamin Hodges, WA Bar No. 49301
1111 Third Ave.
Suite 3000
Seattle, WA 98101
(206) 447-4400
andrea.bradford@foster.com
lynne.cohee@foster.com
devra.cohen@foster.com
julia.doherty@foster.com
ben.hodges@foster.com

*Admitted to the bar of this Court

FG: 103485236.3

## **TABLE OF CONTENTS**

                                                                                                  *Page*

TABLE OF AUTHORITIES ................................................................................................................ i

I.      INTRODUCTION ............................................................................................................... 1

II.     IDENTITY AND INTERESTS OF *AMICI* ....................................................................... 1

          A.  RESULTS ................................................................................................................ 2

          B.  ActionAid USA ....................................................................................................... 3

          C.  UUSC ...................................................................................................................... 3

III.    *AMICI*'S PARTICIPATION IS DESIRABLE ................................................................... 4

IV.    CONCLUSION .................................................................................................................... 5

## TABLE OF AUTHORITIES

*Page*

***Case(s)***

*Cobell v. Norton* ............................................................................................................................. 5
246 F. Supp. 2d 59 (D.D.C. 2003)


***Rule(s)***

Local Civil Rule 7(o)(2) ................................................................................................................. 1

I.  **INTRODUCTION**

Pursuant to Local Civil Rule 7(o)(2), RESULTS Educational Fund, Inc. ("RESULTS"), ActionAid USA, and Unitarian Universalist Service Committee ("UUSC") (collectively "Movants" or proposed "*Amici*") respectfully request leave to file the accompanying brief *amicus curiae*[1] in support of Plaintiffs' Motion for Summary Judgment dated March 10, 2025 (the "Motion").[2] As set forth below, *Amici's* brief serves a twofold purpose: first, it provides this Court with a more complete picture of the legislative framework fundamental to the separation of powers arguments at issue in the Motion; and second it describes the real-world reliance interests of organizations receiving funding from United State Agency for International Development ("USAID"), which have been wholly ignored by Defendants' unlawful, unprecedented, and systematic shutdown of the agency. The interests of *Amici* are not adequately represented by a party, and the matters raised by *Amici* are relevant to the disposition of the case.

II.  **IDENTITY AND INTERESTS OF *AMICI***

*Amici* are organizations that either track and advocate for USAID-related legislation, or rely on USAID funding to serve vulnerable populations around the globe. USAID has provided a lifeline to millions of people the world over. Throughout the world, international, national and local organizations rely on USAID funding to deliver mission-critical services to the most vulnerable people and communities. In 2023, USAID-supported programs saved hundreds of thousands of newborns, started over 100,000 people on life-saving treatment for antibiotic-resistant tuberculosis, provided nutrition to tens of millions of malnourished and starving children, gave millions of women

---

[1] A copy of *Amici*'s proposed brief is attached as Exhibit 1.  A copy of a proposed order granting *Amici* leave to file their proposed brief is attached as Exhibit 2.

[2] In accordance with Local Rule 7(o)(2), *Amici* have inquired with the parties' counsel about their positions concerning this motion.  Plaintiffs' counsel supports *Amici*'s motion and Defendants' counsel does not object to this motion.

access to safe facilities for childbirth, and ensured that tens of millions of children had access to quality basic education.

Defendants' unprecedented blanket freeze on USAID funding has thrown the international aid community into a tailspin. Their actions imperil women, children, people who are sick, and displaced communities, destabilizing the framework of international aid. *Amici* have a keen, specific and pertinent interest in reinstating USAID funding so that they may continue their advocacy and field work for the benefit of these vulnerable populations.

### A. RESULTS

RESULTS is a nonprofit, nonpartisan advocacy organization focused on poverty. RESULTS works to build the political will to end poverty through deep advocacy on health and nutrition, education, and economic opportunity. As an independent, non-partisan advocacy organization, RESULTS has long pushed for reform and strengthening of USAID, working with both Republicans and Democrats. RESULTS has advocated for USAID accountability legislation, fought for new transparency requirements, worked with Congress on USAID oversight, and often been a critical voice in the media. These efforts are intended to maximize every dollar in the service of ending poverty.

RESULTS' representatives and volunteers have seen firsthand how the arbitrary and capricious freezing and terminating of USAID programs—including many the Defendants themselves have designated as "lifesaving"—has upended health, nutrition, education, humanitarian, and anti-poverty work globally. RESULTS is aware of vast numbers of programs that have received terminations through the acts of Defendants, and while some of those actions have been rescinded, even those purportedly restored programs are awaiting payment and clarity. Lifesaving services that fight diseases such as TB, global malnutrition, and support for basic education were all shut down overnight, putting millions at risk of disease and death. The damage done in each of these areas

could take decades to repair, and countless people and communities will suffer the consequences with their lives and livelihoods.

### B. ActionAid USA

ActionAid USA is the U.S. branch of ActionAid, an international federation that works in more than 70 countries to achieve social justice, gender equality, and poverty eradication. ActionAid USA is a United States 501(c)(3) nonprofit. The ActionAid federation receives funding from USAID that is essential to its core functions. In some instances, ActionAid contracts directly with USAID and receives direct grants from the agency. In other instances, ActionAid operates as a subgrantee, with USAID funding provided to an NGO with which ActionAid then contracts. In both cases, ActionAid acts to implement the contract and serves as a partner for NGOs "on the ground."

As of January 2025, ActionAid held nearly $12.5 million in grants funded by USAID. It has a direct interest in this case because virtually all such programs have been severely impacted, if not terminated, by the recent freeze in disbursement of USAID funds. Another $21 million is also at risk from possible U.S. funding cuts to the U.N. and other international programs.

As just one of many examples elaborated in the *Amici*'s proposed brief, the abrupt halt of USAID funding has forced ActionAid to shut down its work protecting women in Zambia's remote fishing camps, stripping communities of vital resources to combat gender-based violence. Before the USAID funding freeze, ActionAid's program to protect these women was making a tangible difference. Community-led women's watch groups were helping women escape sexual exploitation and report abuse. Safe houses and medical care were available to survivors. As a result of the freeze, the project has been terminated, leaving women and girls at significant risk.

### C. UUSC

UUSC is a nonprofit organization that works to advance human rights and social justice throughout the world, through its work with over 80 international grassroots partners in over 25

countries including Burma (Myanmar), Bangladesh, Haiti, Sudan, Ukraine and Thailand. UUSC's predecessor organization, the Unitarian Services Committee, was founded in 1940, in order to aid European refugees of World War II. Eighty years later, UUSC continues the work of advancing human rights around the world.

UUSC provides funding, advocacy and a range of wraparound technical services to its grassroots partners, including strategic communications support and participatory research. UUSC's partner organizations include direct recipients of USAID funding, as well as entities that receive USAID funding through an intermediary. These partner organizations provide a range of humanitarian aid, health services, and community development.

The suspension of USAID funding has already had a devastating impact on the work of UUSC and its international partners in countries around the world. Most of the populations UUSC serves live in conflict-affected areas that cannot be accessed by traditional government support. UUSC fills the gap by supporting community-based organizations and civil society groups, which are critical to the survival of millions of people on the ground. Due to the USAID freeze, the small and nimble organizations UUSC serves now face losing their staff and ability to function. UUSC's partner organizations have in some cases halted or shut down critical projects, curtailed operations, and laid off staff members.

In the wake of the USAID funding freeze, UUSC's capacity and financial resources are being stretched to respond to the dire needs of communities facing lost humanitarian aid in countries around the world. UUSC will most likely have to end programs in some of the vulnerable communities it serves.

### III.     *AMICI*'S PARTICIPATION IS DESIRABLE

Permitting the Movants to participate as *amici curiae* would assist the Court in understanding the interests and issues involved in this case. Of particular importance, *Amici*'s interests are not fully

represented, and their perspective is not fully shared, by any of the existing parties. *See Cobell v. Norton*, 246 F. Supp. 2d 59, 62 (D.D.C. 2003) (amicus participation held appropriate when "a party is not represented competently or is not at all" or "when the amicus has unique information or perspective").

As organizations that track and advocate for USAID-related legislation, and/or facilitate delivery of aid supported by USAID funding, *Amici*'s participation is desirable and necessary. The *Amici*'s proposed brief details the legislative framework of USAID oversight and appropriations, illuminating the separation of powers issues raised by plaintiffs' Motion. The proposed brief also expands on the reliance interests of USAID-funded organizations, which have seemingly been ignored in the administration's wholesale freeze of USAID funding. *Amici*'s brief provides real-world data documenting the measurable harms the funding freeze has caused to various critically vulnerable populations the *Amici* serve. These injuries are not fully documented, and the *amici* are not adequately represented, by any party. No party has yet painted the full picture of the devastating, life-altering impact that Defendants' actions have caused. RESULTS, ActionAid USA and UUSC have an interest in ensuring that their perspectives are represented in this litigation, and that the Court hears from a wide spectrum of stakeholders impacted by Defendants' actions. Accordingly, *Amici* respectfully seek leave to fill in their portion of this picture.

## IV.    CONCLUSION

For all the reasons stated above, RESULTS, ActionAid USA, and UUSC respectfully request that the Court grant this motion for leave to file *Amici*'s accompanying *Brief in Support of Plaintiffs Motion for Summary Judgment*.

Dated: March 17, 2025

5

FG: 103485236.3

Respectfully submitted,

/s/ Brad C. Deutsch
FOSTER GARVEY P.C.
Brad C. Deutsch, DC. Bar No. 469636
Malcolm Seymour, *Counsel*
Ben Hodges, *Counsel*
Lynne Cohen, *Counsel*
Matthew Yium, *Counsel*
Andrea Bradford, *Counsel*
Devra Cohen, *Counsel*
Julia Doherty, *Counsel*
3000 K St, NW, Suite 420
Washington, DC 20007
Brad.Deutsch@Foster.com
(202) 298-1793

6

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 17th day of March 2025, I caused a copy of the foregoing document to be served by the Court's CM/ECF system on counsel for all parties in this proceeding.

<u>/s/ Jennifer Sy Lopez</u>　　　　　　<br>
Jennifer Sy Lopez

FG: 103485236.3