# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN FOREIGN SERVICE ASSOCIATION, et al., | |
| Plaintiffs, | NO. 1:25-cv-00352 |
| v. | |
| PRESIDENT DONALD J. TRUMP, et al., | |
| Defendants. | |

**BRIEF OF AMICI CURIAE RESULTS EDUCATIONAL FUND, INC.; ACTIONAID USA; AND UNITARIAN UNIVERSALIST SERVICE COMMITTEE IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

FOSTER GARVEY PC

Brad Deutsch, D.C. Bar No. 469636*
3000 K Street, NW, Suite 420
Washington, D.C. 20007
(202) 965-7880
brad.deutsch@foster.com

Malcolm Seymour, N.Y. Bar No. 4473286
100 Wall Street
20th Floor
New York, NY 10005
(212) 431-8700
malcolm.seymour@foster.com

Matthew J. Yium, OSB No. 054377
121 SW Morrison Street
Suite 1100
Portland, OR 97204
(503) 228-3939
matthew.yium@foster.com

FOSTER GARVEY PC

Andrea Bradford, WSBA No. 45748
Lynne M. Cohee, WSBA No. 18496
Devra R. Cohen, WSBA No. 49952
Julia Doherty, WSBA No. 61391
Benjamin Hodges, WSBA No. 49301
1111 Third Ave.
Suite 3000
Seattle, WA 98101
(206) 447-4400
andrea.bradford@foster.com
lynne.cohee@foster.com
devra.cohen@foster.com
julia.doherty@foster.com
ben.hodges@foster.com

*Admitted to the bar of this Court

**FRCP 7.1 / FRAP 26.1 CORPORATE DISCLOSURE STATEMENTS**

Pursuant to Local Civil Rule 7(o)(5) and Fed. R. App. P. 29(a)(4)(A), *amici* state as follows:

RESULTS Educational Fund, Inc. states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

ActionAid USA states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Unitarian Universalist Service Committee states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

*/s/Brad Deutsch*
Brad Deutsch, D.C. Bar No. 469636
*Counsel to Amici Curiae Results Educational Fund, Inc.; ActionAid USA; and Unitarian Universalist Service Committee*

**TABLE OF CONTENTS**

Page

I.    INTRODUCTION AND INTEREST OF *AMICI*.................................................. 1

II.    ARGUMENT .................................................................................................. 3

　A.    Defendants Cannot Ignore Congressional Mandates Related To USAID. ......................... 3

　B.    Millions Of People Rely On USAID Support. ................................................. 6

　C.    The Defendants' Unlawful, Arbitrary And Capricious USAID-Funding Freeze Is
　Devastating People And Critical Programs. ............................................................. 7

　　1.    Tuberculosis ................................................................................. 9

　　2.    Food Insecurity, Malnutrition, and Famine ................................................ 10

　　3.    Internally Displaced Persons, Refugees, and Conflict-Affected Communities ........... 12

　　4.    Community Development and Essential Services ......................................... 14

　　5.    Gender-Based Violence and Women's Health ........................................... 15

　　6.    Anti-Corruption Efforts ................................................................... 17

　　7.    Global Basic Education.................................................................... 17

　　8.    Programmatic Impacts .................................................................... 18

III.    CONCLUSION.............................................................................................. 19

# TABLE OF AUTHORITIES

**Page(s)**

**Bills**

End Tuberculosis Now Act of 2023,
  H.R. 1776, 118th Cong. (2023)..................................................................................... 9

Reinforcing Education Accountability in Development Act,
  S. 623, 115th Cong., 1st Sess. (2017)……………………………………………………18

**Statutes**

22 U.S.C. § 2413........................................................................................................... 4

Extension of Certain Requirements of the President's Emergency Plan for AIDS Relief,
  Pub. L. No. 118-47, § 7072, 138 Stat. 460, 852–53 (2024)......................................... 5

Foreign Aid Transparency and Accountability Act of 2016,
  Pub. L. No. 114-191, 130 Stat. 666 ............................................................................ 6

Further Consolidated Appropriations Act, 2024,
  Pub. L. 118-47, § 7063(a), 138 Stat. 460, 843–44 ..................................................... 5

Global Child Thrive Act of 2020,
  Pub. L. No. 116-283, §§ 1281–1297, 134 Stat. 3388, 3985–97 (2021)...................... 5

Global Malnutrition Prevention and Treatment Act of 2021,
  Pub. L. No. 117-214, 136 Stat. 2252 (2022).......................................................... 4, 11

PEPFAR Extension Act of 2018,
  Pub. L. No. 115-305, 132 Stat. 4402 .......................................................................... 5

PEPFAR Stewardship and Oversight Act of 2013,
  Pub. L. No. 113-56, 127 Stat. 648 .............................................................................. 5

Reinforcing Education Accountability in Development Act,
  Pub. L. No. 115-56, Division A, 131 Stat. 1129 (2017)......................................... 4, 18

Senator Paul Simon Water for the World Act of 2014,
  Pub. L. No. 113-289, 128 Stat. 3283 .......................................................................... 5

Women's Entrepreneurship and Economic Empowerment Act of 2018,
  Pub. L. No. 115-428, 132 Stat. 5509 .......................................................................... 5

**Other Authorities**

*2024 Second Quarter Gender Based Violence Data Analysis*, Zambia Gender Division 1, https://www.gender.gov.zm/wp-content/uploads/2024/09/2024-SECOND-QUARTER-GENDER-BASED-VIOLENCE-DATA-ANALYSIS.pdf (last visited Mar. 14, 2025) .......... 16

*About Us*, Altsean Burman, https://altsean.org/about-us.html (last visited Mar. 17, 2025) ......... 17

Daniel F. Runde, Michael Casella & Rodney Bent, *Earmarks and Directives in the Foreign Operations Appropriation*, Center for Strategic & International Studies 3–4 (Feb. 26, 2021), https://www.csis.org/analysis/earmarks-and-directives-foreign-operations-appropriation ........ 4

Dr. Atul Gawande, *Preventing Child and Maternal Deaths*, United States Agency for International Development, https://bidenadministration.archives.performance.gov/agencies/usaid/apg/fy-24-25/goal-5/ (last visited Mar. 17, 2025) ..................................................................................................... 11

*Haiti*, World Food Programme, https://www.wfp.org/countries/haiti (last visited Mar. 17, 2025) ..................................................................................................... 12

https://www.usaid.gov/open/reports-congress (last visited Mar. 17, 2025) ................................... 7

Jake Johnston, *Where Does the Money Go? A Look at USAID Spending in Haiti*, Center for Economic and Policy Research (Feb. 4, 2025). https://cepr.net/publications/a-look-at-usaid-spending-in-haiti/ ................................................................................................................. 12

Letter from Members of Congress, to the Honorable Rosa L. DeLauro, Barbara Lee, Tom Cole, Hal Rogers, Members of Congress (Apr. 27, 2022), *available at* https://results.org/wp-content/uploads/Quill-Letter-L2815-FY23-Tuberculosis-Letter-FINAL.pdf ........................... 9

Press Release, Dick Durbin, Durbin, Rubio Introduce Bipartisan Legislation to Extend Authorization on Global Basic Education (Jan. 24, 2023), https://www.durbin.senate.gov/newsroom/press-releases/durbin-rubio-introduce-bipartisan-legislation-to-extend-authorization-on-global-basic-education ................................................. 18

Press Release, Office of U.S. Agency for International Development, U.S. Agency for International Development Administrator Mark Green's Remarks at USAID's World TB Day Event (Mar. 21, 2019), *available at* https://www.legistorm.com/stormfeed/view_rss/1473708/organization/32503/title/us-agency-for-international-development-administrator-mark-green039s-remarks-at-usaid039s-world-tb-day-event.html ........................................................................................................................ 10

Press Release, Todd Young U.S. Senator for Indiana, Young, Brown Lead Senators in Urging Administration to Invest in Efforts to Defeat Tuberculosis (Sept. 7, 2018), *available at* https://www.young.senate.gov/newsroom/press-releases/young-brown-lead-senators-in-urging-administration-to-invest-in-efforts-to-defeat-tuberculosis-/ .......................................... 9

Press Release, U.S. Representative Ami Bera, M.D., Reps Bera, Salazar, Meeks and McCaul
   Lead over 100 Members in Bipartisan Letter to Biden Administration Calling for Bold U.S.
   Leadership at UN High Level Meeting on Tuberculosis (July 13, 2023), *available at*
   https://bera.house.gov/news/documentsingle.aspx?DocumentID=400162 ................................ 9

*Rohingya Refugee Crisis Explained*, USA for UNHCR (Aug. 22, 2024),
   https://www.unrefugees.org/news/rohingya-refugee-crisis-explained/#Rohingya.................. 13

Sui-Lee Wee, Declan Walsh & Farnaz Fassihi, *How the World Is Reeling From Trump's Aid
   Freeze*, N.Y. Times (Jan. 31. 2025), https://www.nytimes.com/2025/01/31/world/asia/trump-
   usaid-freeze.html .................................................................................................................... 14

Tania Karas & Elissa Miolene, *The Trump Administration's Flip-Flop on Treating Malnourished
   Children*, devex (Mar. 5, 2025), https://www.devex.com/news/the-trump-administration-s-
   flip-flop-on-treating-malnourished-children-109557 .............................................................. 12

# I.    INTRODUCTION AND INTEREST OF *AMICI*[1]

The United States Agency for International Development (USAID) has provided a lifeline to millions of people the world over. Across the globe, international, national, and local organizations rely on USAID funding to deliver mission-critical services to the most vulnerable people and communities. In 2023, USAID-supported programs saved hundreds of thousands of newborns, started over 100,000 people on life-saving treatment for antibiotic-resistant tuberculosis, provided nutrition to tens of millions of malnourished and starving children, gave millions of women access to safe facilities for childbirth, and ensured that tens of millions of children had access to quality basic education.

USAID spending is subject to strict reporting requirements to Congress. Contrary to Defendants' various portrayals, USAID funding is *not* done in secret, for purposes that are not known, agreed, upon, or in the purview of the aims for which Congress appropriated money. Instead, the money spent on many of these programs is monitored by Congress and endorsed through additional Congressionally approved appropriations.

Defendants' unprecedented, unlawful and sudden freeze on USAID funding has thrown the international aid community into chaos both in the United States and throughout the world. Their actions imperil women, children, people who are sick, and displaced communities—those already in dire need—and destabilize the framework of international aid. Defendants' freeze is not just needlessly cruel, it is, as Plaintiffs explain, unlawful, arbitrary and capricious, and violates the separation of powers doctrine; it upsets the careful balance upon which our democracy depends.

---

[1] Consistent with Federal Rule of Appellate Procedure 29(a)(4)(E) and LCvR 7(o)(5), *Amici* state that no party's counsel authored this brief in whole or in part, that no party or party's counsel contributed money that was intended to fund preparing or submitting this brief, and that no person—other than the *Amici*, their members, or their counsel—contributed money that was intended to fund preparing or submitting this brief.

Amicus **RESULTS Educational Fund, Inc.** (**RESULTS**) is a nonprofit, nonpartisan advocacy organization focused on poverty. RESULTS works to build the political will to end poverty through deep advocacy on health and nutrition, education, and economic opportunity. As an independent, non-partisan advocacy organization, RESULTS has long pushed for reform and strengthening of USAID, working with both Republicans and Democrats. RESULTS has advocated for USAID accountability legislation, fought for new transparency requirements, worked with Congress on USAID oversight, and often been a critical voice in the media. These efforts are intended to maximize every dollar spent in the service of ending poverty.

RESULTS' representatives and volunteers have seen firsthand how the arbitrary and capricious freezing and terminating of USAID programs—including many the Defendants themselves have designated as "lifesaving"—have upended health, nutrition, education, humanitarian, and anti-poverty work globally.

Amicus **ActionAid USA** is the U.S. branch of ActionAid, an international federation which works in more than 70 countries to achieve social justice, gender equality, and poverty eradication. ActionAid USA is a United States 501(c)(3) nonprofit. The ActionAid federation receives funding from USAID that is essential to its core functions. In some instances, ActionAid contracts directly with USAID and receives direct grants from the agency. In other instances, ActionAid operates as a subgrantee, with USAID funding provided to an NGO with which ActionAid then contracts. In both cases, ActionAid acts to implement the contract and serves as a partner for NGOs "on the ground."

As of January 2025, ActionAid held nearly $12.5 million in grants funded by USAID. It has a direct interest in this case because virtually all such programs have been severely impacted,

2

if not terminated, by the recent freeze in disbursement of USAID funds. Another $21 million is also at risk from possible U.S. funding cuts to the U.N. and other international programs.

Amicus **Unitarian Universalist Service Committee (UUSC)** is a nonprofit organization that works to advance human rights and social justice throughout the world, through its work with over 80 international grassroots partners in over 25 countries, including Burma (Myanmar), Bangladesh, Haiti, Sudan, Ukraine and Thailand. UUSC's predecessor organization, the Unitarian Services Committee, was founded in 1940, to aid European refugees of World War II. Eighty years later, UUSC continues the work of advancing human rights around the world.

UUSC provides funding, advocacy and a range of wraparound technical services to its grassroots partners, including strategic communications support and participatory research. UUSC's partner organizations include direct recipients of USAID funding, as well as entities that receive USAID funding through intermediaries. These partner organizations provide a range of humanitarian aid, health services, and community development.

The suspension of USAID funding has already had a devastating impact on the work of UUSC and its international partners in countries around the world. As a result of the executive order issued freezing USAID funding, UUSC is facing overwhelming pressure to address the critical needs of the communities it serves.

*Amici curiae* RESULTS, ActionAid USA, and UUSC (collectively *Amici*) respectfully urge this Court to grant Plaintiffs' Motion for Summary Judgment.

## II.    ARGUMENT

### A.  Defendants Cannot Ignore Congressional Mandates Related To USAID.

Since USAID was first established in the 1960s, Congress has used its authorizing powers to set direction for USAID, demand accountability, and sharpen the agency's impact, under Republican and Democratic control alike. Some of these authorizing tools include:

- Provisions under the Foreign Assistance Act of 1961, including section 653(a), which requires the President to notify Congress in advance about intended funding recipients. 22 U.S.C. § 2413(a).

- Amendments to the Foreign Assistance Act that set policy direction and reporting requirements for specific USAID programs (such as the Reinforcing Education Accountability in Development Act (READ Act)). Pub. L. No. 115-56, Division A, 131 Stat. 1129 (2017).

- Standalone authorizing legislation with policy guidelines and reporting requirements (such as the Global Malnutrition Prevention and Treatment Act of 2021). Pub. L. No. 117-214, 136 Stat. 2252 (2022).

Guided by these policy frameworks, Congress has also exercised its power of the purse to fund USAID on a bipartisan basis. Through this process, Congress sets further reporting requirements and direction for monies appropriated. This includes:

- Annual appropriations in which nearly 90 percent of USAID funds are subject to specific programmatic directives from Congress, and supplemental funding packages designated for specific humanitarian responses. *See* Daniel F. Runde, Michael Casella & Rodney Bent, *Earmarks and Directives in the Foreign Operations Appropriation*, Center for Strategic & International Studies 3–4 (Feb. 26, 2021), https://www.csis.org/analysis/earmarks-and-directives-foreign-operations-appropriation.

- Detailed reporting requirements attached to annual appropriations bills, which provide directives to federal agencies (such as the tuberculosis and child health examples discussed below).

- Congressional notifications, when committee leaders or individual members of Congress can place informal holds, delaying or blocking funds until concerns are addressed.

Just as the READ Act steered the direction, accountability, and oversight of USAID's education programs, so too has other bipartisan-enacted legislation for other high-impact streams of USAID work—from the Water for the World Act, to the Global Malnutrition Treatment and Prevention Act, to the Women's Entrepreneurship and Economic Empowerment Act, to the Global Child Thrive Act, to the PEPFAR Stewardship and Oversight Act. *See* Senator Paul Simon Water for the World Act of 2014, Pub. L. No. 113-289, 128 Stat. 3283; Women's Entrepreneurship and Economic Empowerment Act of 2018, Pub. L. No. 115-428, 132 Stat. 5509; Global Child Thrive Act of 2020, Pub. L. No. 116-283, §§ 1281–1297, 134 Stat. 3388, 3985–97 (2021); PEPFAR Stewardship and Oversight Act of 2013, Pub. L. No. 113-56, 127 Stat. 648; PEPFAR Extension Act of 2018, Pub. L. No. 115-305, 132 Stat. 4402; Extension of Certain Requirements of the President's Emergency Plan for AIDS Relief, Pub. L. No. 118-47, § 7072, 138 Stat. 460, 852–53 (2024). Each of these bills sets policy parameters, and oversight and reporting requirements to Congress for key parts of USAID's programs. Given this legislative framework and annual exercise of appropriations authority, Defendants' unilateral and indiscriminate dismantling and defunding of USAID clearly constitutes an improper encroachment into Congress's power with respect to that agency.

Any attempt at full-scale USAID-reform must be Congressionally approved[2] and should treat the type of outcomes discussed below as a minimum baseline for U.S. foreign assistance.

---

[2] In the Further Consolidated Appropriations Act of 2024, Congress explicitly barred the Defendants from using appropriated funds to make major changes to USAID without prior consultation with the appropriate congressional committee. Further Consolidated Appropriations Act, 2024, Pub. L. 118-47, § 7063(a), 138 Stat. 460, 843–44.

Defendants' recent actions are nothing of the sort. To the contrary, they are a destruction of U.S. foreign assistance, rendering these kinds of outcomes all but impossible. Defendants' unlawful, arbitrary and capricious overreach violates fundamental principles of separation of powers and should be halted.

**B. Millions Of People Rely On USAID Support.**

Using congressionally mandated reporting, RESULTS tracks data on outcomes achieved by USAID-funded programs that face imminent threat from Defendants' funding freeze, and other arbitrary and capricious acts. Among those outcomes, for example in 2023 alone, a staggering 238,000 newborns were not breathing at birth, but resuscitated thanks to USAID-supported health programs. That is more than 650 newborns saved every day. The same year, thanks to USAID programs, 113,000 people sick with antibiotic-resistant tuberculosis (TB)—a deadly, airborne disease—started lifesaving treatment. Nearly 30 million children under five years of age received quality nutrition. Twelve million women had access to a safe facility for childbirth. Over 40 million children accessed quality basic education. All of this progress is at imminent risk in the absence of this Court granting the relief sought by Plaintiffs in this case, and rapid action by the Defendants to restore health, development, and humanitarian services to their previous levels.

Much of USAID's mandated reporting is provided directly to the relevant committees and subcommittees in Congress, based on their jurisdiction. In addition, both authorizing and appropriating legislation has mandated public reporting for a range of USAID's spending. This includes both broad public reporting requirements (such as under the Foreign Aid Transparency and Accountability Act of 2016, Pub. L. No. 114-191, 130 Stat. 666, led by then-Senator Rubio), as well as program-specific required annual reports. These annual reports—the source of the data and outcomes discussed above—were publicly available in full on USAID's website until

Defendants removed them. *See* https://www.usaid.gov/open/reports-congress (last visited Mar. 17, 2025) (as of March 17, 2025, this website was "Not found").

### C.  The Defendants' Unlawful, Arbitrary And Capricious USAID Funding Freeze Is Devastating People And Critical Programs.

*Amici* RESULTS, ActionAid USA, and UUSC are aware of the devastating, real-world impacts the Defendants' funding freeze is having on the world's most vulnerable communities and the organizations that serve them.

RESULTS is aware of vast numbers of programs that have received terminations through the acts of Defendants, and while some of those actions have been rescinded, even those purportedly restored programs are awaiting payment and clarity. Lifesaving services that fight diseases such as TB, global malnutrition, and support for basic education were all shut down overnight, putting millions at risk of disease and death. As discussed below, the damage done in each of these areas could take decades to repair, and countless people and communities will pay the consequences with their lives and livelihoods.

UUSC is seeing the same. Whether direct or indirect recipients of USAID funding, the clear and dire message from UUSC's partner organizations is that the freeze in USAID funding has already had significant impacts on the entire ecosystem of humanitarian aid in many countries, including Burma (Myanmar), Thailand, Bangladesh, Ukraine, Poland, Sudan, Honduras and Haiti. From larger entities receiving USAID funding, to front line delivery organizations doing work in-country, the ability to deliver humanitarian aid across the globe has been impacted. With acute needs in areas experiencing conflict, famine and displacement, disruption to any link in the chain of the delivery of critical humanitarian aid is catastrophic.

Most of the populations UUSC serves live in conflict-affected areas that cannot be accessed by traditional government support. International aid agencies inside countries where UUSC works

are often restricted from travelling to and accessing these communities directly. In this situation, UUSC supports community-based organizations and civil society groups, which are critical to the survival of millions of people on the ground. These small and nimble organizations in the country and border areas UUSC serves now face losing their staff and ability to function. Organizations that receive funding through intermediaries have faced significant confusion, as they do not have direct communication channels to USAID to seek clarification on grant funding. The sudden withdrawal of USAID funding has left UUSC's partner organizations scrambling to secure alternative funding to provide essential services to the communities they serve, and unable to plan for long-term sustainability.

UUSC's partner organizations have in some cases had to halt or entirely shut down critical projects, curtail operations, and lay off staff members. Partner organizations working with other USAID-funded organizations have reported disruptions in joint initiatives due to the sudden reduction of USAID support. In the wake of the executive order, UUSC's capacity and financial resources are being stretched to respond to the dire needs of communities facing lost humanitarian aid in multiple countries around the world.  The programs UUSC supports to serve these vulnerable communities may end.

ActionAid has similarly observed disastrous impacts to the ecosystem of development and humanitarian assistance for countries in which it operates. The toll on communities receiving aid under USAID contracts has been devastating, with critical and life-saving support not reaching people who need it. Further, local and national organizations operating under USAID contracts had to halt work, even in cases where provisions or supplies had been purchased and were ready to be distributed to communities. Many organizations have not received payment for expenses legitimately incurred before the freeze was announced, in some cases leading to defaults. There is

also significant confusion about how waivers are being applied, and delays in payment even when waivers have been granted.

The Defendants' unlawful actions have wreaked havoc on critical programs supported by USAID. These include efforts to treat and prevent TB; ameliorate food insecurity, malnutrition, and famine; care for internally displaced persons, refugees, and conflict-affected communities; support community development and provide essential services; protect women against gender-based violence and improve women's health; combat corruption; and provide for global basic education. The freeze and stop work orders have destabilized the backbone of aid programs, ravaging the organizations that provide on-the-ground support. The following examples of the real-world impacts of the Defendants' funding freeze are just the tip of the iceberg.

### 1. Tuberculosis

As RESULTS explains, Congressional funding for USAID tuberculosis programs has played a decisive role in helping save 79 million lives from TB since 2000. Understanding the gravity of TB, which is the biggest infectious killer in the world, Congress has rallied behind USAID's TB program to strengthen its impact. Members from both parties have called for doubling funding, advanced new legislation to guide USAID's TB strategy, and pushed successive administrations to increase their impact on TB.[3] Under the first Trump Administration, USAID

---

[3] *See* Letter from Members of Congress, to the Honorable Rosa L. DeLauro, Barbara Lee, Tom Cole, Hal Rogers, Members of Congress (Apr. 27, 2022), *available at* https://results.org/wp-content/uploads/Quill-Letter-L2815-FY23-Tuberculosis-Letter-FINAL.pdf (calling for doubling funding); End Tuberculosis Now Act of 2023, H.R. 1776, 118th Cong. (2023); Press Release, Todd Young U.S. Senator for Indiana, Young, Brown Lead Senators in Urging Administration to Invest in Efforts to Defeat Tuberculosis (Sept. 7, 2018), *available at* https://www.young.senate.gov/newsroom/press-releases/young-brown-lead-senators-in-urging-administration-to-invest-in-efforts-to-defeat-tuberculosis-/; Press Release, U.S. Representative Ami Bera, M.D., Reps Bera, Salazar, Meeks and McCaul Lead over 100 Members in Bipartisan Letter to Biden Administration Calling for Bold U.S. Leadership at UN High Level Meeting on Tuberculosis (July 13, 2023), *available at* https://bera.house.gov/news/documentsingle.aspx?DocumentID=400162.

launched an initiative to strengthen its TB programs.[4]

Importantly, Congress put strict reporting and accountability requirements on the TB program, with language attached to the TB funding line of its annual appropriations bills. As a result of those requirements, RESULTS reports that in the fiscal year 2023, USAID's TB program supported:

- Diagnosis of 6.4 million people with TB, who could then start treatment;

- TB prevention for 2.4 million people who were at the highest risk of developing TB;

- Treatment for drug-resistant tuberculosis for 113,000 people; and more.

By taking a bludgeon to the USAID TB program, RESULTS is aware that Defendants' acts have undermined all of this work. TB screening efforts have ground to a halt in many countries. This means populations are unable to access treatment that would save their lives and protect their loved ones from infection. Clinics have shuttered because of breakdowns in supply chains, lack of medicine, or because health workers were furloughed. As of the date of this brief, RESULTS reports that while some TB programs have had their terminations rescinded, many are still awaiting payment, others remain terminated, and the global TB response architecture has been thrown into disarray.

### 2. Food Insecurity, Malnutrition, and Famine

As RESULTS explains, malnutrition is the underlying cause of nearly half of all deaths of children under 5 and increases the risk of maternal labor complication. Proven nutrition tools—

---

[4] Press Release, Office of U.S. Agency for International Development, U.S. Agency for International Development Administrator Mark Green's Remarks at USAID's World TB Day Event (Mar. 21, 2019), *available at* https://www.legistorm.com/stormfeed/view_rss/1473708/organization/32503/title/us-agency-for-international-development-administrator-mark-green039s-remarks-at-usaid039s-world-tb-day-event.html. Since then, this program has spurred leadership from other countries with matching funds, driven down prices dramatically, and stretched the impact of U.S. investments.

including prenatal vitamins, breastfeeding support, vitamin A supplementation, and treatment and prevention for severe acute malnutrition—can drastically improve survival. With these and other interventions, USAID has helped achieve a 55% decrease in child mortality and 42% decrease in maternal mortality in 25 priority countries since 2000.

When Congress saw that USAID's impact on nutrition and child health could be even stronger, they acted. Through the bipartisan Global Malnutrition Prevention and Treatment Act of 2021, Pub. L. No. 117-214, 136 Stat. 2252 (2022), Congress directed USAID to focus on evidence-based interventions, and required tracking and public reporting on nutrition outcomes annually. In the intervening years, Congress has honed these reporting requirements even further in annual appropriations report language attached to nutrition funding. *Id.*

Congress has placed similar requirements on broader maternal, newborn, and child health spending through appropriations language. In response, USAID regularly submits an expansive annual report to Congress, detailing its spending by health intervention (such as diarrhea treatment, newborn resuscitation, or measles vaccine) and the number of people reached with each, disaggregated by country. In addition, USAID reports quarterly to Congress and the public on progress against its goal to reduce under 5 mortality by an average of 3% annually. *See* Dr. Atul Gawande, *Preventing Child and Maternal Deaths*, United States Agency for International Development, https://bidenadministration.archives.performance.gov/agencies/usaid/apg/fy-24-25/goal-5/ (last visited Mar. 17, 2025).

As a result of the Defendants' funding freeze, RESULTS is aware that two main producers of treatment for severe acute malnutrition, a fortified peanut paste, received stop work orders, then waivers, then were terminated, then had their terminations rescinded—sowing chaos in their work.

*See* Tania Karas & Elissa Miolene, *The Trump Administration's Flip-Flop on Treating Malnourished Children*, devex (Mar. 5, 2025), https://www.devex.com/news/the-trump-administration-s-flip-flop-on-treating-malnourished-children-109557. This is just the production of one commodity, to say nothing of what it takes to transport the product, distribute it in some of the most challenging environments in the world, ensure health workers are in place, or a myriad of other steps; and to say nothing of prevention, or the dozens of other high-impact lifesaving medical interventions children need, all of which have been interrupted by Defendants' arbitrary and capricious actions.

In Haiti, UUSC partners with multiple organizations. Haiti is among the poorest countries in the world, with millions of people suffering from acute hunger, including hundreds of thousands of children facing malnutrition. *Haiti*, World Food Programme, https://www.wfp.org/countries/haiti (last visited Mar. 17, 2025). "Since October 2023 (the beginning of FY2024), USAID has obligated $368 million in contracts and grants for activities in Haiti, according to an analysis of data from USASpending.gov." Jake Johnston, *Where Does the Money Go? A Look at USAID Spending in Haiti*, Center for Economic and Policy Research (Feb. 4, 2025). https://cepr.net/publications/a-look-at-usaid-spending-in-haiti/. Providing aid in Haiti is difficult, and much of this funding goes directly to U.N. programs operating in Haiti, such as the World Food Programme. This foreign assistance is critical to Haiti's food security, and is now at risk.  UUSC's capacity and financial resources will be increasingly overstretched by the dire needs of community organizations facing these restrictions in places like Haiti.

### 3.   Internally Displaced Persons, Refugees, and Conflict-Affected Communities

Defendants' USAID funding freeze puts those in conflict-affected communities, including internally displaced persons and refugees, in an even more precarious and perilous position. UUSC's partners in Burma (Myanmar) work with internally displaced communities living in

camps in the state of Rahkine, Western Burma. These communities include members of the Rohingya community, a Muslim ethnic minority group, which the United Nations has described as "the most persecuted minority in the world." *Rohingya Refugee Crisis Explained*, USA for UNHCR (Aug. 22, 2024), https://www.unrefugees.org/news/rohingya-refugee-crisis-explained/#Rohingya. UUSC's partner organizations in Rakhine State in Burma, which receive funding from Bureau of Humanitarian Assistance, the National Endowment for Democracy, and the International Rescue Committee, have lost approximately one-third of their funding due to the freeze of USAID. The vast majority of these cuts impact the life-saving aid given to Rohingya refugees.

UUSC's partner the Karenni Human Rights Group (KnHRG), an organization operating in several-townships within Karenni state, Eastern Burma, lost $60,000 in USAID funding, fomenting a humanitarian crisis affecting refugees, internally displaced persons, and the civil society groups working to support them. KnHRG provides comprehensive support to conflict-affected communities, including civilians injured by landmines, air strikes and mortar shelling. The organization's comprehensive services include counseling, assistance to cover the costs of transportation, food and other necessities during treatment for injuries, as well as human rights training and data collection. The funding freeze has already impacted the organization's ability to provide this support, and KnHRG may need to reduce staff or terminate the project entirely due to the loss of USAID funding.

UUSC's partners in Burma and Thailand are witnessing severe healthcare impacts to refugee camps along the Thai/Burma border. The suspension of aid to humanitarian organizations in Burma has caused the closure of healthcare services to refugee camps on the Thai-Burma border, leaving over 75,000 refugees without access to basic medical services like vaccinations, sanitation

13

initiatives, and maternal health services. Some hospitals are unable to operate without the funding they previously received through organizations like the International Rescue Committee, which receives USAID funding. One of UUSC's partner organizations in Thailand reports that seven health clinics in refugee camps on the Thai-Burma border have been closed, leaving chronically ill patients and pregnant women without critical healthcare. For example, as reported by the *New York Times*, patients at the Mae La refugee camp on the Thai-Burma border, have been told to leave their U.S.-funded hospital, leaving TB patients without access to necessary medicine. Sui-Lee Wee, Declan Walsh & Farnaz Fassihi, *How the World Is Reeling From Trump's Aid Freeze*, N.Y. Times (Jan. 31. 2025), https://www.nytimes.com/2025/01/31/world/asia/trump-usaid-freeze.html.

Similarly, in Bangladesh, one of UUSC's partners works in refugee camps to support the Rohingya community. UUSC's partner reports that two U.S.-funded hospitals in Bangladesh have been shut down due to the USAID funding freeze, leaving elderly and chronically ill patients without care.

### 4. Community Development and Essential Services

ActionAid has observed the wasteful and life-altering effect the USAID funding freeze and stop work orders have had on community development efforts and individuals who relied on USAID-funding for essential services. For example, in Mozambique an organization responsible for distribution of 2,500 irrigation kits—that had been expected to go to 7,500 families—is now in default because of the USAID funding freeze. The organization had already acquired irrigation pumps, but they cannot distribute them since work was halted. In addition, the organization is now unable to distribute self-employment kits, which had already been purchased and intended for 1,400 young people. These young people had already been trained in the use of such kits but will now not receive them. Furthermore, employees allocated to the project must still be paid for the

remaining time on the contracts (contracts are fixed term), even though work was ordered to stop. Financially, the funding freeze could cost this organization close to $600,000 in payments to staff, suppliers and partners. The organization's attempts to maintain communication with USAID staff to understand how to settle the accounts have been unsuccessful. On February 26, 2025, the organization was informed that its grant had been terminated.

In Haiti, a report conducted by Cadre de Liaison Inter-Organisations, a network of NGOs that ActionAid co-chairs, found that 550,000 Haitian individuals benefitting from USAID-funded programs are now deprived of essential services such as food security, cash assistance, and drinking water, sanitation and hygiene (WASH), as well as nutrition and education programs. The funding freeze has thus considerably increased the vulnerability of already vulnerable groups, in particular women, children, and individuals in precarious situations.

### 5. Gender-Based Violence and Women's Health

The Defendants' sudden freeze of USAID funding and stop work order have seriously imperiled already vulnerable women and girls. For example, in Africa, the abrupt halt of USAID funding has forced ActionAid to shut down its work protecting women in Zambia's remote fishing camps, stripping communities of vital resources to combat gender-based violence. Women operating in such camps are dependent on men for access to fish. They are often asked for sex in exchange for less expensive fish. This "sex-for-fish" practice has become increasingly common in Zambia, as prolonged drought and failed crops have driven more women into the fishing business in search of an income. But for many, it quickly becomes a cycle of abuse and coercion. Drought-related food and water shortages leave millions struggling, with women and girls disproportionately affected. In the first quarter of 2024 alone, more than 9,300 cases of gender-based violence were reported across the country, according to the Zambia Police Service. *See 2024 Second Quarter Gender Based Violence Data Analysis*, Zambia Gender Division 1,

https://www.gender.gov.zm/wp-content/uploads/2024/09/2024-SECOND-QUARTER-GENDER-BASED-VIOLENCE-DATA-ANALYSIS.pdf (last visited Mar. 14, 2025). With many cases going unreported, this figure is likely only the tip of the iceberg. Before the stop work order, ActionAid's USAID-funded program to protect such women was making a tangible difference. Community-led women's watch groups were helping women escape exploitation and report abuse. Safe houses and medical care were available to survivors. As a result of the stop work order and funding freeze, the project has been terminated, leaving women and girls at significant risk.

Similarly, in Ethiopia, the USAID programs terminated since the freeze included efforts to improve the lives of women and girls seeking healthy behavior in their reproductive rights by focusing on male engagement. As a result, hundreds of thousands of individuals benefiting from the project through capacity building, networking and other support on health, gender and malaria will not receive support. The stop work order also resulted in the termination of five ActionAid staff in the second year of implementing a three-year grant for which ActionAid is a subgrantee.

Like ActionAid, UUSC's partners' efforts to protect and empower women are being gutted by the Defendants' funding freeze. UUSC partners with the Karen Women's Organization (KWO), an organization operating across Karen State in Burma and the Thai-Burma border, supporting women through education, health and social welfare programs. KWO's Women's Protection and Safe Houses program lost over $100,000 in USAID funding. The program provides housing, home visits, and case management for at least 450 victims of sexual and gender-based violence victims annually. KWO lost an additional $65,400 in funding, completely eliminating KWO's women's democracy initiative, which worked to strengthen women's role in the justice system and government, and provided education and training, including training of women police officers.

Another of UUSC's partner organizations, Altsean-Burma, received approximately 33 percent of its funding from USAID through intermediary organizations. Altsean-Burma performs "advocacy, training and collaboration, focusing on women's participation and leadership, business and human rights, atrocity prevention, and broader human rights and democracy issues." *About Us*, Altsean Burman, https://altsean.org/about-us.html (last visited Mar. 17, 2025). One of its USAID-funded projects has been canceled, and two others have been paused.

### 6. Anti-Corruption Efforts

As ActionAid reports, in Uganda, the funding freeze led first to the suspension, and now the termination, of a $7 million cooperative agreement to implement a 5-year anticorruption project—one of the largest anticorruption programs in the country. Termination of the program will create a vacuum in a crucial period leading to the next general elections, where ActionAid anticipates significant mismanagement of public funds for personal political interest. As a result, individuals living in poverty, and the organizations seeking to help them, will lack the means and capacity to hold the government accountable for human rights violations and abuse and mismanagement of public resources. The funding freeze, and the subsequent notice of program termination, has far-reaching implications for ActionAid and more than 80 implementing partners in Uganda (including health, education, economic growth, agriculture, and governance organizations), their staff, and all auxiliary service providers.

### 7. Global Basic Education

As RESULTS explains, access to quality education is among the most decisive tools against poverty, with a raft of evidence documenting its impact on health, stability, economic growth, and social cohesion. The bipartisan READ Act, which was lead-authored by then-Senator (now Secretary of State) Marco Rubio and signed into law by President Trump during his first term, establishes the policy of the United States to promote sustainable, quality basic education

globally. *See* READ Act, S. 623, 115th Cong., 1st Sess. (2017); READ Act, Pub. L. No. 115-56, Division A, 131 Stat. 1129. The Act requires a global education strategy from the President and a coordinator responsible for interagency oversight, while setting specific requirements for USAID transparency and reporting on education outcomes to Congress. The same legislation was extended by an additional five years at the end of 2024, based on its success improving education outcomes through the education strategy and annual reporting it had mandated. Rubio hailed the bill's extension, for providing "clarity and transparency on the United States' efforts to advance basic education."[5] Rubio's legislative reauthorization was passed by bipartisan majorities of the House and Senate less than two months before the implementation of the Defendants' freeze on all basic education programs.

In the fiscal year 2023, in accordance with READ Act requirements, USAID supported preschool for nearly two million children, and basic math, reading and other skills for more than 41 million primary and secondary school children. The Defendants' funding freeze, and later terminations, of these programs have jeopardized all of this, in countries from Afghanistan to Haiti to Malawi.

### 8. Programmatic Impacts

The uncertainty born of the Defendants' unlawful, arbitrary and capricious actions has imperiled not just the people and programs that receive the benefits of that funding, but the very organizations and programs that deliver this much-needed aid.

For example, ActionAid has observed the negative impact on countries dependent on USAID funds for support in the health, education and development sectors. In Haiti, a report

---

[5] Press Release, Dick Durbin, Durbin, Rubio Introduce Bipartisan Legislation to Extend Authorization on Global Basic Education (Jan. 24, 2023), https://www.durbin.senate.gov/newsroom/press-releases/durbin-rubio-introduce-bipartisan-legislation-to-extend-authorization-on-global-basic-education.

conducted by Cadre de Liaison Inter-Organisations found that the USAID funding freeze and stop work order have had a dramatic impact jeopardizing crucial services across all sectors, affecting ten out of eleven regions in Haiti. Local NGOs can no longer cover their operational costs due to a cash flow freeze and corresponding lack of liquidity. This is so even for programs purportedly benefitting from USAID waivers. In general, even where waivers have been granted, there is no liquidity, because so many USAID employees have been terminated that payment systems are not working. Cadre de Liaison Inter-Organisations reports that to date, eleven projects in Haiti have been terminated as a direct result of the stop work order and funding freeze, with nine NGOs affected. One NGO alone was forced to end three projects. More than 245 jobs have been suspended or terminated.

UUSC's partner organization in the Central and Eastern Europe, Caucasus, and Central and North Asia (CECCNA) region, Dalan Fund, works with organizations in 16 countries and pools resources to provide aid. These organizations in the CECCNA region are largely not direct recipients of USAID funding, but receive USAID funding through intermediaries, and have already seen budget cuts ranging from 30 to 85 percent. Organizations have already been forced to make significant cuts to projects and staff reduction. Some of these organizations will not be able to sustain operations for more than three to six months.

### III.    CONCLUSION

The funding freeze and stop work order imperil individuals, communities and the organizational backbone of aid programs throughout the world. For the foregoing reasons, and those given in Plaintiffs' Motion for Summary Judgment, *Amici* RESULTS, ActionAid USA, and UUSC respectfully ask this Court to grant Plaintiffs' Motion.

RESPECTFULLY SUBMITTED this 17th day of March, 2025.

FOSTER GARVEY PC

*/s/Brad Deutsch*
Brad Deutsch, D.C. Bar No. 469636*
3000 K Street, NW, Suite 420
Washington, D.C. 20007
(202) 965-7880
brad.deutsch@foster.com

Malcolm Seymour, N.Y. Bar No. 4473286
100 Wall Street
20th Floor
New York, NY 10005
(212) 431-8700
malcolm.seymour@foster.com

Matthew J. Yium, OSB No. 054377
121 SW Morrison Street
Suite 1100
Portland, OR 97204
(503) 228-3939
matthew.yium@foster.com

Andrea Bradford, WSBA No. 45748
Lynne M. Cohee, WSBA No. 18496
Devra R. Cohen, WSBA No. 49952
Julia Doherty, WSBA No. 61391
Benjamin Hodges, WSBA No. 49301
1111 Third Ave.
Suite 3000
Seattle, WA 98101
(206) 447-4400
andrea.bradford@foster.com
lynne.cohee@foster.com
devra.cohen@foster.com
julia.doherty@foster.com
ben.hodges@foster.com

*Counsel for Amici Curiae Results*
*Educational Fund, Inc.; ActionAid USA; and*
*Unitarian Universalist Service Committee*

*Admitted to the bar of this Court