# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

American Foreign Service Association, *et al.*,

    *Plaintiffs*,

v.

President Donald J. Trump, *et al.*,
    *Defendants*.

Case No. 1:25-cv-00352-CJN

**[PROPOSED] ORDER**

On consideration of the Motion by 202 Members of Congress for leave to file an *amicus curiae* brief in support of Plaintiffs' motion for summary judgment, *see* ECF No. 51, and the entire record herein, it is hereby:

**ORDERED** that the motion is GRANTED. The Clerk of Court is directed to file the 202 Members of Congress' *Amicus Curiae* Brief in Support of Plaintiffs' Motion for a Preliminary Injunction, attached as Exhibit A, onto the electronic case docket in the above-captioned matter.

**SO ORDERED.**

This _____ day of _____, 2025.

                                           **BY THE COURT:**

                                           _____
                                         The Honorable Judge Carl N. Nichols
                                         United States District Court Judge