IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FOREIGN SERVICE ASSOCIATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PRESIDENT DONALD J. TRUMP, *et al.*, <br><br> Defendants. | Civil Action No. 1:25-cv-352-CJN |

### CERTIFICATION OF THE ADMINISTRATIVE RECORD

Jeremy Lewin, pursuant to 5 U.S.C. § 706, declares as follows:

1. I am currently performing the duties and functions of Deputy Administrator for Policy and Programming and Chief Operating Officer of the United States Agency for International Development ("USAID" or the "Agency"). In my current role, I manage the day-to-day operations at USAID across strategy, programming, personnel, and management matters. I have served as a policymaker at USAID since January 2025, in various roles including Director of Strategy & Programs and Senior Advisor to the Administrator. Likewise, at the Department of State, I currently serve as Senior Advisor to the Deputy Secretary for Management and Resources and previously held a similar role in the Secretary's Policy Planning Office.

2. Defendants maintain that Plaintiffs have not alleged any "agency action" within the meaning of 5 U.S.C. § 704. As such, it is not possible at this juncture to state with certainty what documents make up the administrative record for this case. Attached hereto are documents that, to the best of my knowledge, Defendants considered in taking actions that Plaintiffs challenge in

this civil action. Privileged documents reflecting internal agency deliberations are not part of this administrative record. *See Ad Hoc Metals Coal. v. Whitman*, 227 F. Supp. 2d 134, 142–43 (D.D.C. 2002); *AMFAC Resorts, L.L.C. v. Dep't of the Interior*, 143 F. Supp. 2d 7, 13 (D.D.C. 2001). Defendants reserve the right to supplement this administrative record to the extent any cognizable "agency action" is more clearly defined later in this litigation.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: April 7, 2025

_____
Jeremy Lewin
PTDO Deputy Administrator, USAID
Senior Advisor, D-MR, Dept. of State

**Index to the Administrative Record for the Alleged Actions Challenged in *American Foreign Service Association v. Trump*, No. 1:25-cv-352 (D.D.C.)**

| Document Description | Date | Exhibit | Beginning Bates No. |
|---|---|---|---|
| Apr. 7, 2025 Declaration of Jeremy Lewin in Case No. 1:25-cv-352 (D.D.C.) | Apr. 7, 2025 | N/A | AR_0001 |
| Feb. 10, 2025 Declaration of Pete Marocco in Case No. 1:25-cv-352 (D.D.C.), with attachments | Feb. 10, 2025 | A | AR_0012 |
| Feb. 14, 2025 Declaration of Pete Marocco in Case No. 1:25-cv-352 (D.D.C.) | Feb. 14, 2025 | B | AR_0040 |
| Feb. 18, 2025 Declaration of Pete Marocco in Case Nos. 1:25-cv-400, 1:25-cv-402 (D.D.C.), with attachments | Feb. 18, 2025 | C | AR_0049 |
| Feb. 20, 2025 Declaration of Pete Marocco in Case No. 1:25-cv-352 (D.D.C.) | Feb. 20, 2025 | D | AR_0072 |
| Feb. 24, 2025 Declaration of Pete Marocco in Case No. 1:25-cv-469 (D.D.C.) | Feb. 24, 2025 | E | AR_0076 |
| Feb. 25, 2025 Declaration of Pete Marocco in Case Nos. 1:25-cv-400, 1:25-cv-402 (D.D.C.), with attachments | Feb. 25, 2025 | F | AR_0079 |
| Feb. 26, 2025 Declaration of Pete Marocco in Case Nos. 1:25-cv-400, 1:25-cv-402 (D.D.C.) | Feb. 26, 2025 | G | AR_0114 |
| Feb. 22, 2025 Declaration of Pete Marocco in *Doe v. Trump*, Case No. 8:25-cv-462 (D. Md.), with attachments | Feb. 22, 2025 | H | AR_0118 |
| Mar. 3, 2025 Declaration of Pete Marocco in Case Nos. 1:25-cv-400, 1:25-cv-402 (D.D.C.) | Mar. 3, 2025 | I | AR_0139 |
| Email entitled "The Next Phase of USAID" sent from the USAID Office of the Administrator to all USAID personnel | Mar. 19, 2025 | J | AR_0142 |
| Email entitled "USAID's Final Mission" sent from the USAID Office of the Administrator to all USAID personnel | Mar. 28, 2025 | K | AR_0146 |
| Email entitled "UPDATE for FSOs and FSLs: PCS Portal & RIF Data" sent from USAID to all USAID personnel | Mar. 29, 2025 | L | AR_0152 |
| Email entitled "Indicate Your Preferred Status During the Transition" sent from the USAID to all USAID personnel | Mar. 29, 2025 | M | AR_0155 |
| Letter from Paul D. Guaglianone, Senior Bureau Official, Office of Legislative Affairs, U.S. Department of State to Congress | Mar. 24, 2025 | N | AR_0158 |
| Spreadsheet concerning the status of USAID programs, submitted with Guaglianone Letter | Mar. 24, 2025 | O | AR_0160 |

| | | | |
|---|---|---|---|
| Summary of payments concerning State Department foreign assistance contracts and grants, submitted with Guaglianone Letter | Mar. 24, 2025 | P | AR_0254 |
| Letter from Ryan Shrum, Senior Advisor for Legislative and Congressional Affairs, USAID to Congress | Mar. 24, 2025 | Q | AR_0256 |
| Congressional Notification Transmittal Letter from U.S. Department of State | Mar. 28, 2025 | R | AR_0259 |
| Spreadsheet concerning status of USAID programs, submitted with Congressional Notification Transmittal Letter | Mar. 28, 2025 | S | AR_0272 |