AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

American Foreign Service Association, et al. )
*Plaintiff* )
v. ) Case No. 1:25-cv-00352-CJN
Trump, et al. )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Movants Members of Congress.

Date: 04/15/2025

s/ Leah M. Nicholls
*Attorney's signature*

Leah M. Nicholls, DC Bar No. 982730
*Printed name and bar number*

1620 L Street NW
Suite 630
Washington, DC 20036
*Address*

LNicholls@publicjustice.net
*E-mail address*

(202) 797-8600
*Telephone number*

(202) 232-7203
*FAX number*