UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FOREIGN SERVICE ASSOCIATION, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>PRESIDENT DONALD TRUMP, *et al.*,<br><br>    Defendants. | Civil Action No. 25-352-CJN |

**MOTION OF CONSTITUTIONAL ACCOUNTABILITY CENTER
FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF PLAINTIFFS'
MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO DEFENDANTS' MOTION
TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT**

*Amicus curiae* Constitutional Accountability Center respectfully moves for leave to file the attached brief in support of Plaintiffs' motion for summary judgment and in opposition to Defendants' motion to dismiss or, in the alternative, motion for summary judgment. In support of this motion, *amicus* states:

1. Constitutional Accountability Center (CAC) is a think tank and public interest law firm dedicated to fulfilling the progressive promise of the Constitution's text and history. CAC works to improve understanding of the Constitution and accordingly has an interest in this case.

2. CAC has filed *amicus* briefs in this Court and other courts addressing the Constitution's separation of powers, including Congress's authority to determine the structure of the federal government. *See, e.g.*, Brief of Constitutional Accountability Center as *Amicus Curiae* in Support of Defendants-Appellees, *Space Exploration Technologies Corp. v. NLRB*, No. 24-40315 (5th Cir. filed Sept. 23, 2024); Brief of Members of Congress as *Amici Curiae* in Support

1

of Plaintiffs' Motion for Expedited Summary Judgment, *Slaughter v. Trump*, No. 25-cv-909-LLA (D.D.C. filed Apr. 14, 2025); Brief of Constitutional Accountability Center as *Amicus Curiae* in Support of Plaintiffs' Motion for Preliminary Injunction, *AIDS Vaccine Advocacy Coalition v. Department of State*, No. 25-cv-400 (D.D.C. filed Feb. 19, 2025). Accordingly, CAC has developed expertise relevant to the issue at the heart of this case—that is, whether the President can unilaterally eliminate an agency established by Congress—and the proposed brief provides a unique historic perspective and more detail on certain issues than the parties can provide.

3. This Court has "broad discretion" in deciding whether to allow the filing of *amicus curiae* briefs. *Nat'l Ass'n of Home Builders v. U.S. Army Corps of Eng'rs*, 519 F. Supp. 2d 89, 93 (D.D.C. 2007). "The filing of an *amicus* brief should be permitted if it will assist the judge 'by presenting ideas, arguments, theories, insights, facts or data that are not to be found in the parties' briefs.'" *N. Mariana Islands v. United States*, No. 08-1572, 2009 WL 596986, at *1 (D.D.C. Mar. 6, 2009) (quoting *Voices for Choices v. Ill. Bell Tel. Co.*, 339 F.3d 542, 545 (7th Cir. 2003)); *In re Search of Info. Associated with [redacted]@mac.com*, 13 F. Supp. 3d 157, 167 (D.D.C. 2014) (same). Courts have permitted third parties to participate as *amici curiae* when they "are of aid to the court and offer insights not available from the parties," *United States v. El-Gabrowny*, 844 F. Supp. 955, 957 n.1 (S.D.N.Y. 1994), and when they have "relevant expertise and a stated concern for the issues at stake in [the] case," *District of Columbia v. Potomac Elec. Power Co.*, 826 F. Supp. 2d 227, 237 (D.D.C. 2011). "The primary role of the *amicus* is to assist the Court in reaching the right decision in a case affected with the interest of the general public." *Russell v. Bd. of Plumbing Exam'rs*, 74 F. Supp. 2d 349, 351 (S.D.N.Y. 1999); *see Nat'l Ass'n of Home Builders*, 519 F. Supp. 2d at 93 (granting leave to file because "the court may benefit from [the *amicus*]'s

input"); *Potomac Elec. Power Co.*, 826 F. Supp. 2d at 237 (same); *Microsoft Corp.*, 2002 WL 319366, at *3 (same).

4. The proposed, attached *amicus curiae* brief satisfies these standards. The attached brief explains that the Constitution vests all legislative powers in Congress, including plenary authority over the structure of the federal government. Since the Founding, Congress has exercised that power to create, reorganize, and abolish federal agencies, and whenever past Presidents have restructured the federal government or abolished agencies, they have done so pursuant to authority delegated by law, and subject to appropriate restraints. The brief also explains how the history of USAID illustrates these principles, and why President Trump's attempt to dismantle USAID unilaterally is at odds with centuries of practice and violates the separation of powers.

5. All parties consent to the filing of this brief.

For the foregoing reasons, leave to file the attached *amicus curiae* brief should be granted. A proposed order is attached to this motion.

                                                         Respectfully submitted,

Dated: April 25, 2025                /s/ Brianne J. Gorod
                                                     Elizabeth B. Wydra (DC Bar No. 483298)
                                                       Brianne J. Gorod (DC Bar No. 982075)
                                                       Miriam Becker-Cohen (DC Bar No. 1616670)
                                                       Anna K. Jessurun (DC Bar No. 90021022)
                                                       Nargis Aslami (DC Bar No. 90033495)
                                                       CONSTITUTIONAL ACCOUNTABILITY CENTER
                                                       1200 18th Street NW, Suite 501
                                                       Washington, D.C. 20036
                                                       (202) 296-6889
                                                       brianne@theusconstitution.org

                                                       *Counsel for Amicus Curiae*

## CERTIFICATE OF SERVICE

    I hereby certify that on April 25, 2025, the foregoing document and all attachments were filed with the Clerk of the Court, using the CM/ECF system, causing them to be served on all parties.

Dated: April 25, 2025

/s/ Brianne J. Gorod
Brianne J. Gorod

*Counsel for Amicus Curiae*
