# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FOREIGN SERVICE ASSOCIATION, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>PRESIDENT DONALD TRUMP, *et al.*,<br><br>    Defendants. | Civil Action No. 25-352-CJN |

## [PROPOSED] ORDER

Upon consideration of the motion of Constitutional Accountability Center for leave to file an *amicus curiae* brief in support of Plaintiffs' motion for summary judgment and in opposition to Defendants' motion to dismiss or, in the alternative, motion for summary judgment, it is hereby ORDERED that the motion is GRANTED.

Dated: _____

_____
CARL J. NICHOLS
United States District Judge