IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FOREIGN SERVICE ASSOCIATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PRESIDENT DONALD J. TRUMP, *et al.*, <br><br> Defendants. | Civil Action No. 1:25-cv-352-CJN |

## DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE A REPLY IN SUPPORT OF THEIR MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT

Defendants respectfully request that the Court extend the current deadline for Defendants to file a reply in support of their Motion to Dismiss, or in the Alternative, Motion for Summary Judgment, ECF No. 70, by one week, or until May 12, 2025.  Plaintiffs filed their Motion for Summary Judgment, ECF No. 51, on March 10, 2025.  The Court ordered that Defendants file a combined Motion to Dismiss and Opposition to Plaintiff's Motion for Summary Judgment no later than April 7, 2025, that Plaintiffs file their combined Reply in Support of their Motion for Summary Judgment and in Opposition to Defendants' Motion to Dismiss no later than April 21, 2025, and that Defendants file their Reply in Support of their Motion to Dismiss no later than May 5, 2025.  Minute Order (Mar. 13, 2025).

On April 23, 2025, Plaintiff in the related case *Personal Services Contractor Ass'n v. Trump*, No. 25-cv-469 (D.D.C.), filed a Motion for Preliminary Injunction, No. 1:25-cv-469 ECF No. 39.  Defendants will soon propose a briefing schedule to the Court on the Motion for a

1

Preliminary Injunction in that case; Defendants anticipate a May 7, 2025 deadline for their response to that motion. Due to the overlap of government personnel working on both cases and the limited resources available, Defendants anticipate difficulty in meeting that deadline and the deadline for the reply brief in this case.

Counsel for Defendants conferred with counsel for Plaintiffs, and Plaintiffs oppose the relief sought in this motion. Plaintiffs' counsel stated that Plaintiffs would not oppose a two-day extension of the deadline (until May 7, 2025). Plaintiffs' proposed extension would not provide Defendants sufficient time to prepare the reply at issue in this suit while also meeting the anticipated response date in No. 25-cv-469.

As such, Defendants respectfully request that the deadline to file a Reply in Support of their Motion to Dismiss, or in the Alternative, Motion for Summary Judgment, be extended by one week, from May 5, 2025, to May 12, 2025.

Dated: April 28, 2025                                             Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director
Federal Programs Branch

LAUREN A. WETZLER
Deputy Director
Federal Programs Branch

*/s/ Michael P. Clendenen*
MICHAEL P. CLENDENEN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 305-0693
Email: michael.p.clendenen@usdoj.gov

*Counsel for Defendants*