UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| American Foreign Service Association, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>President Donald J. Trump, et al.,<br><br>*Defendants*. | Case No. 1:25-cv-00352 |

**PLAINTIFFS' OPPOSITION TO DEFENDANTS'
MOTION FOR EXTENSION OF TIME**

Plaintiffs hereby respectfully submit the following opposition to Defendants' motion for extension of time.

Plaintiffs previously moved for an expedited briefing schedule on the motion for summary judgment because of the urgent, ongoing injuries suffered by Plaintiffs and their members, as well as by those who depend on USAID for life-saving assistance. ECF No. 52. After briefing, this Court partially granted that motion in a March 13 Minute Order, in which the Court ordered that "Defendants shall submit their combined motion to dismiss and opposition to Plaintiffs' motion for summary judgment on or before April 7, 2025; Plaintiffs shall submit their combined opposition to Defendants' motion to dismiss and reply in support of their motion for summary judgment on or before April 21, 2025; and Defendants shall submit a reply in support of their motion to dismiss on or before May 5, 2025." On Friday, April 25, Defendants sought Plaintiffs' position on a one-week extension of the deadline for the reply in support of Defendants' motion to dismiss, from May 5 to May 12. Defendants did not offer any rationale in support of their request.

1

Plaintiffs oppose a one-week extension. The same injuries that led Plaintiffs to seek an expedited briefing schedule have not been ameliorated, and indeed, only worsen with time. It is uncontested that Defendants "anticipate[]" that, by July 1 of this year, the Department of State will absorb certain functions of USAID, and by September 2, the remaining functions will be "wound down," thereby "retir[ing] USAID's independent operation." AR_0003–04; AR_0148. That process, Defendants explain, will entail eliminating "substantially all non-statutory positions" at the agency. AR_0004. Consequently, Defendants have notified "USAID personnel globally, across the civil and foreign services … of a consolidated agency-wide Reduction-In-Force ('RIF') action." *Id.* Any personnel who currently remain are expected to participate in the "decommissioning of USAID assets and the wind-down of the Agency's independent operations." AR_0006. This process is active and ongoing, and becomes harder to undo with each passing day. *Cf.* March 3 H'rg Trans., *Nat'l Treas. Emps. Union v. Vought*, No. 25-cv-381 (D.D.C), p. 29 (fashioning relief to prevent defendants from "chok[ing]" a federal agency "out of existence" before the Court "get[s] to rule on the merits")

The humanitarian crisis begotten by Defendants' actions likewise becomes more severe by the day. To take just one example: Because of Defendants' actions, every day that passes, 1,400 infants are infected by HIV who otherwise would not have been.[1]

As this Court's standing order for civil cases notes, "Motions for extension of time are discouraged." *The Honorable Carl J. Nichols, Standing Order for Civil Cases*, at Section 9(a). Nevertheless, out of professional courtesy, Plaintiffs consented to a two-day extension for Defendants' reply brief. Given the enormous and irreversible consequences of Defendants'

---

[1] Jessica Hamzelou, *HIV could infect 1,400 infants every day because of US aid disruptions*, MIT Technology Review (Mar. 18, 2025), https://perma.cc/W9W6-B6B5.

actions, any extension of more than two days should be denied.

Dated: April 28, 2025                                  Respectfully submitted,

*/s/ Lauren Bateman*
Lauren Bateman (DC Bar No. 1047285)      Kaitlyn Golden (DC Bar No. 1034214)
Karla Gilbride (DC Bar No. 1005586)          Kristen Miller (DC Bar No. 229627)
Allison Zieve (DC Bar No. 424786)            Rachel L. Fried (DC Bar No. 1029538)
Public Citizen Litigation Group                    Kayla M. Kaufman (DC Bar No. 90029091)
1600 20th Street NW                                   Robin F. Thurston (DC Bar No. 1531399)
Washington, DC 20009                               Skye L. Perryman (DC Bar No. 984573)
(202) 588-1000                                            Democracy Forward Foundation
lbateman@citizen.org                                  P.O. Box 34553
                                                                     Washington, DC 20043
                                                                     (202) 448-9090
                                                                     kmiller@democracyforward.org