# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FOREIGN SERVICE ASSOCIATION, *et al.*, | |
| *Plaintiffs*, | |
| v. | Case No. 1:25-cv-00352-CJN |
| TRUMP, *et al.*, | |
| *Defendants*. | |

## NOTICE OF WITHDRAWAL

Pursuant to Local Civil Rule 83.6(b), Kristen Miller, respectfully notices the withdrawal of her appearance as counsel to Plaintiffs in the above-captioned matter. Plaintiffs will continue to be represented by other counsel of record.

Dated: April 30, 2025

Respectfully submitted,

*/s/ Kristen Miller*
Kristen Miller (D.C. Bar No. 229627)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Telephone: (202) 448-9090
Fax: (202) 796-4426
kmiller@democracyforward.org

*Counsel for* Plaintiffs

## **CERTIFICATE OF SERVICE**

I certify that on April 30, 2025, the foregoing was electronically filed through this Court's CM/ECF system, which will serve a copy on all registered users.

Dated: April 30, 2025                            */s/ Kristen Miller*
                                                 Kristen Miller