IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FOREIGN SERVICE ASSOCIATION, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>PRESIDENT DONALD J. TRUMP, *et al.*,<br><br>  Defendants. | Civil Action No. 1:25-cv-352-CJN |

### NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE of the withdrawal of Lauren A. Wetzler as counsel for the Defendants. Defendants will continue to be represented by other attorneys from the Department of Justice who have already appeared in this case.

Dated: May 22, 2025

Respectfully submitted,

*/s/ Lauren A. Wetzler*
Lauren A. Wetzler (D.C. Bar No. 90015335)
Deputy Director
Federal Programs Branch
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 514-4782
Email: Lauren.Wetzler@usdoj.gov

Counsel for Defendants