UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FOREIGN SERVICE ASSOCIATION, et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>DONALD TRUMP, et al.,<br><br>    *Defendants*. | Civil Action No. 1:25-cv-352 (CJN) |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Plaintiffs' Motion for Summary Judgment, ECF No. 51, is **DENIED**; and it is further

**ORDERED** that Defendants' Motion to Dismiss, ECF No. 70, is **GRANTED**; and it is further

**ORDERED** that Plaintiffs' Amended Complaint, ECF No. 30, is **DISMISSED**.

This is a final and appealable Order.

The Clerk of Court is directed to terminate this case.

DATE: July 25, 2025

                                            CARL J. NICHOLS
                                            United States District Judge