UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| American Foreign Service Association, et al., *Plaintiffs*, v. President Donald J. Trump, et al., *Defendants*. | Case No. 1:25-cv-00352 |

**PLAINTIFFS' NOTICE OF APPEAL**

Plaintiffs American Foreign Service Association, American Federation of Government Employees, and Oxfam America hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Order issued on July 25, 2025 (ECF No. 90) and the Memorandum Opinion (ECF No. 91), granting Defendants' motion to dismiss and denying summary judgment, and from all orders antecedent to such order and opinion.

Dated: August 5, 2025

Respectfully submitted,

/s/ Lauren Bateman
Lauren Bateman (DC Bar No. 1047285)
Karla Gilbride (DC Bar No. 1005586)
Allison Zieve (DC Bar No. 424786)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
lbateman@citizen.org

Kaitlyn Golden (DC Bar No. 1034214)
Kayla M. Kaufman (DC Bar No. 90029091)
Robin F. Thurston (DC Bar No. 1531399)
Skye L. Perryman (DC Bar No. 984573)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
kgolden@democracyforward.org