**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| American Foreign Service Association, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>President Donald J. Trump, et al.,<br><br>*Defendants*. | Case No. 1:25-cv-00352 |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

The undersigned counsel, Karla Gilbride, hereby withdraws her appearance on behalf of Plaintiffs in the above-captioned case. Plaintiffs will continue to be represented by other attorneys at Public Citizen Litigation Group and Democracy Forward Foundation whose names appear on the pleadings and briefs in this matter.

Dated: April 24, 2026

Respectfully submitted,

Karla Gilbride (DC Bar No. 1005586)
Lauren Bateman (DC Bar No. 1047285)
Allison Zieve (DC Bar No. 424786)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
Kgilbride@citizen.org

*/s/ Kaitlyn Golden*
Kaitlyn Golden (DC Bar No. 1034214)
Rachel L. Fried (DC Bar No. 1029538)
Kayla M. Kaufman (DC Bar No. 90029091)
Robin F. Thurston (DC Bar No. 1531399)
Skye L. Perryman (DC Bar No. 984573)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
kgolden@democracyforward.org