**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN FOREIGN SERVICE ASSOCIATION, *et al.*,<br><br>      Plaintiffs,<br><br>   v.<br><br>DONALD TRUMP, *et al.*,<br><br>      Defendants. | Civil Action No. 1:25-cv-352 (CJN) |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Pursuant to Local Civil Rule 83.6(b), notice is hereby given to the parties and the Court of the withdrawal of appearance of Indraneel Sur as counsel for Defendants in the above-enumerated case because of his departure from the Federal Programs Branch of the Civil Division of the United States Department of Justice. Defendants remain represented by other counsel from the Department of Justice, as reflected on the Court's docket, and by any other Department of Justice counsel who enter an appearance.

Dated: April 24, 2026

Respectfully submitted,

 /s/ Indraneel Sur
INDRANEEL SUR
Assistant United States Attorney
United States Attorney's Office for the
District of Columbia
601 D Street, NW, Room 6.232
Washington, D.C. 20530
Indraneel.Sur@usdoj.gov
(202) 252-6829

Counsel for Defendants